# EXHIBIT B



## alacourt.com's

### Alabama SJIS Case Detail

| Settings | Parties | Case Action Summary | Witness List | Financial |

**Case**

| County | 46 | Case Number | CV 2005 000172 00 | JID | XXX | Trial | J |
|---|---|---|---|---|---|---|---|
| Style | LORI ANN MORRIS VS EDWARD NEAL THOMPSON, ET AL | | | | | | |
| Code | WDEA | Type | WRONGFUL DEATH | Filed | 08312005 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 002 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

**Settings**

| Date 1 | | Que 1 | | Time 1 | | Description | |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

**Party 1**

| Party | C 001 | Name | LORI ANN MORRIS, AS ADMINISTRATRIX OF THE ESTATE | Type | INDIVIDUAL |
|---|---|---|---|---|---|
| INDX | D FLORIDA T | ANAM | | JID | XXX |
| SSN | | Address 1 | OF VERNELL BRIAN MORRIS | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 |
| Atty 1 | PENICK HENRY L | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 2**

| Party | D 001 | Name | FLORIDA TRANSFORMER | Type | INDIVIDUAL |
|---|---|---|---|---|---|
| INDX | C MORRIS L | ANAM | | JID | XXX |
| SSN | | Address 1 | P O BOX 507 | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | DEFUNIAK SP FL 32435 0000 | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08312005 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 09062005 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| Party | D 002 | Name | THOMPSON EDWARD NEAL | Type | INDIVIDUAL |

EXHIBIT B

| INDX | C MORRIS L | ANAM | | | | JID | XXX |
|---|---|---|---|---|---|---|---|
| SSN | | Address 1 | 801 5TH AVENUE | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 36240 0000 | | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08312005 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | 09062005 | Type | C UNCLAIM CERT | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08312005 | 1417 | ASSJ | ASSIGNED TO JUDGE: ASSIGNED JUDGE (AV01) | VEH |
| 08312005 | 1417 | ORIG | ORIGIN: INITIAL FILING (AV01) | VEH |
| 08312005 | 1417 | TDMJ | JURY TRIAL REQUESTED (AV01) | VEH |
| 08312005 | 1417 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | VEH |
| 08312005 | 1418 | PART | LORI ANN MORRIS, AS ADMINISTRATRIX OF THE ESTATE | VEH |
| 08312005 | 1418 | ATTY | LISTED AS ATTORNEY FOR C001: PENICK HENRY L (AV02) | VEH |
| 08312005 | 1419 | SUMM | CERTIFIED MAI ISSUED: 08/31/2005 TO D001 (AV02) | VEH |
| 08312005 | 1420 | PART | THOMPSON EDWARD NEAL ADDED AS D002 (AV02) | VEH |
| 08312005 | 1420 | SUMM | CERTIFIED MAI ISSUED: 08/31/2005 TO D002 (AV02) | VEH |
| 08312005 | 1420 | D001 | ADDR1 CHANGED FROM: 801 5TH AVENUE (AV02) | VEH |
| 08312005 | 1420 | D001 | ADDRESS STATE CHANGED FROM: AL (AV02) | VEH |
| 08312005 | 1421 | TEXT | FLORIDA TRANSFORMER ADDED AS D001 | VEH |
| 08312005 | 1422 | TEXT | COVER SHEET | VEH |
| 08312005 | 1422 | TEXT | COMPLAINT | VEH |
| 08312005 | 1422 | TEXT | SUMMONS | VEH |
| 09082005 | 1017 | TEXT | NOTICE OF FILING OF CERTIFIED COPY OF LETTERS OF | MAA |
| 09082005 | 1017 | TEXT | ADMINISTRATION | MAA |
| 09132005 | 0855 | RETU | RETURN OF UNCLAIM CERT ON 09/06/2005 FOR D002 | MAA |
| 09132005 | 0857 | SERC | SERVICE OF CERTIFIED MAI ON 09/06/2005 FOR D001 | MAA |