# EXHIBIT C

| STATE OF ALABAMA<br>Unified Judicial System<br>MACON_____County ☐ District Court ☒ Circuit Court | Revised 2/22/05<br>Check one(Not for Domestic Relations, Workers' Comp., PFA, or Small Claims cases): | ▶Case No.<br>CV-05172 |
|---|---|---|

| Style of case:<br>MORRIS<br>v.<br>FLORIDA TRANSFORMER, ET AL. | **MOTION COVER SHEET**<br>Name of Filing Party: FLORIDA TRANSFORMER |
|---|---|
| Name, Address, and Telephone No. of Attorney or Party, If Not Represented:<br>EVANS BRITTAIN, ESQ., P.O. BOX 2148, MONTGOMERY, AL<br>Attorney Bar No.: BRI038 | [illegible black box] |

## Type of Motion (Check One)

**Motions Requiring Fee**

- ☐ Default Judgment ($50.00)
- ☐ Intervene or Appear as Third Party Plaintiff ($297.00)
- ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Judgment on the Pleadings ($50.00)
- ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00)
- ☐ Other Dispositive Motion not pursuant to Rule 12(b) ($50.00)
- ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Summary Judgment or other Dispositive Motion not pursuant to Rule 12(b) ($50.00)
- ☐ Other _____ pursuant to Rule_____ ($50.00)

\* Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $_____

**Motions Not Requiring Fee**

- ☐ Add Party
- ☐ Amend
- ☐ Change of Venue/Transfer
- ☐ Compel
- ☐ Consolidation
- ☐ Continue
- ☐ Deposition
- ☐ Designate a Mediator
- ☐ Judgement as a Matter of Law (during trial)
- ☐ Disburse Funds
- ☐ Discovery
- ☐ Ex Parte Restraining
- ☐ Extension of Time
- ☐ In Limine
- ☐ Joinder
- ☒ More Definite Statement
- ☐ Motion to Dismiss pursuant to Rule 12(b)
- ☐ New Trial
- ☐ Objection of Exemptions Claimed
- ☐ Plaintiff's Motion to Dismiss or Stipulation of Dismissal
- ☐ Preliminary Injunction
- ☐ Protective Order
- ☐ Quash
- ☐ Release from Stay of Execution
- ☐ Sanctions
- ☐ Sever
- ☐ Show Cause
- ☐ Special Practice in Alabama
- ☐ Stay
- ☐ Strike
- ☐ Supplement to Pending Motion
- ☐ Temporary Restraining Order
- ☐ Vacate or Modify
- ☐ Withdraw
- ☐ Other_____ pursuant to Rule_____ (Subject to filing fee)

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship ☐

Date: Oct. 5, 2005

Signature of Attorney or Party: [signature]

EXHIBIT C

\* This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
\*\* Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee

IN THE CIRCUIT COURT OF
MACON COUNTY, ALABAMA

| | |
|---|---|
| LORI ANN MORRIS, | } |
| Plaintiff, | } |
| vs. | }   CASE NO. CV 05-172 |
| FLORIDA TRANSFORMER, EDWARD NEAL THOMPSON, et al., | } |
| Defendants. | } |

## MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW the defendant designated in plaintiff's Complaint as Florida Transformer, Inc., and pursuant to Rule 12(e), hereby files this Motion for a More Definite Statement. In support of said motion, defendant submits the following:

1. This is a wrongful death case that arises out of an automobile accident. The plaintiff has stated various claims against the defendant Edward Neal Thompson and his alleged employer, Florida Transformer, Inc.

2. One of the claims asserted against Florida Transformer, Inc. through its alleged employee, Thompson, is that Thompson "negligently and/or wantonly violated **state and federal regulations**".

3. Plaintiff fails to state which particular state and federal regulations that plaintiff alleges were violated by Thompson and/or Florida Transformer, Inc.

4. As a result of the vague and ambiguous pleadings, Florida Transformer, Inc. cannot reasonably be required to frame a responsive pleading.

WHEREFORE, premises considered, Florida Transformer, Inc. respectfully requests that this Court enter an Order requiring that plaintiff correct the defect referred

to above and identify what, if any, state and/or federal regulations plaintiff contends that any or either of the defendants have violated.

```
                                    _____
                                    RICHARD E. BROUGHTON (BRO043)
                                    W. EVANS BRITTAIN (BRI038)
                                    Attorneys for Defendant
                                    Florida Transformer, Inc.
```

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive - Suite 204
Post Office Box 2148
Montgomery, Alabama 36109-5413
Phone  (334) 387-7680
FAX    (334) 387-3222

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing document on the following by placing a copy in the United States mail, postage prepaid and properly addressed to them on this the ___5___ day of October, 2005.

```
                                    _____
                                    OF COUNSEL
```

CC:

Henry L. Penick, Esq.
H. L. PENICK & ASSOCIATES, P.C.
319-17th St. North, Ste. 200
Birmingham, AL 35203

Dr. Edward A. Robinson III, Esq.
600 No. Foster Drive
P. O. Box 3131
Baton Rouge, LA 70821