RECEIVED
2005 OCT -6 P 3:47
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS | ] |
| Plaintiff, | ] |
| | ] Civil Action No. 3:05cv962-T |
| EDWARD NEAL THOMPSON and | ] |
| FLORIDA TRANSFORMER, | ] |
| Defendants. | ] |

## MOTION TO ALLOW LIMITED DISCOVERY PERTAINING TO JURISDICTIONAL ISSUES

**COMES NOW** Defendant Florida Transformer and hereby moves this Court to permit this Defendant to file limited discovery concerning jurisdictional issues only. In support of said motion, Defendant submits the following:

1. This case was originally filed in state court. Simultaneous to the filing of this motion, Defendant has removed this matter to federal court on the basis of federal question jurisdiction. Specifically, Plaintiff avers in her complaint that Defendant is liable to the Plaintiff based, at least in part, on Defendant's violations of "federal regulations." Plaintiff does not specify exactly what federal regulations have allegedly been violated or how they relate to the issues presented in this lawsuit.

2. Attached hereto is a copy of the proposed discovery, which consists of Request for Admissions and Interrogatories.

3. The granting of Defendant's motion would allow this Court to more fully examine whether the Court does have jurisdiction on the basis of a federal question. In addition, no party will be prejudiced by the Court's allowance of Defendant to file such discovery.

WHEREFORE, premises considered, Defendant respectfully requests that this Court enter an order allowing Defendant to engage in limited discovery for jurisdictional purposes only.

_____
Richard E. Broughton (BRO043)
W. Evans Brittain (BRI038)

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
ebrittain@ball-ball.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon

Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Dr. Edward A. Robinson, III, Esq.
600 North Foster Drive
P.O. Box 3131
Baton Rouge, LA 70821

Edward Neal Thompson
801 5th Avenue
Geneva, AL 36240

by placing copy of same in the United States mail, first class, postage prepaid and properly addressed on this October 6, 2005.

_____
OF COUNSEL