IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| Plaintiff, | } |
| vs. | }  CIVIL ACTION NO. 3:05cv962-T |
| FLORIDA TRANSFORMER, EDWARD NEAL THOMPSON, et al., | } |
| Defendants. | } |

## REQUEST FOR ADMISSIONS

COMES NOW the defendant designated in plaintiff's Complaint as Florida Transformer, Inc., and pursuant to Rule 36, *Alabama Rules of Civil Procedure*, hereby requests the plaintiff to admit the truth of the following:

1. Plaintiff does not and never will contend that defendant Florida Transformer, Inc. violated any state regulations in connection with the automobile accident that serves as the basis of this lawsuit.

2. Plaintiff does not and never will contend that defendant Florida Transformer, Inc. violated any federal regulations in connection with the automobile accident that serves as the basis of this lawsuit.

3. Plaintiff does not and never will contend that defendant Edward Neal Thompson violated any state regulations in connection with the automobile accident that serves as the basis of this lawsuit.

4. Plaintiff does not and never will contend that defendant Edward Neal Thompson violated any federal regulations in connection with the automobile accident that serves as the basis of this lawsuit.

5. Plaintiff does not and never will contend that defendant Florida Transformer, Inc. violated any federal motor carrier safety regulations in connection with the automobile accident that serves as the basis of this lawsuit.

6. Plaintiff does not and never will contend that defendant Edward Neal Thompson violated any federal motor carrier safety regulations in connection with the automobile accident that serves as the basis of this lawsuit.

RICHARD E. BROUGHTON (BRO043)
W. EVANS BRITTAIN (BRI038)
Attorneys for Defendant
Florida Transformer, Inc.

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive - Suite 204
Post Office Box 2148
Montgomery, Alabama 36109-5413
Phone  (334) 387-7680
FAX    (334) 387-3222

2

## CERTIFICATE OF SERVICE

      I certify that I have served a copy of the foregoing document on the following by placing a copy in the United States mail, postage prepaid and properly addressed to them on this the _____ day of October, 2005.

                                                    OF COUNSEL

CC:

Henry L. Penick, Esq.
H. L. PENICK & ASSOCIATES, P.C.
319-17th St. North, Ste. 200
Birmingham, AL 35203

Dr. Edward A. Robinson III, Esq.
600 No. Foster Drive
P. O. Box 3131
Baton Rouge, LA 70821

3