**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 13, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Morris v. Florida Transformer et al**

**Case Number:   3:05-cv-00962-T**

**This Notice of Correction was filed in the referenced case this date to correct the Exhibit A PDF document which was missing the last two pages and was previously attached.**

**The correct PDF document for Exhibit A-Complaint is attached to this notice for your review. Reference is made to document #1 filed on   October 6, 2005**