IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv962-T |
| ) | |
| FLORIDA TRANSFORMER and ) | |
| EDWARD NEAL THOMPSON, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that defendant Florida Transformer's motion for more definite statement and motion to allow limited discovery (Doc. Nos. 1 & 2) are set for submission, without oral argument, on November 4, 2005, with all briefs due by said date.

DONE, this the 18th day of October, 2005.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE