**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LORI ANN MORRIS** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| **v.** | ]   **Civil Action No. 3:05-CV-962-T** |
| | ] |
| **EDWARD NEAL THOMPSON and** | ] |
| **FLORIDA TRANSFORMER,** | ] |
| | ] |
| **Defendants.** | ] |

## CONSENT TO REMOVAL

**COMES NOW,** Defendant Edward Neal Thompson, and hereby consents to the removal of this action from the Circuit Court of Macon County, Alabama to the United States District Court for the Middle District of Alabama.  Defendant Thompson was served with this lawsuit on October 22, 2005, after this case had been removed to federal court by Defendant, Florida Transformer, Inc.

Respectfully submitted,

/s/ W. Evans Brittain
W. Evans Brittain

/s/ Richard E. Broughton
Richard E. Broughton

Attorneys for Edward Neal Thompson

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

     I hereby certify that on this October 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penick
hlpenick@bham.rr.com  hlpenick@penickandassoc.com

Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

/s/ W. Evans Brittain
OF COUNSEL