IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORI ANN MORRIS** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No. 3:05-CV-962-T |
| ] | |
| **EDWARD NEAL THOMPSON and** ] | |
| **FLORIDA TRANSFORMER,** ] | |
| ] | |
| Defendants. ] | |

**NOTICE OF APPEARANCE**

COME NOW W. Evans Brittain and Richard E. Broughton, and file a Notice of Appearance for Defendants in the above-referenced case.

                      Respectfully submitted,

                      /s/ W. Evans Brittain
                      W. Evans Brittain

                      /s/ Richard E. Broughton
                      Richard E. Broughton

                      Attorneys for Edward Neal Thompson and
                      Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

    I hereby certify that on this October 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penick
hlpenick@bham.rr.com
hlpenick@penickandassoc.com

Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

          /s/ W. Evans Brittain
          OF COUNSEL