IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORI ANN MORRIS** | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No. 3:05-CV-962-T |
| **EDWARD NEAL THOMPSON and FLORIDA TRANSFORMER,** | ] |
| Defendants. | ] |

## MOTION FOR MORE DEFINITE STATEMENT

**COMES NOW,** Defendant Edward Neal Thompson, and pursuant to Rule 12(e) of the *Federal Rules of Civil Procedure*, hereby files this Motion for a More Definite Statement. In support of said motion, Defendant submits the following:

1.  Defendant adopts and incorporates by reference, as if set forth fully herein, each of the arguments and contentions set forth in Defendant Florida Transformer's Motion for a More Definite Statement and Brief filed in support thereof.

Respectfully submitted,

/s/ W. Evans Brittain
W. Evans Brittain

/s/ Richard E. Broughton
Richard E. Broughton

Attorneys for Edward Neal Thompson

<u>OF COUNSEL:</u>
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this October 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penick
hlpenick@bham.rr.com  hlpenick@penickandassoc.com

Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

                                      /s/ W. Evans Brittain
                                      OF COUNSEL