IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS,           ) | |
|                            ) | |
|    Plaintiff,              ) | |
|                            ) | CIVIL ACTION NO. |
|    v.                      ) | 3:05cv962-T |
|                            ) | |
| FLORIDA TRANSFORMER and    ) | |
| EDWARD NEAL THOMPSON,      ) | |
|                            ) | |
|    Defendants.             ) | |

ORDER

It is ORDERED that defendant Edward Neal Thompson's motion for more definite statement (Doc. No. 10) is set for submission, without oral argument, on November 11, 2005, with all briefs due by said date.

DONE, this the 4th day of November, 2005.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE