IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORI ANN MORRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv962-T |
| | ) | |
| FLORIDA TRANSFORMER and | ) | |
| EDWARD NEAL THOMPSON, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

Counsel for plaintiff having orally informed the court that plaintiff has no objections, it is ORDERED as follows:

   (1) Defendant Florida Transformer's motion to allow limited discovery (Doc. No. 2) is granted.

   (2) Defendants Florida Transformer and Edward Neal Thompson's motions for more definite statement (Doc. Nos. 1 & 10) are granted and, within 14 days from the date of this order, plaintiff is

to file a more detailed statement as requested in said motions and the attendant brief (Doc. No. 6).

DONE, this the 7th day of December, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**