# BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
#### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

April 5, 2006

Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Re:  *Lorrie Ann Morris v. Edward Neal Thompson and Florida Transformer*
In the United States District Court, Middle District of Alabama, Eastern Div.

Dear Henry:

In reviewing this file, I noticed that your responses to my discovery are past due. Please forward those to me in the next 10 days so as to avoid having to file a Motion to Compel.

Also, I am going to need some dates that your experts can be available to give their depositions. Either myself or someone with my firm can be available on any day during the first three weeks of May. There are deadlines approaching, and it will be necessary that I take your experts' depositions during the next few weeks.

Please call me and let me know what days they can be available.

With warmest regards, I am

Very truly yours,

W. Evans Brittain

WEB/mkg



EXHIBIT 1