# BALL, BALL, MATTHEWS & NOVAK, P.A.
## ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

May 3, 2006

FAX 205-251-0231
Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Re: <u>Lorrie Ann Morris v. Edward Neal Thompson and Florida Transformer</u>
In the United States District Court, Middle District of Alabama, Eastern Div.

Dear Henry:

As we discussed today, I need for you to provide me with dates in which Dr. Edward L. Robinson and Mr. Andre LeBleu can be available for depositions. If I do not have these dates by the end of the week, I will have no alternative but to unilaterally notice their depositions at a date and time convenient for me.

In addition, I also need your responses to my discovery. If I do not have those responses by May 10th, I will have to file a Motion to Compel.

With warmest regards, I am

Very truly yours,

W. Evans Brittain

WEB/mkg


EXHIBIT 2

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

JOB NO.                    2483
DESTINATION ADDRESS        912052510231
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                   05/03 16:16
USAGE T                    00'18
PGS.                       1
RESULT                     OK
```

BALL, BALL, MATTHEWS & NOVAK, P. A.
ATTORNEYS AT LAW
EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

May 3, 2006

FAX 205-251-0231
Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Re: <u>Lorrie Ann Morris v. Edward Neal Thompson and Florida Transformer</u>
In the United States District Court, Middle District of Alabama, Eastern Div.

Dear Henry:

As we discussed today, I need for you to provide me with dates in which Dr. Edward L. Robinson and Mr. Andre LeBleu can be available for depositions. If I do not have these dates by the end of the week, I will have no alternative but to unilaterally notice their depositions at a date and time convenient for me.

In addition, I also need your responses to my discovery. If I do not have those responses by May 10th, I will have to file a Motion to Compel.

With warmest regards, I am

Very truly yours,

Evans

W. Evans Brittain

WEB/mkg