# BALL, BALL, MATTHEWS & NOVAK, P.A.
## ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
JORDAN MONTIEL McBRIDE
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

May 10, 2006

Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Re:  *Lorrie Ann Morris v. Edward Neal Thompson and Florida Transformer*
     In the United States District Court, Middle District of Alabama, Eastern Div.

Dear Henry:

I have not heard back from you regarding any deposition dates for Mr. LeBleu or Mr. Robinson. I have therefore noticed their depositions for Monday, May 22nd, beginning at 9:00 a.m. at your office in Birmingham.

I have also enclosed herein a copy of the Motion to Compel that I have filed.

With warmest regards, I am

Very truly yours,

W. Evans Brittain

WEB/mkg
Encls.



EXHIBIT 3