# H. L. Penick & Associates, P. C.

Attorneys at Law
Penick Building
319 - 17th Street, North - Suite 200
P. O. Box 967
Birmingham, Alabama 35201
Website: www.penickandassoc.com

Henry L. Penick
Anita Terry Tye

Phone (205) 252-2538
Fax (205) 251-0231

May 10, 2006

W. Evans Brittan
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
P.O. Box 2148
Montgomery, AL 36102-2148

Dear Evans:

Dr. Edward L. Robinson, one of the experts hired by plaintiff, is available for deposition on June 22, 2006. As an alternate date, he has suggested June 20, 2006.

Once I obtain a date for Andrew E. LeBleu, plaintiff's electrical engineering expert, I will provide you with that information as well.

Very truly yours,

Henry L. Penick

HLP/da

EXHIBIT 4