## BALL, BALL, MATTHEWS & NOVAK, P.A.
### ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

May 12, 2006

Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203

Re:  *Lorrie Ann Morris v. Edward Neal Thompson and Florida Transformer*
     In the United States District Court, Middle District of Alabama, Eastern Div.

Dear Henry:

I am in receipt of your May 10, 2006 letter regarding depositions of Dr. Robinson and Andre LeBleu. I attempted to contact you this morning but you were out of the office.

I want to ask you to work with me in agreeing to do one of two things. I either need you to agree to a joint continuance of the trial of this matter from the October 23, 2006 trial term to the March 12, 2007 trial term, or I will need you to make your experts available in the month of May.

I indicated on April 5, 2006, that I needed to take your experts' depositions because of upcoming deadlines. I went so far as to inform you that either I or someone from my firm would be available on any day during the first three weeks of May. This letter was sent after a telephone call that you and I had discussing this issue wherein you assured me that you would get me some dates. After not hearing anything from you, I talked to you again on May 3, again discussing the fact that I needed some deposition dates, as well as the outstanding discovery. After still not hearing a response from you, I had no choice but to unilaterally notice their depositions on May 10.

Given these circumstances, I will ask that you work with me with either the continuance or making your experts available sometime this month.



EXHIBIT 5

May 12, 2006
Page 2

I would appreciate it if you would call me sometime today so we can discuss this.

With warmest regards, I am

                                                Very truly yours,

                                                W. Evans Brittain

WEB/tj

# BALL, BALL, MATTHEWS & NOVAK, P.A.
## Attorneys and Counselors
2000 INTERSTATE PARK DRIVE, SUITE 204
POST OFFICE DRAWER 2148
MONTGOMERY, ALABAMA 36102-2148
(334) 387-7680
TELEFAX (334) 387-3222

***************************************************************

## FACSIMILE TRANSMISSION

DATE: May 12, 2006

TO: Henry L. Penick, Esq.

FACSIMILE NO.: (205) 251-0231

FROM: Evans Brittain

You should receive this cover page and 2 additional pages.

ORIGINAL DOCUMENT BEING TRANSMITTED:

  x  Will not be sent
  ___Will be sent by Federal Express
  ___Will be sent by regular mail

If you have any problems in receiving this transmission, please call Tyree at (334) 387-7680.

Thank you.

**CONFIDENTIALITY NOTICE:** The information contained in the following transmission is attorney privileged and confidential. It is intended for the sole use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telefax in error, please immediately notify us by telephone collect and return the original transmission to us by U.S. Postal Service. We will reimburse you for the postage.

```
           ********************
           *** FAX TX REPORT ***
           ********************

           TRANSMISSION OK

           JOB NO.                    2934
           DESTINATION ADDRESS        912052510231
           PSWD/SUBADDRESS
           DESTINATION ID
           ST. TIME                   05/12 09:40
           USAGE T                    00'40
           PGS.                       3
           RESULT                     OK
```

# BALL, BALL, MATTHEWS & NOVAK, P.A.
## Attorneys and Counselors
2000 INTERSTATE PARK DRIVE, SUITE 204
POST OFFICE DRAWER 2148
MONTGOMERY, ALABAMA 36102-2148
(334) 387-7680
TELEFAX (334) 387-3222

*******************************************************************

## FACSIMILE TRANSMISSION

DATE: May 12, 2006

TO:   Henry L. Penick, Esq.

FACSIMILE NO.:   (205) 251-0231

FROM:   Evans Brittain

You should receive this cover page and 2 additional pages.

ORIGINAL DOCUMENT BEING TRANSMITTED:

        x Will not be sent
        ___ Will be sent by Federal Express
        ___ Will be sent by regular mail

If you have any problems in receiving this transmission, please call Tyree at (334) 387-7680.

Thank you.

**CONFIDENTIALITY NOTICE:** The information contained in the following transmission is attorney privileged and confidential. It is intended for the sole use of the individual or entity named above. If you are not the intended recipient, you