IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORI ANN MORRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv962-MHT |
| | ) | |
| FLORIDA TRANSFORMER and | ) | |
| EDWARD NEAL THOMPSON, | ) | |
| | ) | |
|    Defendants. | ) | |

                                   ORDER

It is ORDERED that the motion to continue (doc. no. 17) is denied.  However, if defendants' allegations are true, defendants may be entitled to discovery sanctions from plaintiff.

DONE, this the 19th day of May, 2006.


                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE