IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05cv962-MHT |
| | ) |
| EDWARD NEAL THOMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER ON MOTION**

Upon consideration of defendants' motion to compel (Doc. # 16), filed May 10, 2006, and for good cause, it is

ORDERED that the motion is GRANTED only to the extent that it seeks an order compelling a response to discovery. Plaintiff is DIRECTED to respond to defendants' interrogatories and requests for production on or before June 4, 2006. The remainder of the motion regarding enforcement of the court's December 7, 2005 order is a matter within the discretion of the District Judge.

DONE, this 24th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE