IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL CASE NO. 3:05-CV-962-T |
| | ) |
| FLORIDA TRANSFORMER, | ) |
| EDWARD NEAL THOMPSON, ET AL., | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF COMPLIANCE

Comes now the Plaintiff and serves Notice of Compliance with the Court Order Compelling Production by showing the following:

1. On June 1, 2006, Plaintiff filed an Amended Complaint, which gave Defendant a more definite statement of Plaintiff's claim.

2. On June 5, 2006, Plaintiff served on Defendant Answers to Defendant's First and Second Interrogatories, Responses to Defendant's First and Second Request for Production of Documents and Responses to Requests for Admissions.

Respectfully submitted,

/s/ Henry L. Penick
Henry L. Penick
H. L. PENICK & ASSOCIATES, P.C.
319 17th Street North, Suite 200
Birmingham, AL 35203
(205) 252-2538

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing on this the  5th  day of  June , 2006, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Richard E. Broughton
W. Evans Brittain
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive - Suite 204
Post Office Box 2148
Montgomery, Alabama 36109-5413

                                                   /s/ Henry L. Penick