# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 5, 2006

## NOTICE OF CORRECTION

**To:**                    **All Counsel of Record**

**From:**                  **Clerk's Office**

**Case Style:**            **Lori Ann Morris v. Florida Transformer, et al.**

**Case Number:**           **#3:05-cv-00962-MHT**

**Referenced Document:**   **Document #20**
                           **Amended Complaint**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record.  The original pdf did not contain a date on the certificate of service. The corrected pdf is attached to this notice.**