# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Shaded Areas To Be Used By Data Processing Only — Sheet 1 of 4 Sheet(s) — Microfilm No _____ — Local Case No: _____ — Accident No: COPY

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 09 / 02 / 2004 | 3:25 PM | TH | 46 | | X | | M municipal / P private Prop / Other |

On Street, Road or Highway: **I-85** (Street or Road Code: **I085**)
At Intersection of or Between (Node 1): **MACON COUNTY ROAD 30** (Node Code: **7245**)
And (Node 2): **MACON COUNTY ROAD 93** (Node Code: **7205**)

Feet/Miles From Node (Circle One): _____
Intersection Related: Not Int. Related
Mile Post: **24.50**
Control Access: Main Rd / Frontage Rd
1 Interchange / 2 Entrance Ramp / Exit Ramp / N/A
Prime Contr Circums: **27** — Prime Contr Unit No: **1**

First Harmful Event: **77** — Event Location: **3** — Distance to Fixed Object: **17** FT

No. of Vehicles: _____ — No. of Pedestrians: _____ — No. Injured: _____ — No. Fatalities: _____ — Unit 1 Type: _____ — Unit 2 Type: _____

## UNIT 1 — COM VEH — LEFT SCENE: X

Driver Full Name: **VERNELL B MORRIS**
Street Address: **16633 STEPHANIE STREET**
City and State: **BATON ROUGE LA**
Zip: **70819** — Telephone No: **225 275-110_**

DOB: **12 / 03 / 1960** — Race: **B** — Sex: **M** — DL State: **LA** — Driver License No: **004380900** — DL Class: **A** — DL Status: **C** — List Restrictions: Not Complied With — CDL Status: **C** — List Endorsements: Not Complied With — Residence Less Than 25 Miles: No

Place of Employment: **PANTHER II TRANSPORTATION INC. MEDINA OHIO**
Liability Insurance Co.: **ZURICH AMERICAN INSURANCE**
Social Security No: **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**

Driver Condition: 1 - No Defects — Sobriety: 1 - Apparently Asleep — Officer's Opinion — Alcohol: No — Drugs: Unk — Type Test: 1 - No Test — Given — Blood Test / Breath Test — Refused Test — Test Results: _____

Maneuver: **01** — Travel Road Name: **I-85** — Road Code: **I085** — Travel Direction: **N** — Other Contr Circumstances: **99** — Prime Harm Event: **20** — Event Loc: **1**

Veh Year: **1998** — Make: **KW** — Model: **N/A** — Body: **NA** — V.I.N.: **1XKADU9X2WJ784009** — License Tag Number: **PVA 9210** — State: **OH** — Year: **2005**

Owner's Name: **LAFAYETTE INVESTMENTS INC** — Street or R.F.D.: **104 WEST 40 HIGHWAY** — City: **BATES CITY** — State: **MO** — Zip: **64011**

Type: 5 - Truck Tractor
Usage: 3 - Construction Business
Hazardous Cargo: 1 - None
Attachment: 3 - Semi Trailer
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: **TOTALED**

Oversized Load (Req Permit): No — If Yes, Did Owner Have Permit?: N/A

Speed Limit: **70** MPH — Est. Speed: **70** MPH — Citation Offense Charged: **NONE**
Damage Severity: 1 - Non Visible / 2 - Not Disabled — 3 - Disabled
Vehicle Towed Away?: Yes — Occupants in Unit: **1** — Total Injured in Unit: _____ — Attachments: _____
Enter Point of Initial Impact: **10**

Vehicle Towed By Whom: **THROWER'S WRECKER LOT** — To Where: **THROWER'S WRECKER LOT TUSKEGEE AL**

## UNIT 2 — COM VEH — LEFT SCENE: X

Driver Full Name: **EDWARD NEAL THOMPSON**
Street Address: **801 5TH AVENUE**
City and State: **GENEVA AL**
Zip: **36340** — Telephone No: **334 684-394_**

DOB: **10 / 30 / 1962** — Race: **W** — Sex: **M** — DL State: **AL** — Driver License No: **4657210** — DL Class: **AMV** — DL Status: **C** — CDL Status: **C** — Residence Less Than 25 Miles: No

Place of Employment: **FLORIDA TRANSFORMER   DEFUNIAK SPRINGS FL**
Liability Insurance Co.: **AIG**
Social Security No: **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**

Driver Condition: 1 - No Defects — Sobriety: — Officer's Opinion — Alcohol: No — Drugs: Unk — Type Test: No Test — Blood Test / Breath Test — Refused Test — Test Results: N/A

Maneuver: **01** — Travel Road Name: **I-85** — Road Code: **I085** — Travel Direction: **N** — Other Contr Circumstances: **97** — Prime Harm Event: **20** — Event Loc: **1**

Veh Year: **1995** — Make: **PTRB** — Model: **N/A** — Body: **NA** — V.I.N.: **1XP5DB9X0SN376286** — License Tag Number: **A50 67P** — State: **FL** — Year: **2005**

Owner's Name: **FLORIDA TRANSFORMER** — Street or R.F.D.: **PO BOX 507** — City: **DEFUNIAK SPRINGS** — State: **FL** — Zip: **32435**

Type: 5 - Truck Tractor
Usage: 3 - Construction Business
Hazardous Cargo: 1 - None
Attachment: 3 - Semi Trailer
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: **TOTALED**

Oversized Load (Req Permit): NA — If Yes, Did Owner Have Permit?: NA

Speed Limit: **70** MPH — Est. Speed: **70** MPH — Citation Offense Charged: **NONE**
Damage Severity: 3 - Disabled
Vehicle Towed Away?: Yes — Occupants in Unit: **2**
Enter Point of Initial Impact: **1**

Vehicle Towed By Whom: **THROWER'S WRECKER SERVICE** — To Where: **THROWER'S WRECKER LOT TUSKEGEE AL**

## CODES

Contributing Circumstances:
01 - Improper Passing
02 - Improper Lane Change/Usage
03 - Improper Turn/U-Turn
04 - Following Too Close
05 - Misjudge Stopping Dist
06 - Over Speed Limit
07 - Avoid Object/Person/Veh
08 - Unseen Object/Person/Veh
09 - Improper Backing
10 - Lost Traffic Control
11 - No Signal
12 - Failure to Heed Sign/Signal
13 - Improper Driving Environ
14 - Road Defect
15 - Vision Obstruction
16 - Defective Equipment
17 - No Violation
18 - Under Min Speed
19 - DUI
20 - Parts/Cargo From Veh
21 - Improper Lane Use
22 - Improper Attachment
23 - Fail to Yield Right-of-Way
24 - Driver Condition
...

Driver Maneuver:
01 - On Straight Ahead
02 - Pass on Right
03 - Pass on Left
04 - Pass at Int
05 - Pass 2-Way Street
06 - Pass at 1-Way Street
07 - Load Stall
08 - Parts/Cargo From Veh
09 - Legal Parking
10 - Change Lanes - Left
11 - Harper - Left
12 - Merge - Left
13 - Right Turn
14 - Left Turn
15 - U-Turn
16 - Start from Park
17 - Start in Traffic
18 - Stopped in Road
19 - Exiting Parked Position
20 - Legal Stop
21 - Change Lanes - Right
22 - Harper - Right
23 - Merge - Right
24 - Wrong Way - 1 Way

Pedestrian Action:
63 - PedCyc Ride Against Traffic/Rd Rd
64 - PedCyc Ride Across Road
65 - PedCyc Ride in Bike Path
66 - PedCyc Ride in Road
67 - Enter Parked Position
68 - Proper - Legally
69 - Back Proper
70 - Avoid Object in Road
71 - Exiting Parked Position/Property
72 - Pushed by Vehicle
73 - Other
74 - Unknown

Event Location:
1 - On Roadway
2 - Off Roadway
3 - Median
4 - Driveway
5 - Private Road/Property
6 - In Intersection
...

EXHIBIT D

## SEATING

**Unit 1:** Other Involved Unit (Circle One)
- 1: 22
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

**Unit 2:** Other Involved Unit (Circle One)
- 2: 24, 24
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

### CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)
- **Lap Belt Only**
  - 11 - Fastened
  - 12 - Not Fastened
- **Lap/Shoulder Harness**
  - 21 - Lap Only Used
  - 22 - Neither Used
  - 23 - Shoulder Only Used
  - 24 - Both Used
- **Motorcycle Helmet**
  - 31 - Not Used
  - 32 - Used
- **Air Bags**
  - 41 - Deployed, Belts Used
  - 42 - Not Deployed, Belts Used
  - 43 - Deployed, Belts Not Used
  - 44 - Not Deployed, Belts Not Used
- **Child Restraint**
  - 51 - Child Restraint Used
  - 52 - Other Restraint Used
  - 53 - None Used
- **Pedal Cycle/Pedestrian**
  - 91 - Contrasting Clothing
  - 92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16633 STEPHANIE ST  BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL | Taken By: ALDFS | | | | | | | |
| EDWARD NEAL THOMPSON | 801 5TH AVENUE  GENEVA AL | 2 | 1 | C | 41 | M | N | A |
| Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | Taken By: CARE AMBULANCE | | | | | | | |

**CODES**
- Injury Type: K - Killed; B - Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible — Has Pain/Faint
- Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; A - Not Applicable
- First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: **SEE SUPPLEMENTAL SHEET**

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

**Unit 1: 1    Unit 2: 2**

- **Contributing Road Defects:** (4) None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other
- **Surface Construction:** (1) Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
- **Condition:** (1) Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
- **Accident In Or Related To Road Construction Zone?** Y — (No)
- **Material in Roadway (Contributing):** (1) None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
- **Material Source:** (1) Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already In Road, But Fell From Vehicle; 5 - Other; 8 - Unknown
- **Character:** 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; (5) Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

- **Vision Obscured By:** (97) Not Obscured; 1 - Buildings; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown
- **Traffic Control:** 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 9 - Stop Sign; 8 - Yield Sign; 10 - Lane Control Device; (97) None; 98 - Other
- **Traffic Control Functioning:** Yes / No / (N/A)
- **DOT Railroad Crossing No:** N/A
- **Opposing Lanes Separated By:** 97 - None; 1 - Paved Surface; (2) Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier
- **Trafficway Lanes:** 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; (4) Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More
- **One-Way Street:** Y / (N)

- **Light:** 1 - Daylight; 2 - Dawn; 3 - Dusk; (4) Darkness—Road Not Lit; 5 - Darkness—Road Lit
- **Weather:** 1 - Clear; (2) Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
- **Locale:** (1) Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
- **Non-Vehicular Property Damage:** 1 - None Visible; 2 - Light; (3) Moderate; 4 - Severe
- **Property Damage Description:** TRAFFIC CONTROL ROAD SIGN
- **Owner:** EAST ALABAMA PAVING COMPANY
- **Address:** OPELIKA ALABAMA

## INVESTIGATION

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 PM | 4:04 PM | 4:07 PM | SGT. JAMES PATTERSON |

| Witness Full Name | Address | Telephone |
|---|---|---|
| N/A | | |
| N/A | | |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 | |
| Name of Other Investigating Officers at Scene: SGT. JAMES PATTERSON | 133 | ALAST0300 | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: *Alex F. Huntley*    Date: 09-07-04

# ALABAMA
# UNIFORM TRAFFIC ACCIDENT REPORT

COPY

SHEET 2 OF 4 SHEE

## SUPPLEMENTAL SHEET

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection |
|---|------|---------|----------|----------|----------|-----------|-------------|-----|-----|----------|
| 3 | WILLIAM TIDWELL | 1204 PETTY ROAD WESTVILLE FL | TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | CARE AMBULANCE | 2 | 3 | C | 35 | M | N |
| 4 | N/A | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)** UNIT 1 WAS TRAVELING NORTHBOUND ON I-8 UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUC DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCK BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TI OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEA THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY TH BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILL NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING A STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.