IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS,           ) | |
| )| |
|    Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
|    v.              ) | 3:05cv962-MHT |
| ) | |
| FLORIDA TRANSFORMER and    ) | |
| EDWARD NEAL THOMPSON,      ) | |
| ) | |
|    Defendants.     ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 23) is set for submission, without oral argument, on June 23, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of June, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE