IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **LORI ANN MORRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **3:05cv962-T** |
| ) | |
| **FLORIDA TRANSFORMER and** ) | |
| **EDWARD NEAL THOMPSON,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that defendants' motion to compel (doc. no. 16), to the extent it seeks to compel plaintiff to comply with the December 7 order (doc. no. 15), is denied without prejudice. Plaintiff has now filed an amended complaint (doc. no. 20). If defendants are dissatisfied with the amended complaint, they need to file a new motion for more definite statement.

DONE, this the 8th day of June, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**