## MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined **Edward Thompson** in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- ☐ wearing corrective lenses
- ☐ wearing hearing aid
- ☐ accompanied by a _____ waiver/exemption
- ☐ driving within an exempt intracity zone (49 CFR 391.62)
- ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
- ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| Barbara Elliott | (812) 263-2013 | 04/26/04 |

MEDICAL EXAMINER'S NAME (PRINT): **Barbra Elliott**

- ☐ MD  ☐ DO  ☐ Chiropractor
- ☐ Physician Assistant
- ☒ Advanced Practice Nurse

MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE: **71000103**    **INDIANA**

SIGNATURE OF DRIVER: **Edward Neal Thompson**

DRIVER'S LICENSE NO.: **4657210**   STATE: **AL**

ADDRESS OF DRIVER: **801 5th Ave Geneva AL 36340**

MEDICAL CERTIFICATE EXPIRATION DATE: **04/26/05**

DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

649-F (Rev. 10/03) (6045)

### 1. DRIVER INFORMATION
Driver completes this section.

**Driver's Name (Last, First, Middle):** Thompson Edward Fred

**Address:** 801 5th Ave

**City, State, Zip Code:** Geneva, AL 36340

**Social Security No.:** 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

**Birthdate:** 10-30-62

**Age:** 41

**Sex:** ☒ M ☐ F

**Work Tel:** (   )
**Home Tel:** (334) 449-1657

**Driver License No.:** 4651210

☒ New Certification
☐ Recertification
☐ Follow Up

**License Class:** ☒ A ☐ B ☐ C ☐ D ☐ Other

**Date of Exam:** 4-26-4

**State of Issue:** AL

### 2. HEALTH HISTORY
Driver completes this section, but medical examiner is encouraged to discuss with driver.

Yes / No
- ☒ ☐ Any illness or injury in the last 5 years?
- ☒ ☐ Head/Brain injuries, disorders or illnesses
- ☒ ☐ Seizures, epilepsy
  - ☐ medication
- ☒ ☐ Eye disorders or impaired vision (except corrective lenses)
- ☒ ☐ Ear disorders, loss of hearing or balance
- ☒ ☐ Heart disease or heart attack; other cardiovascular condition
  - ☐ medication
- ☒ ☐ Heart surgery (valve replacement/bypass, angioplasty, pacemaker)
- ☒ ☐ High blood pressure ☐ medication
- ☐ ☒ Muscular disease
- ☒ ☐ Shortness of breath

Yes / No
- ☒ ☐ Lung disease, emphysema, asthma, chronic bronchitis
- ☒ ☐ Kidney disease, dialysis
- ☒ ☐ Liver disease
- ☒ ☐ Digestive problems
- ☒ ☐ Diabetes or elevated blood sugar controlled by:
  - ☐ diet
  - ☐ pills
  - ☐ insulin
- ☐ ☒ Nervous or psychiatric disorders, e.g., severe depression
- ☐ ☒ medication
- ☒ ☐ Loss of, or altered consciousness

Yes / No
- ☐ ☒ Fainting, dizziness
- ☐ ☒ Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring
- ☒ ☐ Stroke or paralysis
- ☒ ☐ Missing or impaired hand, arm, foot, leg, finger, toe
- ☒ ☐ Spinal injury or disease
- ☒ ☐ Chronic low back pain
- ☐ ☒ Regular, frequent alcohol use
- ☐ ☒ Narcotic or habit forming drug use

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

**Driver's Signature:** Edward Fred Thompson   **Date:** 4-26-4

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving. This discussion must be documented below.)

Type 2 DM, Oxeophag + Alcohol - takes prn - when Blood Sugar > 165
Hiatal Hernia - shoulder crowd it ago. Nevophone. Bilwalden

71
FTI

## TESTING (Medical Examiner completes Section 3 through 7) Name: Last, _____ First, _____ Middle, _____

### 3. VISION

Standard: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

INSTRUCTIONS: When other than the Snellen chart is used, give test-results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are *not qualified*.

Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/ 16 | 20/ | Right Eye | 85° |
| Left Eye | 20/ 16 | 20/ | Left Eye | 85° |
| Both Eyes | 20/ 16 | 20/ | | |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☒ Yes ☐ No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

Monocular Vision: ☐ Yes ☒ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist

Date of Examination _____ Name of Ophthalmologist or Optometrist (print) _____ Tel. No. _____ License No./State of Issue _____ Signature _____

### 4. HEARING

Standard: a) Must first perceive forced whispered voice ≥ 5 ft., with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB
☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

INSTRUCTIONS: To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

a) Record distance from individual at which forced whispered voice can first be heard.

| Right Ear | Left Ear |
|---|---|
| 5 Feet | 5 Feet |

b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951)

| | Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|---|
| | 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | | | | | | |
| Average: | | | | Average: | | |

### 5. BLOOD PRESSURE/PULSE RATE

Numerical readings must be recorded. Medical examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic | Diastolic | Reading | Category | Expiration Date | Recertification |
|---|---|---|---|---|---|---|
| | 136 | 73 | 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤ 140/90. One-time certificate for 3 months if 141-159/91-99. |
| Driver qualified if ≤ 140/90. | | | 160-179/100-109 | Stage 2 | One-time certificate for 3 months. | 1 year from date of exam if ≤ 140/90 |
| Pulse Rate: ☒ Regular ☐ Irregular | | | ≥ 180/110 | Stage 3 | 6 months from date of exam if ≤ 140/90 | 6 months if ≤ 140/90 |
| Record Pulse Rate: 64 | | | | | | |

### 6. LABORATORY AND OTHER TEST FINDINGS

Numerical readings must be recorded.

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

Other Testing *(Describe and record)* 4/28/04 Glucose 207 Fasting - Recheck

| URINE SPECIMEN | SP.GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | neg | neg | 2000 |

Recheck Sugar 320

## 7. PHYSICAL EXAMINATION

Height: 72 (in.) Weight: 203 (lbs.) Name: Last, _____ First, _____ Middle, _____

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.

See Instructions to the Medical Examiner for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist if appropriate. | | | 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | | |
| 3. Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums. | | | 9. Genito-urinary System | Hernias. | | |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | | 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator. | | | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | | | 12. Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | |

*COMMENTS:

Note certification status here. See Instructions to the Medical Examiner for guidance.

- ☐ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate  ch_____date 4/28/04 to 04/26/05
- ☐ Does not meet standards
- ☑ Meets standards, but periodic monitoring required due to _Bellwarci_
- Driver qualified only for: ☐ 3 months ☐ 6 months ☐ 1 year ☐ Other
- ☑ Temporarily disqualified due to (condition or medication): Diabetes

Return to medical examiner's office for follow up on _____

- ☐ Wearing corrective lenses
- ☐ Wearing hearing aid
- ☐ Accompanied by a _____ waiver/exemption. Driver must present exemption at time of certification.
- ☐ Skill Performance Evaluation (SPE) Certificate
- ☐ Driving within an exempt intracity zone (See 49 CFR 391.62)
- ☑ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _____
Medical Examiner's Name _____
Address 2201 N. _____ BLVD _____
Telephone Number (812) 283-2013

If meets standards, complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

73
FTI

Mar-15-02 11:29A The Campbell Agency          850 234 6087              P.02

# REQUEST FOR CHECK OF DRIVING RECORD

I hereby authorize The Campbell Agency to release the following information to Florida Transformer, Inc.
                                                                                    (Prospective Employer)
for purposes of investigation as required by Section 391.23 of the Federal Motor Carrier Safety Regulation.
You are released from any and all liability which may result from furnishing such information.

_Edward Neal Thompson_                                        _8-13-4_
(Signature)                                                    (Date)

1. In accordance with the provisions of Section 604 and Section 607 of the Fair Credit Reporting Act. Public Law No.91-508. I hereby certify that the information requested below will be used for a "permissible purpose" as defined in the Act and that the information received will be used for no other purpose.

2. I further certify that if the applicant named below is denied employment based on the information received, I will identify the source of the report in accordance with Section 615(a) of the Fair Credit Reporting Act.

_Scott Seay_                                                   _08/13/04_
(Signature of Requestor)                                       (Date)

To: _____
    _____
    _____

Gentleman:

The following named person has mad application with our company for the position of Driver (Class A CDL)
As in accordance with Section 391.23 Federal Department of Transportation Regulations, please furnish the undersigned with the applicant's driving record for the past three years.

_Edward Neal Thompson_
(Name of Applicant)
_801 5th Ave Geneva AL 36340_
(Address of Applicant)
_____
(Former Address)

Date of Birth _10-30-62_        Social Security Number _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_
Drivers License Number _4657210_        State of issuance _AL_

Requested by:

Florida Transformer, Inc.                    Scott Seay
(Name of Company)                            (Typed Name)

4509 State Highway 83                        Human Resources Manager
(Address)                                    (Title)

DeFuniak Springs    FL    32433              _Scott Seay_
(City)           (State) (Zip)               (Signature)

75
FTI

# STATEMENT OF VIOLATIONS

§§391.25, 391.2

This form is to be completed at least once every 12 months.

DRIVER'S NAME  Edward Neal Thompson

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. (If no violations, put NONE in the offense column.)

| DATE OF CONVICTION | OFFENSE | LOCATION | COMMERCIAL MOTOR VEHICLE OR AUTOMOBILE |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

Edward Neal Thompson
DRIVER'S SIGNATURE

8/13/04
DATE

NAME OF MOTOR CARRIER  Florida Transformer, Inc.

ADDRESS  P.O. Box 507   DeFuniak Springs   FL   32435
         CITY              STATE   ZIP

Scott Leary
REVIEWED BY: SIGNATURE

HR MGR
TITLE

---- Certificate of Review ----

To be certified by a motor carrier supervisor.

I have hereby reviewed the driving record of _____
                                              DRIVER'S NAME
in accordance with §391.25 and find that he/she:

_____ Meets minimum requirements for safe driving.

_____ Is disqualified to drive a commercial motor vehicle pursuant to §391.15.

Reason for disqualification: _____

_____     ___/___/___
SUPERVISOR'S SIGNATURE                           DATE

79
FTI

Distribution of Copy:  Driver Qualification File with a copy of Motor Vehicle Driving Record attached.

Alabama Department of

# Public Safety
DRIVER LICENSE ABSTRACT

08/18/2004

Reply May Be Made To:
Driver License Division
P O Box 1471
Montgomery, AL 36102-1471

NAME: EDWARD NEAL THOMPSON  
ISSUE DATE: 04/02/2004  
EXPIRATION DATE: 03/26/2008  
RESTRICTIONS:  

LICENSE NO: 4657210   STATUS: CURRENT  
LICENSE CLASS: AM   CDL STATUS: CURRENT  
BIRTH DATE: 10/30/1962   RACE: W   SEX: M  
ENDORSEMENTS:

| CONVICTION DATE | OFFENSE DESCRIPTION | OFF DATE | COM VEH | COURT/AGENCY | REP CNSL |
|---|---|---|---|---|---|
| 05/09/2003 | SPEEDING  69/45 MPH ZONE | 02/21/2003 | P | HOUSTON CO DISTRICT COURT | N |
| 08/29/2002 | ACC NO./ 2095274 | COMM VEH/N | | CNTY/HOUSTON   CITY/DOTHAN | |

I hereby certify that this is a true and correct copy of the records in the Driver License Division of the Alabama Department of Public Safety.

ROSCOE HOWELL, MAJOR  
DRIVER LICENSE DIVISION

```
*** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT   ***
***     IN NO WAY IMPLIES FAULT OR LIABILITY.        ***
***                                                  ***
*** THIS REPORT CONTAINS INFORMATION REPORTED TO    ***
***     THIS DEPARTMENT FOR THE LAST 3 YEARS.        ***
```



81  
FTI