IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS,             ) | |
|     Plaintiff,               ) | |
|     v.                          ) | CIVIL ACTION NO. 3:05cv962-MHT |
| FLORIDA TRANSFORMER and EDWARD NEAL THOMPSON, ) | |
|     Defendants.          ) | |

ORDER

It is ORDERED that defendants' second motion for more definite statement (Doc. No. 26) is set for on-the-record oral argument on June 16, 2006, at 8:30 a.m. Counsel for the movants are to arrange for the argument to be conducted by telephone.

It is further ORDERED that the non-movant is to file a response by June 14, 2006.

DONE this the 9th day of June, 2006.

                                      /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE