# EXHIBIT 1

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LORI ANN MORRIS,                           )
as Administratrix of the Estate of         )
Vernell Brian Morris.                      )
                                           )
         Plaintiff,                        )
                                           )      CIVIL ACTION NO.:
vs.                                        )
                                           )
FLORIDA TRANSFORMER, et al.                )
                                           )
         Defendants.                       )

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS

COMES NOW the Plaintiff in the above-styled cause and propounds the following

Interrogatories and Requests for Production to the Defendant, Florida Transformer:

1. Copy and attach the entire driving record, personnel and employment file in the

defendant's possession to date on the driver involved in this accident, Edward Neal Thompson,

and attach a photostatic copy of each and every page of the "driver logs" for fourteen days prior

to and inclusive of the date of the accident made the basis of this complaint.

2. Was this defendant correctly identified in the Summons and Complaint filed in this

case? If not, state the correct designation of this defendant.

3. Provide the following identifying information for this defendant:

    a)    The way in which this defendant operates its business, i.e., corporation,
          partnership, proprietorship, or other form;
    b)    Principal place of business;
    c)    State under whose laws this defendant is incorporated or organized;
    d)    The kind of business in which this defendant is engaged.

4. Did this defendant own the tractor-trailer truck operated by the driver at the time of the

accident?  If not, state the name and address of the owner.

     5.  Is this defendant a common carrier or contract carrier within the meaning of the

regulation of the Interstate Commerce Commission.?

     6.  Did this defendant, or anyone on its behalf, submit a report of the accident (however

designated) to the Department of Transportation, National Transportation Safety Board, Alabama

Public Service Commission or any other governmental agency on account of the accident in

question?  If so, produce and attach a complete copy of the report.

     7.  State in complete detail how this defendant contends the accident in question occurred.

     8.  State the names and addresses of all persons who this defendant contends is responsible

in any way for the accident in question.

     9.  State the names and addresses of all persons who may have witnessed, in whole or

part, the accident giving rise to this lawsuit.

     10.  With respect to all persons expected to be called as expert witnesses at the trial of this

action, state the following:

          a)    Name and address;
          b)    Filed in which the witness will be offered as an expert;
          c)    A summary of the qualifications of the proposed expert witness;
          d)    Attach a copy of the curriculum vitae of each such expert witness;
          e)    The substance of the facts of the expert testimony;
          f)    The substance of the grounds of each expert opinion;
          g)    The complete name of any treatise, article, regulation, standard, rule or
                other writing upon which the expert will relay in support of this testimony;
          h)    Attach a copy of any report or memorandum (however designated)
                prepared by the expert.

     11.  Does this defendant contend that the plaintiff contributed in any fashion to cause the

accident in question?  If so, state fully how you contend he contributed.

12.  Did the defendant driver of the tractor-trailer truck in any manner fail to comply with any company rule or regulation on the date of the accident in question?  If so, state the substance of each rule or regulation violated.

13.  Attach and copy any and all bills of lading from August 1, 2004 through the date of the accident for the truck involved in the accident.

14.  Copies of any and all dispatch logs or other documentation of any type whatsoever stating the travel route and destination for the fourteen days prior to and inclusive of the date of the accident made the basis of this complaint for the Florida Transformer truck involved in the accident.

15.  Copies of any and all fuel tickets, purchases, control slips, computer printout sheets or any documentation whatsoever showing fuel purchased or any purchases from August 1, 2004 through September 4, 2004, relating to this truck and defendant driver.

16.  Copies of any documentation whatsoever which would show the "hub miles" as recorded on the vehicle made the basis of this accident from August 1, 2004, through September 4, 2004.

17.  State the name of the driver and his address that was involved in the accident that is made the basis of this complaint and also give the license plate and serial number of the tractor-trailer involved, giving a thorough description of same.

18.  Please provide me with legible photographs of the sides and frontal and rear views of the truck involved in the accident.

19.  Produce all maintenance records on the truck involved in this accident from August 1, 2003 through September 2, 2004.

20.  Produce copies of any statements taken by you, whether written or audio.

Done this the *31st* day of *August*, 2005.

**H. L. PENICK & ASSOCIATES, PC.**

Henry L. Penick
Attorney for Plaintiffs

SERVED WITH COMPLAINT.

Of Counsel

# EXHIBIT 2

On-Line SJIS Case Detail: BALL BALL MATHEWS & NOVAK

Page 1 of 2



*alacourt.com's*

*Alabama SJIS Case Detail*

| Settings | Parties | Case Action Summary | Witness List | Financial |
|---|---|---|---|---|

### Case

| County | 46 | Case Number | CV 2005 000172 00 | JID | XXX | Trial | J |
|---|---|---|---|---|---|---|---|
| Style | LORI ANN MORRIS VS EDWARD NEAL THOMPSON, ET AL | | | | | | |
| Code | WDEA | Type | WRONGFUL DEATH | Filed | 08312005 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 002 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Settings

| Date 1 | | Que 1 | | Time 1 | | Description | |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJrnt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| Party | C 001 | Name | LORI ANN MORRIS, AS ADMINISTRATRIX OF THE ESTATE | Type | INDIVIDUAL |
|---|---|---|---|---|---|
| INDX | D FLORIDA T | ANAM | | JID | XXX |
| SSN | | Address 1 | OF VERNELL BRIAN MORRIS | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 |
| Atty 1 | PENICK HENRY L | Atty 2 | | Atty 3 | Atty 4 |
| Atty 5 | | Atty 6 | | | |
| Issued | | Type | | Reissue | Type |
| Return | | Type | | Return | Type |
| Service | | Type | | Serv On | By |
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | |
| AMT | | Cost | | Other | Exep O |
| Comment | | | | | Satisfied |

### Party 2

| Party | D 001 | Name | FLORIDA TRANSFORMER | Type | INDIVIDUAL |
|---|---|---|---|---|---|
| INDX | C MORRIS L | ANAM | | JID | XXX |
| SSN | | Address 1 | P O BOX 507 | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | DEFUNIAK SP FL 32435 0000 | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 |
| Atty 5 | | Atty 6 | | | |
| Issued | 08312005 | Type | C CERTIFIED MAI | Reissue | Type |
| Return | | Type | | Return | Type |
| Service | 09062005 | Type | C CERTIFIED MAI | Serv On | By |
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | |
| AMT | | Cost | | Other | Exep O |
| Comment | | | | | Satisfied |

### Party 3

| Party | D 002 | Name | THOMPSON EDWARD NEAL | Type | INDIVIDUAL |
|---|---|---|---|---|---|

EXHIBIT B

On-Line SJIS Case Detail: BALL BALL MATHEWS & NOVAK

| INDX | C MORRIS L | ANAM | | | | | JID | XXX |
|------|-----------|------|---|---|---|---|-----|-----|
| SSN | | Address 1 | 801 5TH AVENUE | | | | Sex | |
| DOB | | Address 2 | | | | | Race | |
| Country | US | City | AL 36240 0000 | | | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | | |
| Issued | 08312005 | Type | C CERTIFIED MAI | | Reissue | | Type | |
| Return | 09062005 | Type | C UNCLAIM CERT | | Return | | Type | |
| Service | | Type | | | Serv On | | By | |
| Answer | | Type | | | NS Not | | NA Not | |
| Warrant | | Type | | | Arrest | | | |
| CACT | | Date | | | For | | Exep | O |
| AMT | | Cost | | | Other | | Satisfied | |
| Comment | | | | | | | | |
| Case Action Summary | | | | | | | | |

| Date | Time | Code | Comments | Operator |
|------|------|------|----------|----------|
| 08312005 | 1417 | ASSJ | ASSIGNED TO JUDGE: ASSIGNED JUDGE (AV01) | VEH |
| 08312005 | 1417 | ORIG | ORIGIN: INITIAL FILING (AV01) | VEH |
| 08312005 | 1417 | TDMJ | JURY TRIAL REQUESTED (AV01) | VEH |
| 08312005 | 1417 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | VEH |
| 08312005 | 1418 | PART | LORI ANN MORRIS, AS ADMINISTRATRIX OF THE ESTATE | VEH |
| 08312005 | 1418 | ATTY | LISTED AS ATTORNEY FOR C001: PENICK HENRY L (AV02) | VEH |
| 08312005 | 1419 | SUMM | CERTIFIED MAI ISSUED: 08/31/2005 TO D001 (AV02) | VEH |
| 08312005 | 1420 | PART | THOMPSON EDWARD NEAL ADDED AS D002 (AV02) | VEH |
| 08312005 | 1420 | SUMM | CERTIFIED MAI ISSUED: 08/31/2005 TO D002 (AV02) | VEH |
| 08312005 | 1420 | D001 | ADDR1 CHANGED FROM: 801 5TH AVENUE (AV02) | VEH |
| 08312005 | 1420 | D001 | ADDRESS STATE CHANGED FROM: AL (AV02) | VEH |
| 08312005 | 1421 | TEXT | FLORIDA TRANSFORMER ADDED AS D001 | VEH |
| 08312005 | 1422 | TEXT | COVER SHEET | VEH |
| 08312005 | 1422 | TEXT | COMPLAINT | VEH |
| 08312005 | 1422 | TEXT | SUMMONS | VEH |
| 09082005 | 1017 | TEXT | NOTICE OF FILING OF CERTIFIED COPY OF LETTERS OF | MAA |
| 09082005 | 1017 | TEXT | ADMINISTRATION | MAA |
| 09132005 | 0855 | RETU | RETURN OF UNCLAIM CERT ON 09/06/2005 FOR D002 | MAA |
| 09132005 | 0857 | SERC | SERVICE OF CERTIFIED MAI ON 09/06/2005 FOR D001 | MAA |

# EXHIBIT 3

# H. L. Penick & Associates, P.C.

Henry L. Penick
Anita Terry Tye
C.H. Brantley

**Attorneys at Law**
Penick Building
319 - 17th Street, North - Suite 200
P.O. Box 967
Birmingham, Alabama 35201
Website: www.penickandassoc.com

Phone (205) 252-2538
Fax (205) 251-0231

December 9, 2005

W. Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
P.O. Box 2148
Montgomery, AL  36102-2148

> **RE:     Lori Ann Morris v. Edward Neal Thompson and Florida Transformer,**
> **Civil Action No.: 3:05-CV-962-T, Middle District of Alabama**

Dear Mr. Brittain:

Earlier this week, I received an Order from Judge Thompson requiring me to respond to certain discovery propounded by Defendants.  Pursuant the Federal Rules of Civil Procedure governing removal, and to the local rules, the Plaintiff's discovery initiated in the Circuit Court of Macon County is due.  Within ten (10) days of receipt of this letter, please provide me with the responses to Plaintiff's discovery.  Plaintiff's discovery was initiated first.  I would appreciate receiving said discovery before responding to the discovery propounded by Defendants.

If responses to interrogatories and request for production are not received within ten (10) days, I will be required to file a Motion to Compel.

If you have any questions regarding this matter, please call.

Very truly yours,

Henry L. Penick

HLP/dl

# EXHIBIT 4

# H. L. Penick & Associates, P. C.

Attorneys at Law
Penick Building
319 - 17th Street, North - Suite 200
P. O. Box 967
Birmingham, Alabama 35201
Website: www.penickandassoc.com

Henry L. Penick
Anita Terry Tye

Phone (205) 252-2538
Fax (205) 251-0231

March 15, 2006

W. Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204
P.O. Box 2148
Montgomery, AL 36102-2148

> **RE:** **Lori Ann Morris v. Edward Neal Thompson and Florida Transformer**
> **Civil Action No.: 3:05-CV-962-T**

Dear Mr. Brittain:

I am in receipt of your interrogatories and requests for production served on February 22, 2006. As I have indicated to you earlier, I served interrogatories and requests for production on the defendants prior to any requests served by defendants. For this reason, I am, once again, requesting that you provide answers to plaintiff's discovery within ten (10) days. After I receive the responses from defendants, I will provide responses to defendants' discovery requests.

If you expect this case to ever move forward, then you should respond to plaintiff's discovery. Otherwise, you are burning valuable discovery time. If you have any questions in the meantime, please call.

Very truly yours,

Henry L. Penick

HLP/pt

cc: Dr. Edward A. Robinson, III

# EXHIBIT 5

# 7. PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.

See Instructions to the Medical Examiner for guidance.

Height: ___72___ (in.)     Weight: ___303___ (lbs.)     Name: Last, _____ First, _____ Middle, _____

| BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist if appropriate. | | |
| 3. Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums. | | |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator. | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | | |

| BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|
| 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | |
| 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | | |
| 9. Genito-urinary System | Hernias. | | |
| 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | |
| 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | |
| 12. Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | |

*COMMENTS:_____

Note certification status here. See Instructions to the Medical Examiner for guidance.

☐ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards
☑ Meets standards, but periodic monitoring required due to _____
   ⟶ 4/28/04  Chemoguidate to  4/28/05

Driver qualified only for: ☐ 3 months ☐ 6 months ☐ 1 year ☐ Other
☑ Temporarily disqualified due to (condition or medication): DIABTS

Return to medical examiner's office for follow up on _____

☐ Wearing corrective lenses
☐ Wearing hearing aid
☐ Accompanied by a _____ waiver/exemption. Driver must present exemption at time of certification.
☐ Skill Performance Evaluation (SPE) Certificate
☐ Driving within an exempt intracity zone (See 49 CFR 391.62)
☐ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _____
Medical Examiner's Name _____
Address _____
Telephone Number (812) 283-2013

If meets standards, complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

73
FTI

# EXHIBIT 6

## TESTING (Medical Examiner completes Section 3 through 7)

Name: Last, _____ First, _____ Middle, _____

### 3. VISION

Standard: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

INSTRUCTIONS: When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while driving. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.

Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION |
|---|---|---|---|
| Right Eye | 20/ lo | 20/ | Right Eye |
| Left Eye | 20/ lo | 20/ | Left Eye |
| Both Eyes | 20/ lo | 20/ | 85° |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☑ Yes ☐ No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

Monocular Vision: ☐ Yes ☑ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist

Date of Examination _____

Name of Ophthalmologist or Optometrist (print) _____

License No./State of Issue _____  Tel. No. _____

Signature _____

### 4. HEARING

Standard: a) Must first perceive forced whispered voice ≥ 5 ft, with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB

☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

INSTRUCTIONS: To convert audiometric test results from ISO to ANSI, -14 dB from ISO to ANSI. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

| | Right Ear | Left Ear |
|---|---|---|
| a) Record distance from individual at which forced whispered voice can first be heard. | 5 Feet | 5 Feet |

| b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951) | Right Ear | | | | Left Ear | | | |
|---|---|---|---|---|---|---|---|---|
| | 500 Hz | 1000 Hz | 2000 Hz | | 500 Hz | 1000 Hz | 2000 Hz | |
| | Average: | | | | Average: | | | |

### 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 136 | 73 |

Driver qualified if ≤ 140/90.

Pulse Rate: ☑ Regular ☐ Irregular

Record Pulse Rate: 64

| Reading | Category | Expiration Date | Recertification |
|---|---|---|---|
| 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤ 140/90. One-time certificate for 3 months if 141-159/91-99. |
| 160-179/100-109 | Stage 2 | One-time certificate for 3 months. | 1 year from date of exam if ≤ 140/90 |
| ≥ 180/110 | Stage 3 | 6 months from date of exam if ≤ 140/90 | 6 months if ≤ 140/90 |

### 6. LABORATORY AND OTHER TEST FINDINGS

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

Other Testing (Describe and record)

Numerical readings must be recorded.

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | Neg | Neg | Neg |

4/28/04 _____ B.Guthrie _____

72
FTI

# EXHIBIT 7

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

649-F (Rev. 10/03) (6045)

### 1. DRIVER'S INFORMATION:
Driver completes this section.

Driver's Name (Last, First, Middle): Thompson, Edward Neel

Address: 801 5th Ave

City, State, Zip Code: Geneva AL 36340

Social Security No.: 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

Birthdate: 10-30-41    Age: 41    Sex: ☑M ☐F

Work Tel: ( )    Home Tel: (334) 449-1657

Driver License No.: 4657220

Date of Exam: 4-26-6

☑ New Certification  ☐ Recertification  ☐ Follow Up

License Class: ☑A ☐B ☐C ☐D ☐Other    State of Issue: AL

### 2. HEALTH HISTORY
Driver completes this section, but medical examiner is encouraged to discuss with driver.

Yes No
- ☐☑ Any illness or injury in the last 5 years?
- ☐☑ Head/Brain injuries, disorders or illnesses
- ☐☑ Seizures, epilepsy
  - ☐ medication
- ☑☐ Eye disorders or impaired vision (except corrective lenses)
- ☐☑ Ear disorders, loss of hearing or balance
- ☐☑ Heart disease or heart attack; other cardiovascular condition
  - ☐ medication
- ☐☑ Heart surgery (valve replacement/bypass, angioplasty, pacemaker)
- ☐☑ High blood pressure
  - ☐ medication
- ☐☑ Muscular disease
- ☐☑ Shortness of breath

Yes No
- ☐☑ Lung disease, emphysema, asthma, chronic bronchitis
- ☐☑ Kidney disease, dialysis
- ☐☑ Liver disease
- ☑☐ Digestive problems
- ☐☑ Diabetes or elevated blood sugar controlled by:
  - ☐ diet
  - ☐ pills
  - ☐ insulin
- ☐☑ Nervous or psychiatric disorders, e.g., severe depression
  - ☐ medication
- ☐☑ Loss of, or altered consciousness

Yes No
- ☐☑ Fainting, dizziness
- ☐☑ Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring
- ☐☑ Stroke or paralysis
- ☐☑ Missing or impaired hand, arm, foot, leg, finger, toe
- ☐☑ Spinal injury or disease
- ☐☑ Chronic low back pain
- ☐☑ Regular, frequent alcohol use
- ☐☑ Narcotic or habit forming drug use

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature: Edward Neel Thompson    Date: 4-26-6

Medical Examiner's Comments on Health History (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving. This discussion must be documented below.)

Type 2 DM – Glucophage & Glucotrol – Controlled – while prev. – Kidney Blood Sugar > 165

Vision Screen chose metal ground obesity symptoms BP unknown

71
FII

# EXHIBIT 8

## STATEMENT OF VIOLATIONS

§§391.25, 391.27

This form is to be completed at least once every 12 months.

DRIVER'S NAME _Edward Neal Thompson_

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. (If no violations, put NONE in the offense column.)

| DATE OF CONVICTION | OFFENSE | LOCATION | COMMERCIAL MOTOR VEHICLE OR AUTOMOBILE |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

_Edward Neal Thompson_                                        _8/13/04_
DRIVER'S SIGNATURE                                                    DATE

NAME OF MOTOR CARRIER _Florida Transformer, Inc._

ADDRESS _P.O. Box 507_    _DeFuniak Springs_    _FL_    _32435_
                                        CITY                              STATE        ZIP

_Scott Leon_
REVIEWED BY: SIGNATURE

_HR MGR_
TITLE

---

--- Certificate of Review ---

To be certified by a motor carrier supervisor.

I have hereby reviewed the driving record of _____
                                                                                    DRIVER'S NAME

in accordance with §391.25 and find that he/she:

_____ Meets minimum requirements for safe driving.

_____ Is disqualified to drive a commercial motor vehicle pursuant to §391.15.

Reason for disqualification: _____

_____

_____    ___/___/___
SUPERVISOR'S SIGNATURE                                              DATE

79
FTI

Distribution of Copy:   Driver Qualification File with a copy of Motor Vehicle Driving Record attached.

No. 1091    Copyright © 2/02    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford. DE 19963

# EXHIBIT 9

46-965



**Dart Transit Company**

800 Lone Oak Road, Eagan, MN 55121 • Mailing Address: P.O. Box 64110, St. Paul, MN 55164-0110 • Office: 651-688-2000 • 800-366-9000

To: _Florida Transformer_

Re: _Edward Thompson_ Social Security _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_

He/ She is an ☐ Owner/ Operator    ☐ Company Driver

Dates of Service: From _4/26/04_  To _Present_
Additional Dates _____  To _____

Position: Driver, Tractor Trailer    Pulling: 53 foot Dry Van Trailer
Hauling: General Commodities    State Authority: 48 plus Canada

Reason for separation:
☐ Voluntary Quit    ☐ Discharged    ☒ Currently Employed

ACCIDENT / INCIDENT INFORMATION

| DATE | PREV / NP | DESCRIPTION | DOT RECORDABLE |
|------|-----------|-------------|----------------|
| 6/14/04 | NP | #1 struck #2 in rear. | Yes |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Eligible for rehire: Upon Review**

1. Had a test with a confirmed breathe alcohol level of 0.04 or greater in the past 3 years?  YES ☐  NO ☒
2. Tested positive for a controlled substance in the last 3 yrs?  YES ☐  NO ☒
3. Refused a controlled substance test and/or alcohol test in the past 3 years?  YES ☐  NO ☒
4. Violated other DOT drug/alcohol regulations in the past 3 years?  YES ☐  NO ☒
5. Received information from a previous employer that this individual violated DOT drug & alcohol regulations in the past three (3) years?  YES ☐  NO ☒
6. Has the above listed individual been subject to federal drug & alcohol testing requirements in the past three (3) years?  YES ☒  NO ☐

Completed by _Dianne, Qualification_ Date Completed: _9/9/04_

86
FTI