# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE         AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __JUNE 16, 2006__          AT __8:32__ A.M./P.M.

DATE COMPLETED __JUNE 16, 2006__          AT __8:50__ A.M./P.M.

LORI ANN MORRIS                )
                               )
         Plaintiff             )
                               )
     v                         )    CA No. 3:05cv962-MHT
                               )
FLORIDA TRANSFORMER, INC., et al )
                               )
         Defendants            )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys Edward Robinson, III, Henry | X | Attys Richard Broughton, William |
| Lee Penick | X | Brittain |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   ORAL ARGUMENT ON MOTIONS


8:32 a.m.    Oral argument heard (by telephone) on:
             1) Defendants' 6/8/06 Second Motion for More Definite
             Statement (dn 26);
             2) Defendants' 6/15/06 Renewed Motion for Continuance (29).
             Plaintiff heard re failure to comply with court order.
             Court will deny both motions. Sanctions may be imposed
             against plaintiff for failure to comply with discovery
             deadlines; matter taken under advisement.  Issue of
             additional dispositive motions may be heard later, if
             necessary.
8:50 a.m.    Telephone hearing concluded.