IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv962-MHT |
| ) | |
| FLORIDA TRANSFORMER and ) | |
| EDWARD NEAL THOMPSON, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Based on the representations made by the parties at the on-the-record oral argument held on June 16, 2006, it is ORDERED that the defendants' renewed motion for a continuance (Doc. No. 29) is denied.

It is further ORDERED that, from this day forward, the period to respond to all discovery is shortened to ten days.

DONE, this the 16th day of June, 2006.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE