IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS,           ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | CIVIL ACTION NO. |
|     v.                     ) | 3:05cv962-MHT |
|                            ) | |
| FLORIDA TRANSFORMER and    ) | |
| EDWARD NEAL THOMPSON,      ) | |
|                            ) | |
|     Defendants.            ) | |

ORDER

Based on the court's concern that the plaintiff failed to comply in a timely manner with this court's order directing the plaintiff to file a more definite statement (Doc. No. 15), it is ORDERED that the plaintiff show cause, if any there be, in writing by June 23, 2006, as to why sanctions should not imposed against her.

DONE, this the 16th day of June, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE