IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 3:05cv962-MHT |
| | ) |
| FLORIDA TRANSFORMER, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER ON MOTION

Upon consideration of plaintiff's motion for qualified HIPAA protective order (Doc. # 30), filed June 15, 2006, and for good cause, it is

ORDERED that the motion is DENIED without prejudice. Plaintiff may renew her motion with a certificate of service showing service on William Tidwell.

DONE, this 21st day of June, 2006.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE