# EXHIBIT 1

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT
**FATALITY / INCOMPLETE**

AST-27 REV. 1/91

Sheet 1 of 4 Sheet(s)

**COPY**

## LOCATION AND TIME

- Date: 09/02/2004
- Time: 3:25 PM
- Day of Week: TH (5)
- County: 46
- Rural: X
- Highway Classification: M municipal
- On Street, Road or Highway: I-85
- At Intersection of or Between (Node 1): MACON COUNTY ROAD 30
- And (Node 2): MACON COUNTY ROAD 93
- Street or Road: I085
- Node: 7245
- Node Code: 7205
- Intersection Related: Not Int Related
- Mile Post: 24.50
- Prime Contr Circums: 27
- Prime Contr Unit No: 1
- First Harmful Event: 77
- Event Location: 3
- Distance to Fixed Object: 17 FT

## UNIT 1 / DRIVER (LEFT SCENE, COM VEH)

- Driver Full Name: VERNELL B MORRIS
- Street Address: 16633 STEPHANIE STREET
- City and State: BATON ROUGE LA
- Zip: 70819
- Telephone No: 225 275-1102
- DOB: 12/03/1960
- Race: B
- Sex: M
- DL State: LA
- Driver License No: 004380900
- DL Class: A
- DL Status: C
- CDL Status: C
- Place of Employment: PANTHER II TRANSPORTATION INC. MEDINA OHIO
- Liability Insurance Co.: ZURICH AMERICAN INSURANCE
- Social Security No: 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
- Maneuver: 01
- Travel Road Name: I-85
- Road Code: I085
- Travel Direction: N
- Other Contr Circumstance: 99
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 1998
- Make: KW
- Model: N/A
- Body: NA
- VIN: 1XKADU9X2WJ784009
- License Tag Number: PVA 9210
- State: OH
- Year: 2005
- Owner's Name: LAFAYETTE INVESTMENTS INC
- Street or R.F.D.: 104 WEST 40 HIGHWAY
- City: BATES CITY
- State: MO
- Zip: 64011
- Vehicle Towed Away? Yes
- Occupants in Unit: 1
- Enter Point of Initial Impact: 10
- Vehicle Towed By Whom: THROWER'S WRECKER LOT
- To Where: THROWER'S WRECKER LOT TUSKEGEE AL
- Speed Limit: 70 MPH
- Est. Speed: 70 MPH
- Citation Offense Charged: NONE
- TOTALED

## UNIT 2 / DRIVER (LEFT SCENE, COM VEH)

- Driver Full Name: EDWARD NEAL THOMPSON
- Street Address: 801 5TH AVENUE
- City and State: GENEVA AL
- Zip: 36340
- Telephone No: 334 684-3945
- DOB: 10/30/1962
- Race: W
- Sex: M
- DL State: AL
- Driver License No: 4657210
- DL Class: AMV
- DL Status: C
- CDL Status: C
- Place of Employment: FLORIDA TRANSFORMER DEFUNIAK SPRINGS FL
- Liability Insurance Co.: AIG
- Social Security No: 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
- Maneuver: 01
- Travel Road Name: I-85
- Road Code: I085
- Travel Direction: N
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 1993
- Make: PTRB
- Model: N/A
- Body: NA
- VIN: 1XP5DB9X0SN376286
- License Tag Number: A50 67P
- State: FL
- Year: 2005
- Owner's Name: FLORIDA TRANSFORMER
- Street or R.F.D.: PO BOX 507
- City: DEFUNIAK SPRINGS
- State: FL
- Zip: 32435
- Vehicle Towed Away? Yes
- Occupants in Unit: 2
- Enter Point of Initial Impact: 1
- Vehicle Towed By Whom: THROWER'S WRECKER SERVICE
- To Where: THROWER'S WRECKER LOT TUSKEGEE AL
- Speed Limit: 70 MPH
- Est. Speed: 70 MPH
- Citation Offense Charged: NONE
- TOTALED

## Seating

**Unit 1:** 1, 22, 10, 11
**Unit 2:** 2, 24, 24, 10, 11

Other Involved Unit (Circle One):
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

### Codes — Safety Equipment
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

**Lap Belt Only**
- 11 - Fastened
- 12 - Not Fastened

**Lap/Shoulder Harness**
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

**Motorcycle Helmet**
- 31 - None Used
- 32 - Used

**Air Bags**
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

**Child Restraint**
- 51 - Child Restraint Used
- 52 - Other Restraint Used
- 53 - None Used

**Pedal Cycle/Pedestrian**
- 61 - Contrasting Clothing
- 62 - Non-contrasting Clothing

## Victims

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16633 STEPHANIE ST BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |

Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL — Taken By: ALDFS

| EDWARD NEAL THOMPSON | 801 5TH AVENUE GENEVA AL | 2 | 1 | C | 41 | M | N | A |

Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL — Taken By: CARE AMBULANCE

### Codes
**Injury Type:**
- K - Killed
- A - Visible or Carried from Scene
- B - Bruise/Abrasion/Swelling
- C - Not Visible—Has Pain/Plaint

**Ejected:**
- N - Not
- F - Fully
- P - Partially
- T - Trapped
- U - Unknown
- A - Not Applicable

**First Aid By:**
- A - Ambulance Attended
- D - Doctor
- M - Paramedic
- O - Other
- P - Police
- U - Unknown
- N - None

## Narrative and Diagram

Officer's Opinion of What Happened: **SEE SUPPLEMENTAL SHEET**

## Roadway Environment

Unit 1 / Unit 2:

- **Contributing Road Defects:** None (Unit 1: 0, Unit 2: 0)
- **Surface Construction:** Asphalt (both)
- **Condition:** Dry (both)
- **Accident in or Related To Road Construction Zone?** No (both)
- **Material in Roadway (Contributing):** None (both)
- **Material Source:** Not Applicable (both)
- **Character:** Curve—Level (Unit 1: 5, Unit 2: 5)

**Vision Obscured By:** Not Obscured (both)

**Traffic Control:** No Passing Zone (Unit 1: 12); None (Unit 2: 00/97)
**Traffic Control Functioning:** Yes / N/A
**DOT Railroad Crossing No:** N/A

**Opposing Lanes Separated By:** Unpaved Surface (both - 02)
**Trafficway Lanes:** Four Lanes (both - 04)
**One-Way Street:** No (both)

## Investigation

- **Light:** Darkness—Road Not Lit
- **Weather:** Cloudy
- **Locale:** Open Country
- **Non-Vehicular Property Damage:** Moderate
- **Property Damage Description:** TRAFFIC CONTROL ROAD SIGN
- **Owner:** EAST ALABAMA PAVING COMPANY
- **Address:** OPELIKA ALABAMA

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 PM | 4:04 PM | 4:07 PM | SGT. JAMES PATTERSON |

| Witness Full Name | Address | Telephone |
|---|---|---|
| N/A | | |
| N/A | | |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 | |
| SGT. JAMES PATTERSON | 133 | ALAST0300 | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: *Alex F. Huntley*    Date: 09-07-04



# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

## SUPPLEMENTAL SHEET

COPY

SHEET 2 OF 4 SHEET(S)

A&T No. 34 Rev. 4/89

### ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | WILLIAM TIDWELL | 1204 PETTY ROAD WESTVILLE FL | TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | CARE AMBULANCE | 2 | 3 | C | 35 | M | N | A |
| 4 | N/A | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |

### ADDITIONAL NARRATIVE SPACE

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)** UNIT 1 WAS TRAVELING NORTHBOUND ON I-85. UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCKING BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TIME OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEALED THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY THE BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY THE DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WERE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILLED NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING AND STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 2 (same as on main report)

AST-34T 1/94

Sheet 3 of 4 Sheets

COPY

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard **2**
Buses designed to carry 16 or more (including driver) _____

**Number of Persons:**
Sustaining fatal injuries **1**
Transported for *immediate* medical treatment **2**

Number of vehicles towed from scene due to damage or provided assistance **2**

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus **17000**
B. Trailer or trailers (total) **55000**
Total GVWR for unit (A+B) **72000**

Total number of axles **5**

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes  **X** No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box **NA**
B. The 1-digit number from bottom of diamond **NA**
Was hazardous material released from THIS vehicle's cargo? ___ Yes **X** No

**Vehicle Configuration** (circle one number)
1. Bus   2. Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
4. Truck with trailer   5. Truck tractor only (bobtail)   **(6).** Tractor with semi-trailer   7. Tractor with double trailers
8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus   2. Van/enclosed box   3. Cargo tank   **(4).** Flatbed   5. Dump
6. Concrete mixer   7. Auto transporter   8. Garbage/refuse   9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name **FLORIDA TRANSFORMER**
Source (circle one number)   1. Vehicle side   2. Shipping papers   **(3)** Driver   4. Other
Carrier mailing address (Street or P.O. Box) **PO BOX 507**
City, State, Zip **DEFUNIAK SPRINGS FLORIDA 32435**

Carrier Identification Numbers   (____ None = 0)
US DOT **160401** ____   ICC MC _____   STATE NO. _____   STATE _____

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 **10**   Event #2 ___   Event #3 ___   Event #4 ___

**EVENT CODES**
Non-Collision: 1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Other non-collision
Collision With: 9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train
13. Pedalcycle   14. Animal   15. Fixed object   16. Other object

Signature of Reporting Officer: *Alex F. Huntley*
Officer ID **1109**
Reporting Police Agency ORI **ALAST4300**
Date **09-02-2004**
Time **3:25 PM**

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 2 (same as on main report)

AST-34T 1/94

Sheet 3 of 4 Sheets

COPY

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

Number of Qualifying Vehicles:
- Trucks with 6 or more tires or Haz/Mat placard 2
- Buses designed to carry 16 or more (including driver) ___

Number of Persons:
- Sustaining fatal injuries 1
- Transported for *immediate* medical treatment 2

Number of vehicles towed from scene due to damage or provided assistance 2

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
- A. Truck, tractor or bus: 17000
- B. Trailer or trailers (total): 55000
- Total GVWR for unit (A+B): 72000

Total number of axles: 5

**Hazardous Material Involvement**
- Did vehicle have a Haz/Mat placard ___ Yes  X No
- If Yes, include following information from placard
  - A. Name or 4-digit number from diamond or box: NA
  - B. The 1-digit number from bottom of diamond: NA
- Was hazardous material released from THIS vehicle's cargo? ___ Yes  X No

**Vehicle Configuration** (circle one number)
1. Bus  2. Single unit truck (2 axles/ 6 or more tires)  3. Single unit truck (3 or more axles)
4. Truck with trailer  5. Truck tractor only (bobtail)  (6.) Tractor with semi-trailer  7. Tractor with double trailers
8. Tractor with triple trailers  9. Unknown class heavy truck  0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus  2. Van/enclosed box  3. Cargo tank  (4.) Flatbed  5. Dump
6. Concrete mixer  7. Auto transporter  8. Garbage/refuse  9. Other ___

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name: FLORIDA TRANSFORMER

Source (circle one number): 1. Vehicle side  2. Shipping papers  (3.) Driver  4. Other

Carrier mailing address (Street or P.O. Box): PO BOX 507

City, State, Zip: DEFUNIAK SPRINGS FLORIDA 32435

Carrier Identification Numbers ( ___ None = 0)

US DOT 160401    ICC MC ___    STATE NO. ___    STATE ___

### Sequence of Events

Note: for THIS vehicle - list up to four
- Event #1: 10
- Event #2: ___
- Event #3: ___
- Event #4: ___

**EVENT CODES**

Non-Collision: 1. Ran off road  2. Jackknife  3. Overturned (rollover)  4. Downhill runaway
5. Cargo loss or shift  6. Explosion or fire  7. Separation of units  8. Other non-collision

Collision With: 9. Pedestrian  10. Non-parked vehicle  11. Parked vehicle  12. Train
13. Pedalcycle  14. Animal  15. Fixed object  16. Other object

Signature of Reporting Officer: [signed] Alex F. Huntley
Officer ID: 1109
Reporting Police Agency ORI: ALAST4300
Date: 09-02-2004
Time: 3:25 PM

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 1
(same as on main report)

AST-34T
1/04

Sheet ___ of ___ Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles.**
Trucks with 6 or more tires or Haz/Mat placard **2**
Buses designed to carry 16 or more (including driver) ___

**Number of Persons:**
Sustaining fatal injuries **1**
Transported for *immediate* medical treatment **2**

Number of vehicles towed from scene due to damage or provided assistance **2**

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus   20000
B. Trailer or trailers (total)   60000
Total GVWR for unit (A+B)   80000

Total number of axles  **5**

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes **X** No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box   N/A
B. The 1-digit number from bottom of diamond   N/A
Was hazardous material released from THIS vehicle's cargo? ___ Yes **X** No

**Vehicle Configuration** (circle one number)
1. Bus   2. Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
4. Truck with trailer   5. Truck tractor only (bobtail)   **(6.) Tractor with semi-trailer**   7. Tractor with double trailers
8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus   **(2.) Van/enclosed box**   3. Cargo tank   4. Flatbed   5. Dump
6. Concrete mixer   7. Auto transporter   8. Garbage/refuse   9. Other ___

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name **PANTHER II TRANSPORTATION INC.**

Source (circle one number)   1. Vehicle side   **(2.) Shipping papers**   3. Driver   4. Other

Carrier mailing address (Street or P.O. Box)  **4015 MEDINA ROAD SUITE 200**

City, State, Zip  **MEDINA OHIO 44256**

Carrier Identification Numbers   ( ___ None = 0)

US DOT **500737**   ICC MC ___   STATE NO. ___   STATE ___

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 **1**   Event #2 **5**   Event #3 **3**   Event #4 **10**

**EVENT CODES**

Non-Collision
1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Other non-collision

Collision With   9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train
13. Pedalcycle   14. Animal   15. Fixed object   16. Other object

Signature of Reporting Officer  *[signed] Clee F. Huntley*

Officer ID  **1109**
Reporting Police Agency ORI  **ALAST4300**
Date  **09-02-2004**
Time  **3:25** PM