# EXHIBIT 6

# Service History

## 11TRUCK

### Summary

| | |
|---|---|
| Report Date: | 9/7/2004 |
| Total Pages: | 1 |
| Service Items From: | 10/21/2003 |
| To: | 7/25/2004 |
| Total Service Items: | 4 |
| Total Maintenance Cost: | $680.09 |



Sum of SERVICELOGS.Tax $44.49
Sum of SERVICELOGS.Labor $264.50
Sum of SERVICELOGS.Parts $371.10

### Details                                    11TRUCK

Service Date/Usage: 10/21/2003    879,426 Miles    Total Cost: $472.14
Description: PM
InvoiceNumber: 09730    Performed By: CHADS
Notes: Replace brake shoes drum kits on rear drive axle

Service Date/Usage: 12/29/2003    879,426 Miles
Description: Annual Inspection
InvoiceNumber:    Performed By:
Notes:

Service Date/Usage: 4/7/2004    879,426 Miles    Total Cost: $51.36
Description: Clean AC filter and add Freon
InvoiceNumber: 10217    Performed By: CHADS
Notes:

Service Date/Usage: 7/25/2004    879,426 Miles    Total Cost: $156.59
Description: Seal
InvoiceNumber: 10714    Performed By: CHADS
Notes: Replace Left Rear wheel seal / repair lights / check AC / Ajust Clutch.