# EXHIBIT 7

Form 1.06/1

# FLORIDA TRANSFORMER, INC.

## INDUCTION PROCEDURE
## NEW ASSOCIATE

Name _Neal Thompson_ Date _____

Dept. _Transportation_ Date Employed _08/30/2004_

### SUPERVISOR CHECK LIST:

II.  First Day

☐ Introduce yourself – Give your name, position and get his/her name (actual) and name he/she wishes to be called by:

_NEAL THOMPSON_
Name

☑ Extend a cordial welcome to Company & Department

☑ Show where to hang extra clothing – discuss clothes to wear for safety and comfort.

☑ Show location of vending machines. Explain news center / bulletin board usage.

☑ Show restrooms – (Use properly, keep clean, no smoking or eating).

☑ Explain smoking restrictions.

☑ Explain hours and days of work – Stress importance of working regularly.

☐ Review how to report necessary and unexpected absences.

Phone _334-683-3945_ - Mr.(Mrs.) _Clorette Thompson_

(Page One)