# EXHIBIT 8

649-F (Rev. 10/03) (6045)

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

**Driver completes this section.**

### 1. DRIVER INFORMATION

| Driver's Name (Last, First, Middle) | Social Security No. | Birthdate | Age | Sex | |
|---|---|---|---|---|---|
| Thompson Edward Neil | 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 | 10-30-62 | 41 | ☑ M ☐ F | |

| Address | Work Tel: ( ) | |
|---|---|---|
| 801 5th Ave | Home Tel: (334) 449-1657 | |

| City, State, Zip Code | Driver License No. |
|---|---|
| Geneva, AL 36340 | 4657210 |

| New Certification | Date of Exam | License Class | State of Issue |
|---|---|---|---|
| ☑ New Certification ☐ Recertification ☐ Follow Up | 4-26-4 | ☑ A ☐ B ☐ C ☐ D ☐ Other | AL |

### 2. HEALTH HISTORY

Driver completes this section, but medical examiner is encouraged to discuss with driver.

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☑ | ☐ | Any illness or injury in the last 5 years? | ☐ | ☑ | Fainting, dizziness |
| ☑ | ☐ | Head/Brain injuries, disorders or illnesses | ☐ | ☑ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| ☑ | ☐ | Seizures, epilepsy | ☐ | ☑ | Stroke or paralysis |
| ☐ | ☐ | medication | ☐ | ☑ | Missing or impaired hand, arm, foot, leg, finger, toe |
| ☑ | ☐ | Eye disorders or impaired vision (except corrective lenses) | ☐ | ☑ | Spinal injury or disease |
| ☐ | ☐ | Ear disorders, loss of hearing or balance | ☐ | ☑ | Chronic low back pain |
| ☐ | ☐ | Heart disease or heart attack; other cardiovascular condition | ☐ | ☑ | Regular, frequent alcohol use |
| ☐ | ☐ | Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | ☐ | ☑ | Narcotic or habit forming drug use |
| ☑ | ☐ | High blood pressure ☐ medication | | | |
| ☑ | ☐ | Muscular disease | | | |
| ☑ | ☐ | Shortness of breath | | | |
| ☑ | ☐ | Lung disease, emphysema, asthma, chronic bronchitis | | | |
| ☑ | ☐ | Kidney disease, dialysis | | | |
| ☑ | ☐ | Liver disease | | | |
| ☑ | ☐ | Digestive problems | | | |
| ☑ | ☐ | Diabetes or elevated blood sugar controlled by: ☐ diet ☐ pills ☐ insulin | | | |
| ☑ | ☐ | Nervous or psychiatric disorders, e.g., severe depression | | | |
| ☐ | ☐ | medication _____ | | | |
| ☑ | ☐ | Loss of, or altered consciousness | | | |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

_____

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature _Edward Neil Thompson_   Date _4-26-4_

Medical Examiner's Comments on Health History (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving. This discussion must be documented below.)

Type 2 DM — Glucophage + Glucotrol — takes am — When blood sugar > 165
Harvey Stokes — their meds cause dayop of sugar Movement — BCC washer

71
FTI

# TESTING (Medical Examiner completes Section 3 through 7) Name: Last, _____ First, _____ Middle, _____

## 3. VISION

**Standard:** At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

**INSTRUCTIONS:** When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.

Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/ 16 | 20/ | Right Eye | 85° |
| Left Eye | 20/ 16 | 20/ | Left Eye | 85° |
| Both Eyes | 20/ 16 | 20/ | | |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☑ Yes ☐ No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

Monocular Vision: ☐ Yes ☑ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist.

Date of Examination _____ Name of Ophthalmologist or Optometrist (print) _____ Tel. No. _____ License No./State of Issue _____ Signature _____

## 4. HEARING

**Standard:** a) Must first perceive forced whispered voice ≥ 5 ft, with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB
☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

a) Record distance from individual at which forced whispered voice can first be heard.
Right Ear 5 Feet   Left Ear 5 Feet

b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951)

| | 500 Hz | 1000 Hz | 2000 Hz |
|---|---|---|---|
| Right Ear | | | |
| Average: | | | |

| | 500 Hz | 1000 Hz | 2000 Hz |
|---|---|---|---|
| Left Ear | | | |
| Average: | | | |

## 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 136 | 73 |

Driver qualified if ≤ 140/90.

Pulse Rate: ☒ Regular ☐ Irregular
Record Pulse Rate: 64

| Reading | Category | Expiration Date | Recertification |
|---|---|---|---|
| 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤ 140/90. One-time certificate for 3 months if 141-159/91-99. |
| 160-179/100-109 | Stage 2 | | One-time certificate for 3 months. 1 year from date of exam if ≤ 140/90 |
| ≥ 180/110 | Stage 3 | | 6 months from date of exam if ≤ 140/90   6 months if ≤ 140/90 |

## 6. LABORATORY AND OTHER TEST FINDINGS

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem. Numerical readings must be recorded.

Other Testing (Describe and record)

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | Neg | Neg | 200 |

4/29/04 Glucose 247 Fasting _____ Bellum _____ Alu. Ssan 320

**7. PHYSICAL EXAMINATION**

Height: 72 (in.)  Weight: 202 (lbs.) Name: Last, _____, First, _____, Middle, _____

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.

See *Instructions to the Medical Examiner* for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist if appropriate. | | | 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | | |
| 3. Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums. | | | 9. Genito-urinary System | Hernias. | | |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | | 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator. | | | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | | | 12. Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | |

*COMMENTS: _____

Note certification status here. See *Instructions to the Medical Examiner* for guidance.
- ☐ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate  chg recert date 4/28/04 to 04/26/05
- ☐ Does not meet standards
- ☑ Meets standards, but periodic monitoring required due to 8cmurary
- Driver qualified only for: ☐ 3 months  ☐ 6 months  ☐ 1 year  ☐ Other _____
- (T) Temporarily disqualified due to (condition or medication): DIAB tx

Return to medical examiner's office for follow up on _____

- ☐ Wearing corrective lenses
- ☐ Wearing hearing aid
- ☐ Accompanied by a _____ waiver/exemption. Driver must present exemption at time of certification.
- ☐ Skill Performance Evaluation (SPE) Certificate
- ☐ Driving within an exempt intracity zone (See 49 CFR 391.62)
- ☐ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _____
Medical Examiner's Name _____
Address 2201 N. _____ BLVD _____
Telephone Number (812) 283-2013

If meets standards, complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

73
FTI