# EXHIBIT 9

## MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined _Edward Thompson_ in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- ☐ wearing corrective lenses
- ☐ wearing hearing aid
- ☐ accompanied by a _____ waiver/exemption
- ☐ driving within an exempt intracity zone (49 CFR 391.62)
- ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
- ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| Field | Value |
|---|---|
| SIGNATURE OF MEDICAL EXAMINER | Barbara Elliott |
| TELEPHONE | (812) 283-2013 |
| DATE | 04/28/04 |
| MEDICAL EXAMINER'S NAME (PRINT) | Barbara Elliott |
| Credentials | ☐ MD  ☐ DO  ☐ Chiropractor  ☐ Physician Assistant  ☑ Advanced Practice Nurse |
| MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE | 71000103   INDIANA |
| SIGNATURE OF DRIVER | Edward Neal Thompson |
| DRIVER'S LICENSE NO. | 4657210 |
| STATE | AL |
| ADDRESS OF DRIVER | 801 5th Ave Geneva AL 36340 |
| MEDICAL CERTIFICATE EXPIRATION DATE | 04/26/05 |

DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER