# EXHIBIT 11

46-965



**Dart Transit Company**

800 Lone Oak Road, Eagan, MN 55121 • Mailing Address: P.O. Box 64110, St. Paul, MN 55164-0110 • Office: 651-688-2000 • 800-366-9000

To: **Florida Transformer**

Re: **Edward Thompson**    Social Security **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**

He/ She is an  ☐ Owner/ Operator    ☐ Company Driver

Dates of Service:    From **4/26/04**    To **Present**
Additional Dates _____    To _____

Position: Driver, Tractor Trailer        Pulling: 53 foot Dry Van Trailer
Hauling: General Commodities          State Authority: 48 plus Canada

Reason for separation:
☐ Voluntary Quit    ☐ Discharged    ☒ Currently Employed

### ACCIDENT / INCIDENT INFORMATION

| DATE | PREV / NP | DESCRIPTION | DOT RECORDABLE |
|---|---|---|---|
| 6/14/04 | NP | #1 struck #2 in rear. | Yes |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Eligible for rehire: Upon Review

1. Had a test with a confirmed breathe alcohol level of 0.04 or greater in the past 3 years?   YES ☐  NO ☒
2. Tested positive for a controlled substance in the last 3 yrs?   YES ☐  NO ☒
3. Refused a controlled substance test and/or alcohol test in the past 3 years?   YES ☐  NO ☒
4. Violated other DOT drug/alcohol regulations in the past 3 years?   YES ☐  NO ☒
5. Received information from a previous employer that this individual violated DOT drug & alcohol regulations in the past three (3) years?   YES ☐  NO ☒
6. Has the above listed individual been subject to federal drug & alcohol testing requirements in the past three (3) years?   YES ☒  NO ☐

Completed by **Dianne, Qualification**    Date Completed: **9/9/04**

86
FTI