# EXHIBIT 12

```
                                                                          USER: 5
            ALABAMA DEPARTMENT OF PUBLIC SAFETY
            P.O. BOX 1471  MONTGOMERY, AL 36102-1471                      PAGE  1
            DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

************ REQUESTOR ************   ********* CURRENT DRIVER DATA *************
* HENRY L PENICK, ATTY             *  * EDWARD NEAL THOMPSON    LICENSE NO: 4657210
* 319 17TH STREET NORTH            *  * 801 5TH AVE             BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967              *  * GENEVA       AL  36340  RACE: W   SEX: M
* BIRMINGHAM AL 35201              *  *                         DL STATUS: CURRENT
*                                  *  *  EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                                  *  *  LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                                  *  *                               RESTRICTIONS:
*                                  *  *                               ENDORSEMENTS:
************************************  *********************************************

CONVICTION   OFFENSE/         TIME/         REMOVAL REASON/                           COM
DATE         REMOVAL STAT     UNIT          OFFENSE DATE   COURT                      VEH
----------------------------------------------------------------------------------------
05/09/2003   SPEEDING           69/45 MPH ZONE   02/21/2003  HOUSTON CO DISTRICT COURT   N
05/25/1999   SPEEDING          SPEED UNKNOWN     05/05/1999  TEXAS                       Y
07/24/1998   SPEEDING           70/45 MPH ZONE   06/10/1998  GENEVA CO DISTRICT COURT    N
09/18/1995   SPEEDING           68/55 MPH ZONE   07/03/1995  COFFEE CO DISTRICT COURT    N
04/21/1994   NO POINTS IN CMV                    03/17/1994  MORGAN CO DISTRICT COURT    N
09/18/1990   SPEEDING          SPEED UNKNOWN     09/10/1990  TEXAS                       U
08/31/1990   SPEEDING           74/55 MPH ZONE   07/06/1990  GEORGIA                     U
03/07/1988   SPEEDING           86/55 MPH ZONE   01/23/1988  RUSSELL CO DISTRICT COURT   U
05/03/1983   DUI - LIQUORS                       03/19/1983  SLOCOMB MUNC COURT          U

                              *** ACCIDENT DATA ***

09/02/2004   ACCIDENT# = 4524732   COM VEH/Y   CNTY/MACON      CITY/RURAL
08/29/2002   ACCIDENT# = 2095274   COM VEH/N   CNTY/HOUSTON    CITY/DOTHAN
06/17/1997   ACCIDENT# = 7059834   COM VEH/Y   CNTY/ESCAMBIA   CITY/RURAL
07/01/1987   ACCIDENT# = 7069885   COM VEH/U   CNTY/DALE       CITY/OZARK

         *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
         ***   IN NO WAY IMPLIES FAULT OR LIABILITY.       ***
```

```
                                                                            USER:   5
ALABAMA DEPARTMENT OF PUBLIC SAFETY                                         PAGE    2
P.O. BOX 1471 MONTGOMERY, AL 36102-1471
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

************ REQUESTOR ************   *********** CURRENT DRIVER DATA ************
* HENRY L PENICK, ATTY             *   * EDWARD NEAL THOMPSON       LICENSE NO: 4657210
* 319 17TH STREET NORTH            *   * 801 5TH AVE                BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967              *   * GENEVA      AL  36340      RACE: W   SEX: M
* BIRMINGHAM AL 35201              *   *                            DL STATUS: CURRENT
*                                  *   * EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                                  *   * LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                                  *   *                              RESTRICTIONS:
*                                  *   *                              ENDORSEMENTS:
************************************   ******************************************

CONVICTION  OFFENSE/        TIME/        REMOVAL REASON/                      COM
DATE        REMOVAL STAT    UNIT         OFFENSE DATE      COURT              VEH

                            *** CERTIFICATION ***
```

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.

_____
OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY.

_____  1-28-2009
NOTARY PUBLIC

MY COMMISSION EXPIRES  1-28-2009