# EXHIBIT 13

# DRIVER ROAD TEST

DRIVER'S NAME: Thompson Neal
DRIVER'S LICENSE NO.: 4657210    STATE: AL    CLASS: A    SOCIAL SECURITY NO.: 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    IF CDL, LIST ENDORSEMENTS: _____
TYPE OF UNIT DRIVER IS MOST ACCUSTOMED TO: Semi/Trailer
TYPE OF UNIT TESTED ON: POWER: Semi    TRAILER(S): 45'
IF PASSENGER CARRIER, TYPE OF BUS: SCHOOL BUS, TAXI, MINI-VAN, COACH

GRADE DRIVER IN THE BELOW AREAS OF OPERATION ON THE BASIS OF (E) excellent; (G) good; (F) fair; (P) poor

| AREA OF OPERATION | DAY TEST 9-2-04 | NIGHT TEST 9/2/04 | AREA OF OPERATION | DAY TEST 9/2/04 | NIGHT TEST 9/2/04 |
|---|---|---|---|---|---|
| Pretrip inspection | E | E | Intersection scanning | E | E |
| Knowledge of emergency equipment demonstrated | E | E | Downshifting | E | E |
| If combination unit, coupling and uncoupling | E | E | Braking | E | E |
| Placing vehicle in operation | E | E | Slowing the vehicle by means other than braking | E | E |
| Use of seat belt | E | E | Turning the vehicle at an intersection | E | E |
| Acceleration | E | E | Use of turn signal during turns | E | E |
| Upshifting | E | E | Avoidance of squeeze situations when turning | E | E |
| Operating the vehicle in traffic | E | E | Handling uphill operations | E | E |
| Lane holding | E | E | Handling downhill operations | E | E |
| Multi-lane road maneuvering | E | E | Recognition and following of road signs and signals | E | E |
| Space management | E | E | Lighting the road with the use of high/low beams | E | E |
| Distance scanning (following/gap judgement) | G | G | Courtesy of driver to other motorists and pedestrians | E | E |
| Use of mirrors in traffic | E | E | Recognition and avoidance of potential unsafe road conditions and traffic problems | E | E |
| Observance of posted speed limits | E | E | Backing and parking the vehicle | E | E |
| Maneuvering through curves | E | E | Post trip inspection | E | E |
| Use of turn signals during lane change | E | E | Overall use of vehicle controls (horn, wipers, clearance lights, etc.) | E | E |
| Use of mirrors during lane change | E | E | Knowledge and overall use of vehicle safety equipment | E | E |
| Speed adjustment during lane change | E | E | | | |
| Cancelling turn signal after lane change completion | E | E | | | |
| Lane change return | E | E | | | |

☐ CHECK BOX IF COMMENT SPACE PROVIDED ON BACK OF FORM WAS USED.

Comments: Neal is a very good Driver

This is to certify that the above named driver was given a road test under my supervision on 9-2-04, consisting of approximately 300 miles of driving. It is my considered opinion that this driver PASSED ✓ DID NOT PASS ___ with sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

Florida Transforma Inc
COMPANY OF EXAMINER
Hwy 83 North De Funiak Springs FL
ADDRESS OF EXAMINER
[signature]    Driver
SIGNATURE OF EXAMINER    TITLE OF EXAMINER

No. 1055    Copyright © 1/04    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963