# EXHIBIT 14

**FORM-MCS-59** - Prescribed by the
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION REV. 67

**DRIVER'S DUTY STATUS RECORD**
(One calendar day - 24 hours)
USE TIME STANDARD AT HOME TERMINAL

Form Approved Budget Bureau No. 04-R2399
ORIGINAL - File each day at home terminal
DUPLICATE - Driver retains in his possession for 8 days.

- Month: 9
- Day: 2
- Year: 04
- Total mileage today: 140
- Total miles driving today: 140
- Name of Carrier or Carriers: FTI
- Main Office Address: Defuniak Spring Fl
- Vehicle numbers: 11, 228
- Driver's signature: Neal Thompson
- Name of co-driver: William Titus
- Home Terminal Address: Same

Total Hours:
- 1: Off Duty — 21
- 2: Sleeper Berth — 0
- 3: Driving — 2:50
- 4: On Duty (Not Driving) — :50
- Total — 24

Remarks: Shorter AL / Week / Defuniak Spring Fl / FTI Shelter

**SUMMARY FOR 70 HOURS 8 DAYS**
- [1] Total Hours On Duty Today - Lines 3 & 4: 0
- [2] Total Hours On Duty Last 8 Days - Lines 3 & 4: 0
- [3] Total Hours On Duty Last 7 Days - Lines 3 & 4: 0
- [4] Eligible Hours Tomorrow (70 Minus Box 3): 70