# EXHIBIT 15

## STATEMENT OF VIOLATIONS

§§391.25, 391.27

This form is to be completed at least once every 12 months.

DRIVER'S NAME: Edward Neal Thompson

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. (If no violations, put NONE in the offense column.)

| DATE OF CONVICTION | OFFENSE | LOCATION | COMMERCIAL MOTOR VEHICLE OR AUTOMOBILE |
|---|---|---|---|
|  | None |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

DRIVER'S SIGNATURE: Edward Neal Thompson

DATE: 8/13/04

NAME OF MOTOR CARRIER: Florida Transformer, Inc.

ADDRESS: P.O. Box 507    CITY: DeFuniak Springs    STATE: FL    ZIP: 32435

REVIEWED BY: SIGNATURE: Scott Leary

TITLE: HR MGR

--- Certificate of Review ---

To be certified by a motor carrier supervisor.

I have hereby reviewed the driving record of _____ DRIVER'S NAME
in accordance with §391.25 and find that he/she:

_____ Meets minimum requirements for safe driving.

_____ Is disqualified to drive a commercial motor vehicle pursuant to §391.15.

Reason for disqualification: _____

SUPERVISOR'S SIGNATURE: _____    DATE: _____

79
FTI

Distribution of Copy: Driver Qualification File with a copy of Motor Vehicle Driving Record attached.

No. 1091    Copyright © 2/02    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963