# EXHIBIT 8

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

649-F (Rev. 10/03) (6045)

**1. DRIVER INFORMATION** — Driver completes this section.

Driver's Name (Last, First, Middle): Thompson Edward Neil

Address: 801 5-th Ave

City, State, Zip Code: Geneva AL 36340

Social Security No.: 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

Work Tel: ( )

Home Tel: (334) 449-1657

Birthdate: 10-20-62

Age: 41

Sex: ☑ M ☐ F

Driver License No.: 4657210

☑ New Certification
☐ Recertification
☐ Follow Up

Date of Exam: 4-26-4

State of Issue: Ht

License Class: ☐ A ☐ B ☐ C ☐ D ☐ Other

**2. HEALTH HISTORY** — Driver completes this section, but medical examiner is encouraged to discuss with driver.

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☐ | ☑ | Any illness or injury in the last 5 years? | ☐ | ☑ | Fainting, dizziness |
| ☐ | ☑ | Head/Brain injuries, disorders or illnesses | ☐ | ☑ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| ☐ | ☑ | Seizures, epilepsy | ☐ | ☑ | Stroke or paralysis |
| ☐ | ☑ | medication | ☐ | ☑ | Missing or impaired hand, arm, foot, leg, finger, toe |
| ☐ | ☑ | Eye disorders or impaired vision (except corrective lenses) | ☐ | ☑ | Spinal injury or disease |
| ☐ | ☑ | Ear disorders, loss of hearing or balance | ☐ | ☑ | Chronic low back pain |
| ☐ | ☑ | Heart disease or heart attack; other cardiovascular condition | ☐ | ☑ | Regular, frequent alcohol use |
| ☐ | ☐ | medication | ☐ | ☑ | Narcotic or habit forming drug use |
| ☐ | ☑ | Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | | | |
| ☑ | ☐ | High blood pressure ☐ medication | | | |
| ☐ | ☑ | Muscular disease | | | |
| ☐ | ☑ | Shortness of breath | | | |
| ☑ | ☐ | Lung disease, emphysema, asthma, chronic bronchitis | | | |
| ☐ | ☑ | Kidney disease, dialysis | | | |
| ☐ | ☑ | Liver disease | | | |
| ☑ | ☐ | Digestive problems | | | |
| ☑ | ☐ | Diabetes or elevated blood sugar controlled by: | | | |
| ☐ | | ☐ diet | | | |
| ☐ | | ☐ pills | | | |
| ☐ | | ☐ insulin | | | |
| ☐ | ☑ | Nervous or psychiatric disorders, e.g., severe depression | | | |
| ☑ | ☐ | Loss of, or altered consciousness | | | |

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature: Edward Neil Thompson    Date: 4-26-4

Medical Examiner's Comments on Health History (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving. This discussion must be documented below).

Type 2 Dm. Glucophag + Glucotrol - takes for - when Bloodsugar > 165"
4/30/04 Has chest mild episode of dyspnea Nonproductive Bronchitis

71
FTI

## TESTING (Medical Examiner completes Section 3 through 7)

Name: Last, _____ First, _____ Middle, _____

### 3. VISION

**Standard:** At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

**INSTRUCTIONS:** When other than the Snellen chart is used, give test results in Snellen-comparable values. When testing distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.

Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION |
|---|---|---|---|
| Right Eye | 20/ /lo | 20/ | |
| Left Eye | 20/ /lo | 20/ | 85 |
| Both Eyes | 20/ /lo | 20/ | |

Complete next line only if vision testing is done by an ophthalmologist or optometrist.

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☒ Yes  ☐ No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

Monocular Vision: ☐ Yes  ☒ No

Date of Examination _____

Name of Ophthalmologist or Optometrist (print) _____ Tel. No. _____

License No./State of Issue _____

Signature _____

☐ Corrective Lenses

### 4. HEARING

**Standard:** a) Must first perceive forced whispered voice ≥ 5 ft., with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB

☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, +14 dB from ISO for 500 Hz, −10 dB from ISO for 1,000 Hz, −8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

a) Record distance from individual at which forced whispered voice can first be heard.

| | Right Ear | Left Ear |
|---|---|---|
| | 5 Feet | 5 Feet |

b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951)

| | Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|---|
| | 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | | | | | | |
| Average: | | | | Average: | | |

### 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 136 | 73 |

Driver qualified if ≤ 140/90.

Pulse Rate: ☒ Regular ☐ Irregular

Record Pulse Rate: 64

| | Reading | Category | Expiration Date | Recertification |
|---|---|---|---|---|
| | 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤ 140/90. One-time certificate for 3 months if 141-159/91-99. |
| | 160-179/100-109 | Stage 2 | One-time certificate for 3 months. | 1 year from date of exam if ≤ 140/90 |
| | ≥ 180/110 | Stage 3 | 6 months from date of exam if ≤ 140/90. | 6 months if ≤ 140/90 |

### 6. LABORATORY AND OTHER TEST FINDINGS

Numerical readings must be recorded.

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

Other Testing (Describe and record)

4/28/04 - Glucose 200 Fasting - bswwhm

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | Neg | Neg | 200 |

Pete Star 320

7/2
FTI

## 7. PHYSICAL EXAMINATION

Height: __72__ (in.)    Weight: __205__ (lbs.)    Name: Last, _____ First, _____ Middle, _____

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.

See Instructions to the Medical Examiner for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist if appropriate. | | |
| 3. Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums. | | |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator. | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or x-ray of chest. | | |

| BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|
| 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | |
| 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | | |
| 9. Genito-urinary System | Hernias. | | |
| 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | |
| 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | |
| 12. Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | |

*COMMENTS:

Note certification status here. See Instructions to the Medical Examiner for guidance.
- ☐ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
- ☐ Does not meet standards
- ☑ Meets standards, but periodic monitoring required due to __DIABETES__ 4/28/04 to 4/24/05
- Driver qualified only for: ☐ 3 months ☐ 6 months ☐ 1 year ☐ Other __DIABETES__
- ☑ Temporarily disqualified due to (condition or medication): __DIABETES__
- Return to medical examiner's office for follow up on _____

- ☐ Wearing corrective lenses
- ☐ Wearing hearing aid
- ☐ Accompanied by a _____ waiver/exemption. Driver must present exemption at time of certification.
- ☐ Skill Performance Evaluation (SPE) Certificate
- ☐ Driving within an exempt intracity zone (See 49 CFR 391.62)
- ☐ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _____
Medical Examiner's Name _____
Address __2401 N. BRIGHTON RD. BLVD.__
Telephone Number __(812) 283-2013__

If meets standards, complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

73
FTI

# EXHIBIT 9

# MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined _Edward Thomas_ in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- ☐ wearing corrective lenses
- ☐ wearing hearing aid
- ☐ accompanied by a _____ waiver/exemption

- ☐ driving within an exempt intracity zone (49 CFR 391.62)
- ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
- ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| _Barbara Elliott_ | (812) 283-2013 | 04/28/04 |

MEDICAL EXAMINER'S NAME (PRINT)
_Barbara Elliott_

☐ MD  ☐ DO  ☐ Chiropractor
☐ Physician Assistant  ☐ Advanced Practice Nurse

MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO./ISSUING STATE
_91000103_    INDIANA

| SIGNATURE OF DRIVER | DRIVER'S LICENSE NO. | STATE |
|---|---|---|
| _Edward Neal Thompson_ | 4657210 | AL |

ADDRESS OF DRIVER
_801 S Ave Geneva AL 36340_

MEDICAL CERTIFICATE EXPIRATION DATE
_04/26/05_

DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER

# EXHIBIT 10

[FR Doc. 03-22426 Filed 9-2-03; 8:45 am]
BILLING CODE 3901-01-C

---

## DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

[Docket No. FMCSA-2001-9800]

**Qualification of Drivers; Exemption Applications; Diabetes**

**AGENCY:** Federal Motor Carrier Safety Administration (FMCSA), DOT.

**ACTION:** Notice of final disposition.

**SUMMARY:** This notice announces FMCSA's decision to issue exemptions to certain insulin-using diabetic drivers of commercial motor vehicles (CMVs) from the diabetes mellitus prohibitions contained in the Federal Motor Carrier Safety Regulations (FMCSRs). The FMCSA will grant exemptions only to those applicants who meet the specific conditions and comply with all the requirements of the exemption. The FMCSA will issue exemptions for not more than a period of two years. Upon expiration, those holding exemptions may apply to FMCSA for a renewal under procedures in effect at that time. The FMCSA is leaving the docket open so that interested persons can provide comments on any changes to the specific conditions needed to qualify for the exemption program.

**DATES:** This notice is effective on September 3, 2003. FMCSA will begin accepting applications for exemptions on September 22, 2003.

**ADDRESSES:** Qualified insulin-treated diabetes mellitus drivers may now request a diabetes exemption from the regulations of 49 CFR 391.41(b)(3) by sending an exemption request to: Diabetes Exemption Program (MC-PSP), Office of Bus and Truck Standards and Operations, Federal Motor Carrier Safety Administration, 400 Seventh Street, SW., Washington, DC 20590-0001.

**FOR FURTHER INFORMATION CONTACT:** Ms. Sandra Zywokarte, Office of Bus and Truck Standards and Operations, (202) 366-4001, FMCSA, 400 Seventh Street, SW., Washington, DC 20590. Office hours are from 7:45 a.m. to 4:15 p.m., e.t., Monday through Friday, except Federal holidays.

**52442**    Federal Register / Vol. 68, No. 170 / Wednesday, September 3, 2003 / Notices

SUPPLEMENTARY INFORMATION:

*Docket:* For access to the docket to read background documents or comments received, go to *http://dms.dot.gov* at any time, or to Room PL–401 on the plaza level of the Nassif Building, 400 Seventh Street, SW., Washington, DC, between 9 a.m. and 5 p.m., Monday through Friday, except Federal holidays.

*Privacy Act:* Anyone is able to search the electronic form of all comments received into any of our dockets by the name of the individual submitting the comment (or signing the comment, if submitted on behalf of an association, business, labor union, *etc.*). You may review the Department of Transportation's (DOT) complete Privacy Act Statement in the **Federal Register** published on April 11, 2000 (65 FR 19477), or you may visit *http://dms.dot.gov.*

## Background

The agency established the current standard for diabetes in 1970 because several risk studies indicated that diabetic drivers had a higher rate of accident involvement than the general population. The diabetes requirement provides that: A person is physically qualified to drive a commercial motor vehicle if that person has no established medical history or clinical diagnosis of diabetes mellitus currently requiring insulin for control (49 CFR 391.41(b)(3)).

Since 1970, the agency has considered the diabetes requirement and undertaken studies to determine if its diabetes standard for commercial drivers in interstate commerce should be amended. It is FMCSA's view that its physical qualification standards should be based on sound medical, scientific and technological grounds, and that individual determinations should be made to the maximum extent possible consistent with FMCSA's responsibility to ensure safety on the nation's highways. The FMCSA published a notice of intent to issue exemptions to insulin-using diabetic drivers in the **Federal Register** on July 31, 2001 (66 FR 39548). This notice of intent discussed the regulatory history and research activity addressing the issue of diabetes and CMV operation.

## Feasibility Study To Qualify Insulin-Treated Diabetics to Operate CMVs

Section 4018 of the Transportation Equity Act for the 21st Century (TEA–21) (Pub. L. 105–178, 112 Stat. 107) directed the Secretary of Transportation (the Secretary) to determine if it is feasible to develop a safe and practicable program for allowing individuals with insulin-treated diabetes mellitus (ITDM) to operate CMVs in interstate commerce. In making the determination, the Secretary was directed to evaluate research and other relevant information on the effects of ITDM on driving performance. TEA–21 stated that, to accomplish this, the Secretary shall consult the states with regard to their programs for CMV operation by ITDM drivers, evaluate the DOT policies in other modes of transportation, analyze pertinent risk data, consult with interested groups knowledgeable about diabetes and related issues, and assess the possible legal consequences of permitting ITDM individuals to operate CMVs in interstate commerce. TEA–21 also directed the Secretary to report the findings to Congress and, if a program is feasible, describe the elements of a protocol to permit individuals with ITDM to operate CMVs. The FMCSA submitted the report to Congress on August 23, 2000. It is entitled "A Report to Congress on the Feasibility of a Program to Qualify Individuals with Insulin Treated Diabetes Mellitus to Operate Commercial Motor Vehicles in Interstate Commerce as Directed by the Transportation Equity Act for the 21st Century," July 2000 (TEA–21 Report to Congress). It concludes that a safe and practicable protocol to allow some ITDM individuals to operate CMVs is feasible. For a detailed discussion of the report findings and conclusions, see July 31, 2001 (66 FR 39548). A copy of the report is on FMCSA's Web site at *www.fmcsa.dot.gov/rulesregs/medreports.htm.*

## Authority—Exemptions

Under 49 U.S.C. 31315 and 31136(e), FMCSA may grant an exemption for a period up to two years if it finds "such exemption would likely achieve a level of safety that is equivalent to, or greater than, the level that would be achieved absent such exemption." The statute also allows the agency to renew exemptions at the end of the two-year period, or after the current exemption expires.

FMCSA must publish a notice in the **Federal Register** for each exemption requested, explaining that the request has been filed, and providing the public an opportunity to inspect the safety analysis and any other relevant information known to the agency, and comment on the request. Prior to granting a request for an exemption, the agency must publish a notice in the **Federal Register** identifying the person or class of persons who will receive the exemption, the provisions from which the person will be exempt, the effective period, and all terms and conditions of the exemption. The terms and conditions established by FMCSA must ensure that the exemption will likely achieve a level of safety that is equivalent to, or greater than, the level that would be achieved by complying with the regulation.

In addition, the agency is required to monitor the implementation of each exemption to ensure compliance with its terms and conditions. If FMCSA denies a request for an exemption, the agency must periodically publish a notice in the **Federal Register** identifying the person(s) whom the agency denied the exemption to and the reasons for the denial.

Generally, the duration of exemptions is limited to two years from the date of approval, but may be renewed. FMCSA is required to immediately revoke an exemption if:

(1) The person fails to comply with the terms and conditions of the exemption;

(2) The exemption has resulted in a lower level of safety than was maintained before the exemption was granted; or

(3) Continuation of the exemption would not be consistent with the goals and objectives of the regulations issued under the authority of 49 U.S.C. 31315 and 31136(e).

## Process for Applying for an Exemption

The procedures for applying for an exemption may be found at 49 CFR 381.300 through 381.330. The person applying for an exemption is required to send a written request to the FMCSA Administrator. The written request must include basic information such as the identity of the person who would be covered by the exemption, the name of the motor carrier or other entity that would be responsible for the use or operation of CMVs during the exemption period, and the principal place of business of the motor carrier or other entity. Under section 381.310, the application must include a written statement that:

(1) Describes the event or CMV operation for which the exemption would be used;

(2) Identifies the regulation from which the applicant is requesting relief;

(3) Estimates the total number of drivers and CMVs that would be operating under the terms and conditions of the exemption; and

(4) Explains how the recipient of the exemption would ensure that they achieve a level of safety that is equivalent to, or greater than, the level of safety that would be obtained by complying with the regulation.

## FMCSA Procedures for the Review of Exemption Applications

Section 381.315 requires FMCSA to review an application for an exemption and prepare, for the Administrator's signature, a Federal Register notice requesting public comment. After a review of the comments received, FMCSA staff will make a recommendation to the Administrator. FMCSA will publish a notice of the Administrator's final decision in the Federal Register. FMCSA will issue a final decision within 180 days of the date it receives an individual's completed application. However, if the applicant should omit important details or other information necessary for the agency to conduct a comprehensive evaluation, FMCSA will issue a final decision within 180 days of the date that it receives sufficient information (49 CFR 381.315 and 381.320). FMCSA recognizes that this potential six-month waiting period may seem burdensome. However, the agency must carefully evaluate each and every application for regulatory relief from the diabetes standard, to assess the potential safety performance of each applicant. In addition, the agency must prepare and submit the candidate's application for public notice and comment in the Federal Register and then evaluate comments received before making a final decision. FMCSA's overriding concern is to ensure the safety of interstate CMV operations. The agency will notify all applicants in writing once it makes a final decision.

## Application Information

In considering exemptions, the FMCSA must ensure that the issuance of diabetes exemptions will not be contrary to the public interest and that the exemption achieves an acceptable level of safety. The FMCSA will only grant exemptions, therefore, to ITDM individuals who meet certain conditions. These conditions are set forth below and the FMCSA based the conditions on the research literature, relevant DOT and State exemption programs, and substantial medical input from a panel of endocrinologists. FMCSA will require applicants for an exemption from the ITDM prohibition to submit their applications in a letter (there will be no application form), include all supporting documentation, and use the following format:

### Vital Statistics

Name (First Name, Middle Initial, Last Name).
Address (House Number and Street Name, City, State, and ZIP Code).

Telephone Number (Area Code and Number).
Sex (Male or Female).
Date of Birth (Month, Day, Year).
Age.
Social Security Number.
State Driver's License Number (List all licenses held to operate a commercial motor vehicle during the 3-year period immediately preceding the date of application).
Driver's License Expiration Date.
Driver's License Classification Code (If not a commercial driver's license (CDL) classification code, specify what vehicles may be operated under such code).
Driver's License Date of Issuance (Month, Day, Year).

### Experience

Number of years driving straight trucks.
Approximate number of miles *per year* driving straight trucks.
Number of years driving tractor-trailer combinations.
Approximate number of miles *per year* driving tractor-trailer combinations.
Number of years driving buses.
Approximate number of miles *per year* driving buses.

### Present Employment

Employer's Name (If Applicable).
Employer's Address.
Employer's Telephone Number.
Type of Vehicle Operated and GVWR (Straight Truck, Tractor-Trailer Combination, Bus).
Commodities Transported (*e.g.*, General Freight, Liquids in Bulk (in cargo tanks), Steel, Dry-Bulk, Large Heavy Machinery, Refrigerated Products).
Estimated number of miles driven *per week*.
Estimated number of daylight driving hours *per week*.
Estimated number of nighttime driving hours *per week*.
States in which you will drive if issued an exemption.
In addition, the applications must include supporting documentation showing that the applicant:
(1) Possesses a valid intrastate CDL or a license (non-CDL) to operate a CMV;
(2) Has operated a CMV, with a diabetic condition controlled by the use of insulin, for the three-year period immediately preceding application;
(3) Has a driving record for that three-year period that:
Contains no suspensions or revocations of the applicant's driver's license for the *operation* of *any* motor vehicle (including their personal vehicle),
Contains no involvement in an accident for which the applicant

received a citation for a moving traffic violation while operating a CMV,
Contains no involvement in an accident for which the applicant contributed to the cause of the accident, and
Contains no convictions for a disqualifying offense or more than one serious traffic violation, as defined in 49 CFR 383.5, while operating a CMV;
(4) Has no other disqualifying conditions including diabetes-related complications;
(5) Has had no recurrent (two or more) hypoglycemic reactions resulting in a loss of consciousness or seizure within the past five years. A period of one year of demonstrated stability is required following the first episode of hypoglycemia;
(6) Has had no recurrent hypoglycemic reactions requiring the assistance of another person within the past five years. A period of one year of demonstrated stability is required following the first episode of hypoglycemia;
(7) Has had no recurrent hypoglycemic reactions resulting in impaired cognitive function that occurred without warning symptoms within the past five years. A period of one year of demonstrated stability is required following the first episode of hypoglycemia;
(8) Has been examined by a board-certified or board-eligible endocrinologist (who is knowledgeable about diabetes) who has conducted a complete medical examination. The complete medical examination must consist of a comprehensive evaluation of the applicant's medical history and current status with a report including the following information:
(A) The date insulin use began,
(B) Diabetes diagnosis and disease history,
(C) Hospitalization records,
(D) Consultation notes for diagnostic examinations,
(E) Special studies pertaining to the diabetes,
(F) Follow-up reports,
(G) Reports of any hypoglycemic insulin reactions within the last five years,
(H) Two measures of glycosylated hemoglobin, the first 90 days before the last and current measure,
(I) Insulin dosages and types, diet utilized for control and any significant factors such as smoking, alcohol use, and other medications or drugs taken, and
(J) Examinations to detect any peripheral neuropathy or circulatory insufficiency of the extremities;

# EXHIBIT 11

46-965



**Dart Transit Company**

800 Lone Oak Road, Eagan, MN 55121 • Mailing Address: P.O. Box 64110, St. Paul, MN 55164-0110 • Office: 651-688-2000 • 800-366-9000

To: _Florida Transformer_

Re: _Edward Thompson_  Social Security _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_

He/ She is an    ☐ Owner/ Operator       ☐ Company Driver

Dates of Service:   From _4/26/04_    To _Present_
Additional Dates _____ To _____

Position: Driver, Tractor Trailer        Pulling: 53 foot Dry Van Trailer
Hauling: General Commodities          State Authority: 48 plus Canada

Reason for separation:
        ☐ Voluntary Quit      ☐ Discharged      ☒ Currently Employed

### ACCIDENT / INCIDENT INFORMATION

| DATE | PREV / NP | DESCRIPTION | DOT RECORDABLE |
|------|-----------|-------------|----------------|
| 6/14/04 | NP | #1 struck #2 in rear. | Yes |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Eligible for rehire:  Upon Review**

| | | YES | NO |
|---|---|---|---|
| 1. Had a test with a confirmed breathe alcohol level of 0.04 or greater in the past 3 years? | | ☐ | ☒ |
| 2. Tested positive for a controlled substance in the last 3 yrs? | | ☐ | ☒ |
| 3. Refused a controlled substance test and/or alcohol test in the past 3 years? | | ☐ | ☒ |
| 4. Violated other DOT drug/alcohol regulations in the past 3 years? | | ☐ | ☒ |
| 5. Received information from a previous employer that this individual violated DOT drug & alcohol regulations in the past three (3) years? | | ☐ | ☒ |
| 6. Has the above listed individual been subject to federal drug & alcohol testing requirements in the past three (3) years? | | ☒ | ☐ |

Completed by _Dianne, Qualification_ Date Completed: _9/9/04_

86
FTI

# EXHIBIT 12

```
                    ALABAMA DEPARTMENT OF PUBLIC SAFETY                          USER:      5
                    P.O. BOX 1471 MONTGOMERY, AL  36102-1471
                    DRIVER HISTORY ABSTRACT AS OF: 11/22/2005                     PAGE       1

************************  *****  ***  CURRENT  DRIVER  DRIVER DATA  **********************
* HENRY L PENICK, ATTY       REQUESTOR  *  *  EDWARD NEAL THOMPSON   *  LICENSE NO: 4657210     *
* 319 17TH STREET NORTH                 *  *  801 5TH AVE           *  BIRTHDATE: 10/30/1962   *
* STE 200, PO BOX 967                   *  *  GENEVA       AL  36340 *  RACE: W   SEX: M        *
* BIRMINGHAM AL 35201                   *  *                        *  DL STATUS: CURRENT      *
*                                       *  *  EXPIRATION DATE: 03/26/2008 * CDL STATUS: VALID  *
*                                       *  *  LAST ISSUE DATE: 04/02/2004 * CLASS: AM          *
*                                       *  *                        *  RESTRICTIONS:           *
*                                       *  *                        *  ENDORSEMENTS:           *
************************  *****  ***  ***********************************************************

CONVICTION  OFFENSE/           TIME/          REMOVAL REASON/                                 COM
DATE        REMOVAL STAT       UNIT           OFFENSE DATE    COURT                            VEH
-------------------------------------------------------------------------------------------------
05/09/2003  SPEEDING           69/45 MPH ZONE 02/21/2003 HOUSTON CO DISTRICT COURT            N
05/25/1999  SPEEDING     SPEED UNKNOWN         05/05/1999 TEXAS                               Y
07/24/1998  SPEEDING           70/45 MPH ZONE 06/10/1998 GENEVA CO DISTRICT COURT             N
09/18/1995  SPEEDING           68/55 MPH ZONE 07/03/1995 COFFEE CO DISTRICT COURT             N
04/21/1994  NO POINTS IN CMV                  03/17/1994 MORGAN CO DISTRICT COURT             N
09/18/1990  SPEEDING     SPEED UNKNOWN         09/10/1990 TEXAS                               U
08/31/1990  SPEEDING           74/55 MPH ZONE 07/06/1990 GEORGIA                              U
03/07/1988  SPEEDING           86/55 MPH ZONE 01/23/1988 RUSSELL CO DISTRICT COURT            U
05/03/1983  DUI - LIQUORS                     03/19/1983 SLOCOMB MUNC COURT                   U

                          *** ACCIDENT DATA ***

09/02/2004  ACCIDENT# = 4524732   COM VEH/Y  CNTY/MACON     CITY/RURAL
08/29/2002  ACCIDENT# = 2095274   COM VEH/N  CNTY/HOUSTON   CITY/DOTHAN
06/17/1997  ACCIDENT# = 7059834   COM VEH/Y  CNTY/ESCAMBIA  CITY/RURAL
07/01/1987  ACCIDENT# = 7069885   COM VEH/U  CNTY/DALE      CITY/OZARK

         *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
         ***     IN NO WAY IMPLIES FAULT OR LIABILITY.      ***
```

```
                                                              USER:     5

                                                              PAGE      2

ALABAMA DEPARTMENT OF PUBLIC SAFETY
P.O. BOX 1471 MONTGOMERY, AL 36102-1471
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

*********************    CURRENT DRIVER DATA    *********************
* HENRY L PENICK, ATTY          * EDWARD NEAL THOMPSON      LICENSE NO: 4657210
* 319 17TH STREET NORTH         *                           BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967           * 801 5TH AVE               RACE: W   SEX: M
* BIRMINGHAM AL 35201           * GENEVA      AL   36340    DL STATUS: CURRENT
*                               *                           CDL STATUS: VALID
*                               * EXPIRATION DATE: 03/26/2008   CLASS: AM
*                               * LAST ISSUE DATE: 04/02/2004   RESTRICTIONS:
*                               *                           ENDORSEMENTS:
*********************    *********************    *********************

                  REQUESTOR

CONVICTION  OFFENSE/    TIME/          REMOVAL REASON/
DATE        REMOVAL STAT UNIT           OFFENSE DATE      COURT          COM
                                                                         VEH

                          *** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS
IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.


                                                OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE
ALABAMA DEPARTMENT OF PUBLIC SAFETY.

                                                NOTARY PUBLIC

                             MY COMMISSION EXPIRES   1-28-2009
```

# EXHIBIT 13

# DRIVER ROAD TEST

§391.31
- 9319

DRIVERS NAME Theodus Allen

DRIVERS LICENSE NO. 4657210  STATE AL  CLASS A  IF CDL LIST ENDORSEMENTS
SOCIAL SECURITY NO. 4/7 - 88 - 9319
TYPE OF UNIT DRIVER IS MOST ACCUSTOMED TO: Semi/Trailer
TYPE OF UNIT TESTED ON: POWER Semi/Trailer  TRAILER(S) 45'
IF PASSENGER CARRIER, TYPE OF BUS  SCHOOL BUS, TAXI, VAN, RAIL COACH

**GRADE DRIVER IN THE BELOW AREAS OF OPERATION IN THE BELOW AREAS OF OPERATION ON THE BASIS OF (E) excellent, (G) good; (F) fair (P) poor**

| AREA OF OPERATION | DAY TEST 9-2-04 | NIGHT TEST 9-2-04 | | AREA OF OPERATION | DAY TEST 9-2-04 | NIGHT TEST 9-2-04 |
|---|---|---|---|---|---|---|
| Pre-trip inspection | E | E | | Intersection scanning | E | E |
| Knowledge of emergency equipment | E | E | | Downshifting | E | E |
| If combination unit, coupling and uncoupling demonstrated | E | E | | Braking | E | E |
| Placing vehicle in operation | E | E | | Slowing the vehicle by means other than braking | E | E |
| Use of seat belt | E | E | | Turning the vehicle at an intersection | E | E |
| Acceleration | E | E | | Use of turn signal during turns | E | E |
| Upshifting | E | E | | Avoidance of squeeze situations when turning | E | E |
| Operating the vehicle in traffic | E | E | | Handling uphill operations | E | E |
| Lane holding | G | G | | Handling downhill operations | E | E |
| Multi-lane road maneuvering | G | G | | Recognition and following of road signs and signals | E | E |
| Space management | G | G | | Lighting the road with the use of highlow beams and pedestrians | G | G |
| Distance scanning (following/gap judgement) | G | G | | Courtesy of driver to other motorists | G | G |
| Use of mirrors in traffic | G | G | | Recognition and avoidance of potential unsafe road conditions and traffic problems | G | G |
| Observation of posted speed limits | E | E | | Backing and parking the vehicle | E | E |
| Maneuvering through curves | E | E | | Post trip inspection | E | E |
| Use of turn signals during lane change | E | E | | Overall use of vehicle controls (horn, wipers, clearance lights, etc.) | E | E |
| Use of mirrors during lane change | E | E | | Knowledge and overall use of vehicle safety equipment | G | G |
| Speed adjustment during lane change | E | E | | | | |
| Cancelling turn signal after lane change completion | G | G | | | | |
| Lane change return | G | G | | | | |

CHECK BOX IF COMMENT SPACE PROVIDED ON BACK OF FORM WAS USED.

This is to certify that the above named driver was given a road test under my supervision on 9 - 2 - 04
consisting of approximately 500 miles of driving.
It is my considered opinion/that this driver PASSED ___ DID NOT PASS ___ with sufficient driving
skill to operate safely the type of commercial motor vehicle listed above.

Florida Transportation Inc
COMPANY OF EXAMINER

SIGNATURE OF EXAMINER

Hwy 83 North De Funiak Springs FL
ADDRESS OF EXAMINER

Driver
TITLE OF EXAMINER

No. 1055    Copyright © 1/04    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963

Comments ___ Allen is a very good Driver ___

# EXHIBIT 14

FORM-MCS-59-Prescribed by the
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION REV. 67

**DRIVER'S DUTY STATUS RECORD**
(One calendar day - 24 hours)
USE TIME STANDARD AT HOME TERMINAL

Form Approved Budget Bureau No. 04-R2399
ORIGINAL - File each day at home terminal
DUPLICATE - Driver retains in his possession for 8 days.

9 / 2 / 04 / 140
(Month) (Day) (Year) (Total mileage today)

Vehicle numbers - (Show each unit)
11   228

140
(Total miles driving today)

I certify these entries are true and correct:

_Neal Thompson_
(Driver's signature in full)

_William Tilwell_
(Name of co-driver)

F T I
(Name of Carrier or Carriers)

Defuniak Spring Fl
(Main Office Address)

Same

Same
(Home Terminal Address)

| | MID-NIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | NOON | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: OFF DUTY | | | | | | | | | | | | | | | | | | | | | | | | | 21 |
| 2: SLEEPER BERTH | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 3: DRIVING | | | | | | | | | | | | | | | | | | | | | | | | | 150 |
| 4: ON DUTY (Not Driving) | | | | | | | | | | | | | | | | | | | | | | | | | 50 |

MID-NIGHT   1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11   24

REMARKS:

_Shorter Al_
_& W ville_
_Defunik Spring Fl_
_FT Al Shorter_

Shipping document, manifest number, or name of a shipper and commodity. Information required by Section 395.8(f).
Check the line and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours. Section 395.8(f).

FROM: _____   TO: _____
(Starting Point or Place)   (Destination or Turn Around Point or Place)

**SUMMARY FOR 70 HOURS 8 DAYS**

| Log No. | [1] Total Hours On Duty Today - Lines 3 & 4 | [2] Total Hours On Duty Last 8 Days - Lines 3 & 4 | [3] Total Hours On Duty Last 7 Days - Lines 3 & 4 | [4] Eligible Hours Tomorrow (70 Minus Box 3) | Code For Violation |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 70 | Dr.    On Duty |

# EXHIBIT 15

# STATEMENT OF VIOLATIONS

§§391.25, 391.27

This form is to be completed at least once every 12 months.

DRIVER'S NAME  *Edward Neal Thompson*

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. (If no violations, put NONE in the offense column.)

| DATE OF CONVICTION | OFFENSE | LOCATION | COMMERCIAL MOTOR VEHICLE OR AUTOMOBILE |
|---|---|---|---|
| | *None* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

*Edward Neal Thompson*                                          *8/13/04*
DRIVER'S SIGNATURE                                                DATE

NAME OF MOTOR CARRIER  *Florida Transformer, Inc.*

ADDRESS  *P.O. Box 507*      *DeFuniak Springs*        *FL*    *32435*
                              CITY                     STATE    ZIP

*Scott Leary*
REVIEWED BY: SIGNATURE

*HR MGR*
TITLE

---

## ──── Certificate of Review ────

To be certified by a motor carrier supervisor.

I have hereby reviewed the driving record of _____
                                                              DRIVER'S NAME

in accordance with §391.25 and find that he/she:

_____  Meets minimum requirements for safe driving.

_____  Is disqualified to drive a commercial motor vehicle pursuant to §391.15.

Reason for disqualification: _____

_____

_____          __/__/__
SUPERVISOR'S SIGNATURE                             DATE

                                                                    79
                                                                    FTI

Distribution of Copy:   Driver Qualification File with a copy of Motor Vehicle Driving Record attached.

No. 1091    Copyright © 2/02    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963