**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 26, 2006

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

To:             All Counsel of Record

From:           Clerk's Office

Case Style:     Lori Ann Morris v. Florida Transformer, et al.

Case Number:    #3:05-cv-00962-MHT

Referenced Pleading:  Document #37
                      Reply to Response to Motion

**The referenced pleading filed on 6/24/2006 was filed in error. Document #37 is not an actual pleading. The main document pdf and the attachments to Document #37 are the exhibits that should have been attached to the Response in Opposition (Doc. #36) filed on 6/24/2006.**

**Therefore, Document #37 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**