**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 27, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Lori Ann Morris v. Florida Transformer, et al. |
| **Case Number:** | #3:05-cv-00962-MHT |
| **Referenced Document:** | Document #36<br>Response in Opposition |

**This notice has been docketed to enter the exhibits to the Response in Opposition into the record as attachments to the referenced document which were omitted at the original time of filing. The pdfs of the exhibits are attached to this notice.**