# EXHIBIT 6

Case 3:05-cv-00962-MHT-SRW    Document 42-7    Filed 06/27/2006    Page 1 of 2

# Service History

## 11TRUCK

### Summary

| | |
|---|---|
| Report Date: | 9/7/2004 |
| Total Pages: | 1 |
| Service Items From: | 10/21/2003 |
| To: | 7/25/2004 |
| Total Service Items: | 4 |
| Total Maintenance Cost: | $680.09 |



Sum of SERVICELOGS.Tax $44.49
Sum of SERVICELOGS.Labor $264.50
Sum of SERVICELOGS.Parts $371.10

### Details — 11TRUCK

**Service Date/Usage:** 10/21/2003    879,426 Miles    **Total Cost:** $472.14
**Description:** PM
**InvoiceNumber:** 09730    **Performed By:** CHADS
**Notes:** Replace brake shoes drum kits on rear drive axle

**Service Date/Usage:** 12/29/2003    879,426 Miles
**Description:** Annual Inspection
**InvoiceNumber:**    **Performed By:**
**Notes:**

**Service Date/Usage:** 4/7/2004    879,426 Miles    **Total Cost:** $51.36
**Description:** Clean AC filter and add Freon
**InvoiceNumber:** 10217    **Performed By:** CHADS
**Notes:**

**Service Date/Usage:** 7/25/2004    879,426 Miles    **Total Cost:** $156.59
**Description:** Seal
**InvoiceNumber:** 10714    **Performed By:** CHADS
**Notes:** Replace Left Rear wheel seal / repair lights / check AC / Ajust Clutch.

104
FTI