# EXHIBIT 9

Case 3:05-cv-00962-MHT-SRW    Document 42-10    Filed 06/27/2006    Page 1 of 2

## MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined **Edward Thompson** in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

- ☐ wearing corrective lenses
- ☐ wearing hearing aid
- ☐ accompanied by a _____ waiver/exemption
- ☐ driving within an exempt intracity zone (49 CFR 391.62)
- ☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
- ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| Barbara Elliott | (812) 283-2013 | 04/28/04 |

| MEDICAL EXAMINER'S NAME (PRINT) | | |
|---|---|---|
| Barbara Elliott | ☐ MD  ☐ DO  ☐ Chiropractor<br>☐ Physician Assistant  ☑ Advanced Practice Nurse | |

**MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE:** 71000103   INDIANA

| SIGNATURE OF DRIVER | DRIVER'S LICENSE NO. | STATE |
|---|---|---|
| Edward Neal Thompson | 4657210 | AL |

**ADDRESS OF DRIVER:** 801 5th Ave Geneva AL 36340

**MEDICAL CERTIFICATE EXPIRATION DATE:** 04/26/05

DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER