# EXHIBIT 12

```
                                                                                     USER: 5
              ALABAMA DEPARTMENT OF PUBLIC SAFETY                                    PAGE  1
              P.O. BOX 1471 MONTGOMERY, AL 36102-1471
              DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

************   REQUESTOR   *************   CURRENT DRIVER DATA   **********
* HENRY L PENICK, ATTY                 *  * EDWARD NEAL THOMPSON   LICENSE NO: 4657210
* 319 17TH STREET NORTH                *  * 801 5TH AVE            BIRTHDATE:  10/30/1962
* STE 200, PO BOX 967                  *  * GENEVA      AL  36340  RACE: W   SEX: M
* BIRMINGHAM AL 35201                  *  *                        DL STATUS:  CURRENT
*                                      *  *  EXPIRATION DATE: 03/26/2008   CDL STATUS: VALID
*                                      *  *  LAST ISSUE DATE: 04/02/2004   CLASS: AM
*                                      *  *                                RESTRICTIONS:
*                                      *  *                                ENDORSEMENTS:
****************************************  *******************************************

CONVICTION  OFFENSE/           TIME/       REMOVAL REASON/                              COM
DATE        REMOVAL STAT       UNIT        OFFENSE DATE   COURT                         VEH
-----------------------------------------------------------------------------------------------
05/09/2003  SPEEDING            69/45 MPH ZONE  02/21/2003  HOUSTON CO DISTRICT COURT    N
05/25/1999  SPEEDING     SPEED UNKNOWN           05/05/1999  TEXAS                       Y
07/24/1998  SPEEDING            70/45 MPH ZONE  06/10/1998  GENEVA CO DISTRICT COURT     N
09/18/1995  SPEEDING            68/55 MPH ZONE  07/03/1995  COFFEE CO DISTRICT COURT     N
04/21/1994  NO POINTS IN CMV                    03/17/1994  MORGAN CO DISTRICT COURT     N
09/18/1990  SPEEDING     SPEED UNKNOWN           09/10/1990  TEXAS                       U
08/31/1990  SPEEDING            74/55 MPH ZONE  07/06/1990  GEORGIA                      U
03/07/1988  SPEEDING            86/55 MPH ZONE  01/23/1988  RUSSELL CO DISTRICT COURT    U
05/03/1983  DUI - LIQUORS                       03/19/1983  SLOCOMB MUNC COURT           U

                          *** ACCIDENT DATA ***

09/02/2004  ACCIDENT# = 4524732   COM VEH/Y   CNTY/MACON      CITY/RURAL
08/29/2002  ACCIDENT# = 2095274   COM VEH/N   CNTY/HOUSTON    CITY/DOTHAN
06/17/1997  ACCIDENT# = 7059834   COM VEH/Y   CNTY/ESCAMBIA   CITY/RURAL
07/01/1987  ACCIDENT# = 7069885   COM VEH/U   CNTY/DALE       CITY/OZARK

       *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT     ***
       ***   IN NO WAY IMPLIES FAULT OR LIABILITY.           ***
```

```
ALABAMA DEPARTMENT OF PUBLIC SAFETY                                      USER:  5
P.O. BOX 1471 MONTGOMERY, AL  36102-1471                                 PAGE   2
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

************ REQUESTOR ************  ************ CURRENT DRIVER DATA ************
* HENRY L PENICK, ATTY             *  * EDWARD NEAL THOMPSON    LICENSE NO: 4657210
* 319 17TH STREET NORTH            *  * 801 5TH AVE             BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967              *  * GENEVA        AL  36340 RACE: W   SEX: M
* BIRMINGHAM AL 35201              *  *                         DL STATUS: CURRENT
*                                  *  * EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                                  *  * LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                                  *  *                              RESTRICTIONS:
*                                  *  *                              ENDORSEMENTS:
************************************  ****************************************

CONVICTION OFFENSE/    TIME/        REMOVAL REASON/                       COM
DATE       REMOVAL STAT UNIT        OFFENSE DATE      COURT               VEH
----------------------------------------------------------------------------

                              *** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS
IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.

                                                    _____
                                                         OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE
ALABAMA DEPARTMENT OF PUBLIC SAFETY.

                                                    _____  1-28-2009
                                                         NOTARY PUBLIC

                                          MY COMMISSION EXPIRES
```