# EXHIBIT 14

Case 3:05-cv-00962-MHT-SRW   Document 42-15   Filed 06/27/2006   Page 2 of 2

**FORM-MCS-59** Prescribed by the
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION REV. 67

**DRIVER'S DUTY STATUS RECORD**
(One calendar day - 24 hours)
USE TIME STANDARD AT HOME TERMINAL

Form Approved Budget Bureau No. 04-R2399
ORIGINAL - File each day at home terminal
DUPLICATE - Driver retains in his possession for 8 days.

9 / 2 / 04   140 (Total mileage today)

Vehicle numbers: 11   228

Total miles driving today: 140

Name of Carrier: FTI

Driver's signature: Neal Thompson
Name of co-driver: William Titub(?)

Main Office Address: Defuniak Spring Fl
Home Terminal Address: Same

| Status | Total Hours |
|---|---|
| 1: OFF DUTY | 21 |
| 2: SLEEPER BERTH | 0 |
| 3: DRIVING | 2:50 |
| 4: ON DUTY (Not Driving) | :50 |
| REMARKS | 24 |

Remarks: Slater AL
Week
Defuniak Spring Fl
FTI S. Chester

**SUMMARY FOR 70 HOURS 8 DAYS**

| [1] Total Hours On Duty Today - Lines 3 & 4 | [2] Total Hours On Duty Last 8 Days - Lines 3 & 4 | [3] Total Hours On Duty Last 7 Days - Lines 3 & 4 | [4] Eligible Hours Tomorrow (70 Minus Box 3) |
|---|---|---|---|
| 0 | 0 | 0 | 70 |

159
FTI