# EXHIBIT 15

# STATEMENT OF VIOLATIONS

§§391.25, 391.27

This form is to be completed at least once every 12 months.

DRIVER'S NAME _Edward Neal Thompson_

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. (If no violations, put NONE in the offense column.)

| DATE OF CONVICTION | OFFENSE | LOCATION | COMMERCIAL MOTOR VEHICLE OR AUTOMOBILE |
|---|---|---|---|
|  | None |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

_Edward Neal Thompson_                                      8/13/04
DRIVER'S SIGNATURE                                              DATE

NAME OF MOTOR CARRIER _Florida Transformer, Inc._

ADDRESS _P.O. Box 507_   _DeFuniak Springs_   _FL_   _32435_
                                    CITY                          STATE    ZIP

_Scott Leary_
REVIEWED BY: SIGNATURE

_HR MGR_
TITLE

## ── Certificate of Review ──

To be certified by a motor carrier supervisor.

I have hereby reviewed the driving record of _____
                                                                    DRIVER'S NAME

in accordance with §391.25 and find that he/she:

_____    Meets minimum requirements for safe driving.

_____    Is disqualified to drive a commercial motor vehicle pursuant to §391.15.

Reason for disqualification: _____

_____

_____                    _____/_____/_____
SUPERVISOR'S SIGNATURE                                            DATE

79
FTI

Distribution of Copy:    Driver Qualification File with a copy of Motor Vehicle Driving Record attached.

No. 1091    Copyright © 2/02    Reorder from Trans Products    1-800-367-9100    PO Box 898 Milford, DE 19963