IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORI ANN MORRIS** ] | |
| ] | |
|     **Plaintiff,** ] | |
| ] | |
| v. ] | Civil Action No. 3:05-CV-962-T |
| ] | |
| **EDWARD NEAL THOMPSON and** ] | |
| **FLORIDA TRANSFORMER,** ] | |
| ] | |
|     **Defendants.** ] | |

**REPORT ON FACE-TO-FACE SETTLEMENT MEETING**

On June 22, 2006, a face-to-face settlement conference was held between the parties. Present at the conference on behalf of the plaintiff was Henry Penick. Lorrie Ann Morris, the plaintiff, was available by telephone. Richard Broughton and Evans Brittain were present on behalf of the defendant. The Claims Representative for the liability carrier that insures the defendant was also available by telephone.

This lawsuit arises out of a trucking accident which occurred on September 2, 2004 at approximately 3 a.m. The tractor-trailer being driven by Vernell Brian Morris was overturned in the northbound lane of I-85, with the undercarriage facing oncoming traffic. The tractor-trailer driven by Edward Neal Thompson collided with the undercarriage of Mr. Morris' tractor-trailer. The plaintiff has filed this lawsuit, stating claims for wrongful death.

After conducting a face-to-face meeting, the parties were unable to reach a settlement. The parties discussed the fact that the upcoming depositions may help clear up the issues to be resolved in this lawsuit. In addition, the parties agreed that once further discovery is completed, both sides will be amenable to having a formal mediation, with the mediator to be selected by the parties.

                    /s/ Richard E. Broughton
                    Richard E. Broughton

                    /s/ W. Evans Brittain
                    W. Evans Brittain
                    Attorneys for Edward Neal Thompson and
                    Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

                    /s/ Henry Lee Penick
                    Henry L. Penick

OF COUNSEL:
H.L. Penick & Associates, P.C.
319-17th Street North, Suite 200
Birmingham, AL 35203
(205) 252-2538
**FAX 205-251-0231**

## CERTIFICATE OF SERVICE

      I hereby certify that on this July 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

                    Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

                    /s/ W. Evans Brittain
                    OF COUNSEL