**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LORI ANN MORRIS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **vs.** } | **CIVIL ACTION NO.3:05cv962-T** |
| } | |
| **FLORIDA TRANSFORMER, EDWARD** } | |
| **NEAL THOMPSON, et al.,** } | |
| } | |
| **Defendants.** } | |

## NOTICE TO ATTORNEY GENERAL OF CONSTITUTIONAL CHALLENGE

In compliance with the requirements of <u>Alabama Code</u> § 6-6-227 (1975), the Defendants identified in the above-styled cause as Florida Transformer and Edward Neal Thompson, hereby notify the Attorney General of the State of Alabama of their constitutional challenges to <u>Alabama Code</u> §§ 6-5-410 (1975), 6-11-20 (1975), 6-11-21 (Supp. 1999), and 6-11-29 (1975). These statutes are unconstitutional both on their face and as applied in this case, as follows:

1.      Defendants have filed an Answer to the Amended Complaint in the above-styled case, and therein have set forth constitutional challenges to the above-referenced statutes in the form of defenses stated in the Answer. A copy of the Answer setting forth those constitutional challenges to the above-referenced Alabama statutes are attached hereto as Exhibit A and incorporated herein.

2.      Defendants have served a copy of this notice and attached exhibit upon the Attorney General of the State of Alabama by certified mail, restricted delivery, return receipt requested.

Respectfully submitted,

/s/ Richard E. Broughton
Richard E. Broughton

/s/ W. Evans Brittain
W. Evans Brittain

Attorneys for Edward Neal Thompson
and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

/s/ Richard E. Broughton
OF COUNSEL

3