IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| Plaintiff, | } |
| vs. | } CIVIL ACTION NO.3:05cv962-T |
| FLORIDA TRANSFORMER, EDWARD NEAL THOMPSON, et al., | } |
| Defendants. | } |

**AMENDED MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF ALL DEFENDANTS**

COME NOW the Defendants, Edward Neal Thompson ("Thompson") and Florida Transformer, Inc. ("FTI") (collectively referred to as "Defendants"), and hereby amend and supplement their Motion for Summary Judgment on behalf of all Defendants, and Brief in Support of Motion filed on 6/7/06 ("Original Motion"), and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for summary judgment in their favor on the grounds that there are no genuine issues as to any material facts and the Defendants are entitled to judgment as a matter of law. This Amended Motion is further supported by the following:

1. Plaintiff's Complaint ("Complaint") (Exh. A) (filed with the Original Motion).

2. Affidavit of Edward Neal Thompson (Exh. B) (filed with the Original Motion).

3. Affidavit of William Earl Tidwell (Exh. C) (filed with the Original Motion).

4. Excerpts from the Alabama Uniform Traffic Accident Report of 9/2/04 ("Accident Report") (Exh. D) (filed with the Original Motion).

5. Statement of Facts (filed with Original Motion).

6. Brief in Support of Motion for Summary Judgment (filed with Original Motion).

7. Plaintiff's Amended Complaint (Exh. E).

8. Excerpts from the deposition of Edward Neal Thompson (Exh. F).

9. Excerpts from the deposition of William Earl Tidwell (Exh. G).

10. Excerpts from the deposition of Sgt. James Patterson (Exh. H).

11. Excerpts from the deposition of Edward L. Robinson (Exh. I).

12. Excerpts from the deposition of Andre LeBleu (Exh. J).

13. Excerpts from the deposition of Scott Seay (Exh. K).

14. <u>Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Brief in Support of Amended Motion</u> ("Defendants' Reply") filed contemporaneously with this Amended Motion.

WHEREFORE, the Defendants respectfully request that the Court enter summary judgment as a matter of law as to all claims against all Defendants.

        Respectfully submitted,

        /s/ Richard E. Broughton
        Richard E. Broughton

        /s/ W. Evans Brittain
        W. Evans Brittain

        Attorneys for Edward Neal Thompson
        and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

        Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

        /s/ Richard E. Broughton
        OF COUNSEL

3

4