# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3         EASTERN DIVISION
4
5    LORI ANN MORRIS,      )
6         Plaintiff,   )
7    vs.               ) CASE NUMBER:
8    FLORIDA TRANSFORMER,   ) 3:05-CV-962-T
9    EDWARD NEAL THOMPSON,   )
10   et al.,             )
11        Defendants.   )
12
13     DEPOSITION OF WILLIAM EARL TIDWELL
14        In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Henry L.
18   Penick, the original transcript of the oral
19   testimony taken on the 14th day of July,
20   2006, along with exhibits.
21        Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.

Page 2

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3         EASTERN DIVISION
4
5    LORI ANN MORRIS,      )
6         Plaintiff,   )
7    vs.               ) CASE NUMBER:
8                      ) 3:05-CV-962-T
9    FLORIDA TRANSFORMER,   )
10   EDWARD NEAL THOMPSON,   )
11   et al.,             )
12        Defendants.    )
13
14      S T I P U L A T I O N
15        IT IS STIPULATED AND AGREED, by
16   and between the parties through their
17   respective counsel, that the deposition of
18   WILLIAM E. TIDWELL, may be taken before
19   Cindy Weldon, Certified Shorthand Reporter,
20   Commissioner and Notary Public, at 732 North
21   9th Street, DeFuniak Springs, Florida, on
22   July the 14th, 2006 at 10:20 a.m.
23        IT IS FURTHER STIPULATED AND

Page 3

1    AGREED that the signature to and the reading
2    of the deposition by the witness is waived,
3    the deposition to have the same force and
4    effect as if full compliance had been had
5    with all laws and rules of Court relating to
6    the taking of depositions.
7        IT IS FURTHER STIPULATED AND
8    AGREED that it shall not be necessary for
9    any objections to be made by counsel to any
10   questions, except as to form or leading
11   questions, and that counsel for the parties
12   may make objections and assign grounds at
13   the time of trial, or at the time said
14   deposition is offered in evidence, or prior
15   thereto.
16        IT IS FURTHER STIPULATED AND
17   AGREED that notice of filing of the
18   deposition by the Commissioner is waived.
19
20
21
22
23

Page 4

1      A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4        MR. HENRY L. PENICK
5        THE PENICK BUILDING
6        319 - 17TH STREET NORTH, SUITE 200
7        BIRMINGHAM, ALABAMA  35203
8
9    FOR THE DEFENDANT:
10       MR. RICHARD BROUGHTON
11       2000 INTERSTATE PARK DRIVE
12       SUITE 204
13       MONTGOMERY, ALABAMA  36109
14
15   ALSO PRESENT:
16       MR. EDWARD NEAL THOMPSON
17       MR. FRANKLIN SCOTT SEAY
18
19
20
21
22
23

1 (Pages 1 to 4)

EXHIBIT G

# FREEDOM COURT REPORTING

Page 21

1 yourself.
2    Q.   But you would write that on your
3 logbook before you take off?
4    A.   You didn't have to -- It't not
5 required to be written on your logbook.
6    Q.   Well, you said -- You would write
7 it on something, though, wouldn't you?
8    A.   I'd just -- I went back in my log
9 sheet. You would either check -- If there
10 was something wrong with it, you'd check
11 it. If there wasn't, you wouldn't check it.
12    Q.   Okay. Did you ever have any
13 mechanical problems with any of your trucks
14 while you were driving?
15    A.   No, sir.
16    Q.   Do you recall ever checking a
17 problem that you had to check on either a
18 pre-trip or a post-trip inspection sheet?
19    A.   No, sir.
20    Q.   Who handles the maintenance out
21 there?
22    A.   Chad Locke.
23    Q.   How long has Chad been handling

Page 22

1 maintenance as far as you know?
2    A.   Ever since I've been there. He
3 don't work for Florida Transformer.
4    Q.   Who does he work for him?
5    A.   Himself.
6    Q.   But is he physically located right
7 there at the Florida Transformer location or
8 do you know if he's located a little
9 distance away?
10    A.   He's located a little distance
11 away.
12    Q.   So y'all would just drive your
13 trucks over there and let him work on them?
14    A.   Yes, sir.
15    Q.   Have you ever talked to Chad about
16 a problem you had with a truck and then you
17 drove the truck and you had to go back and
18 see him again and say, well, Chad that just
19 wasn't right?
20    A.   No, sir.
21    Q.   Or it wasn't adjusted properly or
22 something like that?
23    A.   No, sir.

Page 23

1    Q.   Do you know how long Chad has been
2 doing maintenance on trucks altogether?
3    A.   No, sir. I have no idea.
4    Q.   How old is he?
5    A.   I have no idea how old Chad is.
6    Q.   Have you ever seen him?
7    A.   Yes, I've seen him.
8    Q.   What does he look like?
9    A.   Probably in his forties.
10    Q.   Anybody there would ever come to
11 you and try to explain to you DOT
12 regulations, anybody at Florida
13 Transformer? Would anybody come and just
14 try to explain the regulations regarding the
15 truck?
16    A.   Not that I can remember.
17    Q.   Did you ever have any -- I think
18 you said you only had one speeding ticket,
19 but no accidents; right?
20    A.   Right.
21    Q.   But you were involved in the
22 accident that we're here about on September
23 the 2nd, 2004, weren't you?

Page 24

1    A.   Yes, sir.
2    Q.   And Neal was driving, Neal
3 Thompson; right?
4    A.   Yes, sir.
5    Q.   I think you called him Neal?
6    A.   Yes, sir.
7    Q.   So during your deposition, we'll
8 call him Neal. Is that okay?
9    A.   Yes, sir.
10    Q.   Do you recall when you first met
11 Neal?
12    A.   Was right in August when he just
13 got hired on.
14    Q.   Who introduced you?
15    A.   Don Carol.
16    Q.   And what did he tell you?
17    A.   That Neal was going to be a new
18 driver.
19    Q.   Did he tell you anything about
20 him?
21    A.   No, sir.
22    Q.   Did he tell you anything about
23 what his experience was for driving?

6 (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1     A.   He said he had about seventeen
2   years of experience.
3     Q.   At the time, that means -- he
4   meant that he had more driving experience
5   than you?
6     A.   Yes, sir.
7     Q.   Did you feel there was anything
8   that you could show him?
9     A.   No, sir.
10    Q.   Okay.  So when did he first ride
11  with you?
12    A.   On September the 2nd.
13    Q.   Okay.  Before that time, do you
14  know whether or not he rode with someone
15  else?
16    A.   Yes, sir, he did.
17    Q.   Who did he ride with?
18    A.   James Cook.
19    Q.   Do you know where they made a run
20  to?
21    A.   Wauchula, Florida.
22    Q.   And what did they take down to
23  Wauchula?

Page 26

1     A.   That was -- They went to pick up
2   old transformers.
3     Q.   So at Florida Transformer, do you
4   refurbish transformers as well?
5     A.   Yes, sir.
6     Q.   And do you build new ones as well?
7     A.   They refurbish the old ones into
8   new ones.
9     Q.   You don't know much about that
10  trip down to Florida as far as who drove and
11  how much each one of them drove?
12    A.   No, sir.
13    Q.   But as far as you know, that was
14  his first trip?
15    A.   Yes, sir.
16    Q.   Okay.  Did he ever discuss with
17  you or say anything to you about the first
18  trip?
19    A.   Not that I can remember.
20    Q.   Do you know what date he ran the
21  first trip?
22    A.   It was right in August there.
23    Q.   About August 31st, the very end of

Page 27

1   August?
2     A.   Yes, sir.
3     Q.   Do you know when he got back off
4   of that first Florida run, the first trip?
5     A.   No, sir.
6     Q.   How were you informed that you
7   were going to go out with him on either the
8   night of September the 1st or the morning of
9   September the 2nd?
10    A.   Don would tell us on the day
11  before.
12    Q.   So Don told you something on
13  September the 1st?
14    A.   September the 1st.
15    Q.   And what did he tell you?
16    A.   That I was going out with Neal.
17    Q.   And?
18    A.   To just observe and teach him how
19  to do the paperwork.
20    Q.   Go on.  I'm sorry.
21    A.   Teach him how to do the paperwork
22  and show him how to react to customers and
23  stuff like that.

Page 28

1     Q.   When you -- Do you know what time
2   you all was supposed to -- or was scheduled
3   to leave out?
4     A.   Around one o'clock September the
5   2nd.
6     Q.   Did you meet with him about that
7   time?
8     A.   We met before then.
9     Q.   What time did you meet?
10    A.   About 12:45.
11    Q.   All right.  And then what did
12  y'all do?
13    A.   Walked around and inspected the
14  truck.
15    Q.   Did you have any conversation with
16  him about the truck?
17    A.   No, sir.
18    Q.   Had he ever driven this truck
19  before?
20    A.   If I remember correct, I think
21  they drove it to Florida.
22    Q.   Wauchula?
23    A.   Yes, sir.  To Wauchula.

7  (Pages 25 to 28)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 29

1    Q.   And so you met with him about
2   12:45 and you looked around the truck.  Did
3   y'all have any conversation about any defect
4   in the truck?
5    A.   No, sir.
6    Q.   Did you find anything that wasn't
7   exactly right in the truck?
8    A.   No, sir.
9    Q.   You know, every truck has its own
10  little things about it.  Was there anything
11  about it that was special about this truck
12  that you had to tell him like, okay, when
13  you pull the brakes up, you have to kind of
14  pull it twice to make sure it's off or
15  something like that?  Anything like that?
16   A.   No, sir.
17   Q.   Had you ever ridden in this truck
18  before?
19   A.   I had driven the truck.
20   Q.   And this was truck 11?
21   A.   Yes, sir.
22   Q.   After you did the inspection, what
23  kind of conversation did you and Neal have

Page 30

1   after that?
2    A.   Just normal talking about where we
3   was going up towards Atlanta.
4    Q.   Had you been there before?
5    A.   I've been through there several
6   times.  But not this customer.
7    Q.   Had Neal been there before?
8    A.   Not to the customers.  But he -- I
9   guess he's been through Atlanta.
10   Q.   Were you given any instructions
11  about grading him?
12   A.   No, sir.
13   Q.   What did you observe -- Well,
14  first of all, after you had this
15  conversation, the general talking about
16  where you were headed, what did you all do
17  next?
18   A.   We were headed up the highway
19  going toward Montgomery.
20   Q.   Well, let me ask you this.  Before
21  you took off, had you -- when was the last
22  trip you had done prior to taking off on
23  this trip?

Page 31

1    A.   The 1st.
2    Q.   You did a run on the 1st?
3    A.   Yes, sir.
4    Q.   All right.  What time did you get
5   back in on the 1st?
6    A.   I can't remember, sir.
7    Q.   Was it morning or afternoon?
8    A.   It was in the afternoon.
9    Q.   Okay.  Do you know what time in
10  the afternoon?
11   A.   I'm -- We had no idea what time.
12  I've have to look back on the logbook or
13  something.
14   Q.   Do you know how many hours you had
15  been off work before you got in the truck to
16  go with Neal?  Well, let me take that back.
17      Do you know how long you had been
18  off work before you reported back to work
19  and had this conversation with Neal and was
20  walking around the lot?
21   A.   Somewhere around ten hours I'm
22  thinking.
23   Q.   What did you do for that ten

Page 32

1   hours?
2    A.   Went to my house.
3    Q.   What did you do?
4    A.   My normal routine is go to the
5   house and sit around a few minutes and get a
6   bath and go to bed.
7    Q.   Was there anything about the sleep
8   that you got that day?  Was it interrupted
9   by anything?
10   A.   No, sir.
11   Q.   No family emergency or anything;
12  right?
13   A.   No, sir.
14   Q.   When you all had headed out to
15  Montgomery, towards Montgomery, did anything
16  happen along the way?
17   A.   Like what?
18   Q.   Just fairly uneventful?
19   A.   Like we run through a little bit
20  of a shower of rain.
21   Q.   Where were you when you ran
22  through the shower of rain?
23   A.   On 231, between Troy and

8  (Pages 29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1 the highway?
2    A.  No, sir.  Not that I remember.
3 There wasn't nothing unusual about it.
4    Q.  Well, tell me what happened as you
5 got in the area of this accident.
6    A.  Like we was meeting cars coming
7 south and we were going north.  And all of a
8 sudden, there was this truck laying across
9 the whole interstate.
10    Q.  Let me ask you about the cars or
11 trucks going south.  They were over on the
12 other side of the highway separated by a
13 median; right?
14    A.  Yes, sir.
15    Q.  And you had two lanes going north?
16    A.  Yes, sir.
17    Q.  All right.  So tell me what
18 happened as you all got close to this
19 location where the accident occurred.
20    A.  We were just going north on 85.
21 And all of a sudden, there -- like I said,
22 there was a semi across the road.
23    Q.  What did you notice about the

Page 38

1 semi?
2    A.  When we seen it, it was overturned
3 with the bottom of it pointed at us.
4    Q.  Do you recall whether or not any
5 lights were on, on the semi that was
6 overturned?
7    A.  There was no lights on that semi
8 as I can recall being on.
9    Q.  Do you recall whether or not it
10 had any reflectors that were showing?
11    A.  There's no reflectors on the
12 bottom of a semi.
13    Q.  Okay.  You know, sometimes on the
14 side, they might have a three dimensional
15 reflector mounted on the side of the
16 trailer.  And if it's three dimensional, I
17 was wondering whether or not you could see
18 anything reflecting back like that.
19    A.  We didn't -- I did not see nothing
20 that I can recall thinking back.
21    Q.  Okay.  Do you recall seeing the
22 headlights of the semi pointed in any
23 direction, the overturned semi?

Page 39

1    A.  Not that I can recall.
2    Q.  So were you having any
3 conversation with Neal as you all approached
4 this location where the accident occurred?
5    A.  Not that I can remember.  We were
6 not having a conversation.
7    Q.  Do you remember anything that was
8 going on at all?
9    A.  He was just driving up the road
10 and I was sitting over there watching him.
11    Q.  So what happened once you
12 recognized this overturned trailer in the
13 freeway?
14    A.  Neal hit the brakes as quick as he
15 and I both recognized it.  There was nowhere
16 to go to get away from it.
17    Q.  Okay.  How many lanes did the semi
18 block -- the overturned semi blocking?
19    A.  It was blocking both north bound
20 lanes, plus half the emergency lane.
21    Q.  Do you believe that the part of
22 the tractor portion of the overturned semi
23 was in the emergency lane?

Page 40

1    A.  Yes, sir.
2    Q.  Did you ever tell anyone that
3 information before?
4    A.  The state trooper.
5    Q.  Okay.  Do you know if he ever
6 recorded that the tractor portion of the
7 overturned semi was in the emergency lane?
8    A.  No.  I don't remember if he did or
9 not.
10    Q.  Did you do an affidavit in this
11 case?
12    A.  Affidavit?
13    Q.  Yes.  Did you sign an affidavit in
14 this case?
15    A.  I don't remember.
16    Q.  Okay.  I want to show you this.
17 This is your affidavit.
18    MR. PENICK:  We're going to use
19 this affidavit for purposes of his
20 examination.  But I'm sure, Richard, we
21 would like to submit a clean copy.  This is
22 the only copy I have.
23    Q.  We'll call it Exhibit 1 to your

10  (Pages 37 to 40)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 45

1 night?
2     A.  I don't think he was.
3     Q.  Had you ever seen him wear
4 glasses?
5     A.  Not that I can remember I haven't.
6     Q.  Do you know whether or not the
7 lights were on low beam or high beam?
8     A.  I can't recall exactly.  But I
9 think they was on low beam.  I can't recall
10 exactly.
11     Q.  Okay.  Describe in your own
12 narrative form exactly what happened
13 immediately prior to the impact.  Describe
14 the impact and immediately what happened
15 after the impact --
16     A.  We were just going up --
17     Q.  -- in detail.
18     A.  We was going I-85 north.  Going
19 up through there.  And all of a sudden,
20 there was a semi laid across the road in
21 front of us.
22     Q.  Well, let me ask you this.  In
23 detail, I thought that you might want to

Page 46

1 tell me whether or not you were in the
2 inside lane or the outside lane.
3     A.  We was in the right lane, outside
4 lane.
5     Q.  And what happened?
6     A.  It would be the inside.
7     Q.  Well, the one --
8     A.  It would be the one next to the
9 emergency lane.
10     Q.  So you were on the outside lane?
11     A.  Going north.
12     Q.  Okay.
13     A.  And Neal was going up through
14 there.  And all of a sudden, there was
15 something across the road in front of us.
16 We didn't realize what it was until we hit
17 it almost.
18     Q.  All right.  Then you said he hit
19 his brakes; right?
20     A.  Yes, sir.  He locked up.
21     Q.  He locked up.  Okay.  Do you know
22 how long he locked up before he hit the --
23     A.  I have no idea on that now.

Page 47

1     Q.  Did you ever go back after this
2 accident and look on the ground and see if
3 you could see any skid marks?
4     A.  No, sir, I did not.
5     Q.  When the brakes locked up, did
6 Neal's tractor trailer swerve in any
7 direction?
8     A.  Not that I can remember it
9 didn't.  Everything happened too fast.
10     Q.  And when it had the impact with
11 Morris' tractor trailer, do you recall
12 whether it was in that right outside lane or
13 whether it was in the inside lane closest to
14 the median?
15     A.  It was in the right outside lane.
16     Q.  Have you seen the accident report
17 in this case?
18     A.  No, sir.
19     Q.  Let me show you what we'll mark as
20 Exhibit 2 to your deposition.
21          (Whereupon, Plaintiff's Exhibit
22 No. 2 was marked for identification.)
23     Q.  Let me call your attention to page

Page 48

1 four of the accident report.  Do you see any
2 X marking the spot that the trooper has
3 described as the point of impact?
4     A.  Yes, sir.
5     Q.  And on this particular diagram, is
6 that X in the right outside lane or the
7 inside lane closest to the median?
8          MR. BROUGHTON:  And then my only
9 objection is that the document speaks for
10 itself.  And this witness didn't prepare the
11 document nor has he seen the document
12 before.
13          MR. PENICK:  That's why I prefaced
14 it by saying on this document.
15     Q.  Does it show whether or not the X
16 is on the inside lane or the outside lane?
17     A.  The X is shown on the outside
18 lane.
19     Q.  Is it on the right lane or the
20 inside lane closest to the median?
21     A.  It's showing on the lane closest
22 to the median.
23     Q.  Would that be the inside lane, the

12 (Pages 45 to 48)

# FREEDOM COURT REPORTING

Page 49

1 way we've described it so far, the inside
2 being the closest to the middle, the median,
3 outside being the outside toward the
4 emergency lane?
5    A.   Closest to the median.
6    Q.   All right. And is that the lane
7 that you and Neal were driving in?
8    A.   No, sir.
9    Q.   Okay. I believe you said y'all
10 were in the outside lane; right?
11    A.   We was in the right lane going
12 north.
13    Q.   Did the truck ever swerve toward
14 the inside lane?
15    A.   Not that I can remember.
16    Q.   Is it your -- Well, let me ask
17 you. In your opinion, when you had your
18 collision, did you collide in the right
19 outside lane?
20    A.   The best I can remember, it was in
21 the right outside lane.
22    Q.   When the collision occurred?
23    A.   Yes, sir.

Page 50

1    Q.   Okay. What did you observe
2 immediately after the collision? Well,
3 first of all, describe the collision for me,
4 the actual collision.
5    A.   The best I can remember on the
6 collision, it just -- it happened so quick.
7 Once we got stopped, we jumped out of the
8 truck and seen headlights coming at us from
9 the north -- from the south.
10    Q.   Coming up behind you?
11    A.   Yes, sir, coming up behind us. We
12 went running south on the interstate to try
13 to get the traffic stopped.
14    Q.   Were you shaken up?
15    A.   Yes, sir.
16    Q.   But you were still oriented, you
17 knew which way to go to stop the traffic
18 from coming; right?
19    A.   By the headlights coming up the
20 road and everything. So we went running
21 south.
22    Q.   Were the two of you strapped in
23 while you were riding?

Page 51

1    A.   Yes, sir. Had seat belts on.
2    Q.   What did you do when you ran
3 south?
4    A.   We kept running south. And a UPS
5 truck was coming north.
6    Q.   Let me ask you a couple of
7 questions so I can get my distances
8 straightened out. You don't recall how
9 close to the point of impact that the brakes
10 locked up before the impact, do you?
11    A.   No, sir.
12    Q.   And then after the impact, do you
13 recall how far from the place of impact that
14 you finally stopped?
15    A.   From the time we impacted until we
16 stopped?
17    Q.   From the time of impact until the
18 time you stopped, the distance?
19    A.   I don't know that.
20    Q.   All right. You said you got out,
21 you ran back. When you ran back, did you
22 run back and see where you had had the
23 collision or was it just right at the tail

Page 52

1 end of your own trailer?
2    A.   No, sir, I did not run back to see
3 the collision. I was running back south
4 because headlights was coming up towards
5 us. We had no lights on our truck then. It
6 knocked our electrical system out.
7    Q.   So what did you do?
8    A.   We run south and kept waving our
9 arms up. The guy in the UPS seen us and he
10 slammed on brakes.
11    Q.   But he stopped; right?
12    A.   Yes, sir.
13    Q.   Did he stop before the place of
14 impact where you all had had the impact?
15    A.   He did not stop there. He had
16 slid between the two trailers.
17    Q.   Okay. Do you know whether or not
18 he left any skid marks?
19    A.   I don't know.
20    Q.   But he came to rest between the
21 two trailers?
22    A.   Yes, sir. About in there
23 (indicating).

13 (Pages 49 to 52)

# FREEDOM COURT REPORTING

Page 85

1  recollection.
2      Q.  Apparently overcast.  No lights
3  along the highway.  Was this -- As far as
4  you could determine, though, on this stretch
5  of the highway, was it a straight stretch?
6      A.  Not at the time.
7      Q.  I mean, right before the accident,
8  was it a straight stretch?
9      A.  At the time of the accident, no,
10  sir, it was not a straight stretch as I can
11  remember.
12      Q.  Was it a curve?
13      A.  We had -- If I remember correctly,
14  we had just come around a curve, a little
15  small -- I don't remember exactly.
16      Q.  Not a deep curve, but just kind of
17  a little winding curve?
18      A.  Just a little bit.
19      Q.  And how long had you been out of
20  that curve before the impact?
21      A.  I don't remember.
22      Q.  Okay.  But you don't recall the
23  impact being in a curve, though?

Page 86

1      A.  Not that I remember, it wasn't.
2      Q.  Now, looking at Plaintiff's
3  Exhibit 2, Trooper Huntley drew this
4  diagram.  He essentially drew the road at
5  that location fairly straight.  Is that
6  about your recollection, too?
7      MR. BROUGHTON:  Object to the form
8  as to what Trooper Huntley did or didn't
9  do.  I'll agree with you.  This document
10  speaks for itself, Henry.
11      But I can't tell you that Trooper
12  Huntley -- what Trooper Huntley drew or
13  didn't draw on that drawing and where that
14  road is -- That almost looks like it's a
15  standardized kind of a thing.  I don't know.
16  We don't know.
17      MR. PENICK:  All right.
18      MR. BROUGHTON:  Unless Mr. Tidwell
19  testifies that he knows or saw Huntley
20  drawing on that thing, I can't --
21      A.  I can't swear either way on that.
22  I didn't see nobody draw.
23      Q.  I'm not asking you to vouch for

Page 87

1  him.  I'm just asking a question.  On this
2  diagram, it shows it's fairly straight;
3  right?  Would you agree?
4      A.  The diagram shows it fairly
5  straight.
6      Q.  And your recollection of the road
7  itself at the time of the accident, was it
8  relatively straight?
9      A.  I can't remember exactly.
10      Q.  Okay.  But you don't claim that
11  the -- that Morris' overturned tractor was
12  in a curve that you just couldn't see
13  around?  You don't claim that, do you?
14      A.  No, sir.
15      Q.  Okay.  Then you said all of a
16  sudden, I saw what appeared to be the bottom
17  an overturned truck lying across both lanes;
18  is that right?
19      A.  Yes.
20      Q.  To your knowledge of the cab, of a
21  Kenworth or trucks generally, how long would
22  you say a cab is -- well, the tractor part
23  of the --

Page 88

1      A.  I can't say because they all vary.
2      Q.  Any general length?
3      A.  I don't really know exactly.
4      Q.  Okay.  All right.  And you said
5  that about the time you recollect the truck
6  or recognized the truck overturned, you said
7  almost immediately Neal popped up his
8  brakes.  I noticed you used the word almost
9  immediately.  Was there a little delay time
10  there?
11      A.  Not that I can remember, there
12  wasn't.  It all happened too fast.
13      Q.  Then you said that he had no time
14  to react to avoid the collision.  Do you
15  recall when you were in truck driving school
16  that they taught you all accident avoidance
17  maneuvers?
18      A.  I don't remember it exactly being
19  that way.
20      Q.  Do you know whether or not Neal
21  did any kind of accident avoidance maneuver?
22      A.  Not that I can remember.  Like I
23  said, there wasn't no time.

22  (Pages 85 to 88)

# FREEDOM COURT REPORTING

## Page 89

1    Q.  And then the next thing that you
2  said, at the time, we hit the brakes. Now,
3  we didn't hit the brakes, did we, or was it
4  just Neal that hit the brakes?
5    A.  It was just Neal that hit the
6  brakes.
7    Q.  Then you said immediately by the
8  time you hit the brakes, you all were
9  traveling about sixty-five, seventy miles an
10  hour; right?
11    A.  The best I remember.
12    Q.  Do you have any idea how fast you
13  were traveling at the time of impact?
14    A.  I don't know.
15    Q.  Do you know whether or not the
16  vehicle slowed significantly before the
17  impact?
18    A.  All of a sudden, there was a
19  truck. I don't remember -- All I remember
20  is just hitting the brakes.
21    Q.  You don't recall the skidding or
22  anything, do you?
23    MR. BROUGHTON:  I'm sorry, what

## Page 90

1  was that question?
2    MR. PENICK:  I asked him did he
3  recall skidding or anything like that.
4    A.  Talking about hearing the brakes
5  lock up?
6    Q.  Yes.
7    A.  It was all too fast, too quick.
8    Q.  Okay. So you don't recall hearing
9  the brakes locking up?
10    A.  Not that I can remember.
11  Everything was too quick.
12    Q.  Then you said as soon as the truck
13  stopped, you both jumped out and were
14  running south because the collision had
15  knocked out your electrical system.
16    You saw some headlights and
17  flagged down the truck before it hit your
18  trailer. I think the next paragraph you
19  just talk about the truck was lying down and
20  you had no idea that Morris' tractor trailer
21  was overturned on the highway; right?
22    A.  Correct. I had no idea he was
23  overturned.

## Page 91

1    Q.  Now, then you go into the next
2  paragraph and you talk about there being no
3  headlights, taillights, running lights,
4  reflective lights or reflective tape visible
5  to you as you and Neal approached the
6  overturned vehicle; right?
7    A.  The best I remember, there was
8  nothing we could see there.
9    Q.  Okay. Being that it was very
10  dark, did you see any headlights from
11  Morris' truck whatsoever?
12    A.  The best I can remember, there was
13  no headlights from Morris' truck.
14    Q.  Do you recall any red lights,
15  signal lights, brake lights, anything?
16    A.  Not that I can recall.
17    Q.  Now, when you're sitting up in
18  that Peterbilt, how high would you say
19  you're off the ground?
20    A.  I don't know exactly.
21    Q.  Would it be say, ten feet, twelve
22  feet, fourteen feet?
23    A.  It would be less than that.

## Page 92

1    Q.  It would be less than which one?
2    A.  Probably around -- somewhere
3  around five or six feet in the air.
4    Q.  Do you have something that you
5  climb up on when you're getting into the
6  seat?
7    A.  You've got steps that you climb up
8  on to get in the truck.
9    Q.  So when you consider all of that,
10  from the ground up to that seat, how high
11  would you say you're sitting up?
12    A.  About five or six feet.
13    Q.  All right. And from your vantage
14  point, you're saying you couldn't see any
15  reflective tape or anything like that?
16    A.  Not that I could see.
17    Q.  You saw no reflectors at all?
18    A.  Not that I can remember.
19    Q.  Could you see any reflection from
20  the vehicle at all?
21    A.  Not that I remember.
22    Q.  Then you say that you were unable
23  to see the tractor trailer rig until our

23  (Pages 89 to 92)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 93

1  headlights hit it.
2      Do you recall what part of the
3  underside of the carriage illuminated to you
4  -- was illuminated to you by the
5  headlights?
6      A.  I don't remember exactly what it
7  was.
8      Q.  When you got back to --
9      MR. BROUGHTON:  Are you at a break
10 point?
11     MR. PENICK:  Yes.  Sure.
12     MR. BROUGHTON:  I'm just saying
13 we've been going for over an hour.  Let's
14 take a little short break.
15     MR. PENICK:  Okay.  I think we can
16 wrap up with him in about twenty minutes
17 after we take the break.
18     MR. BROUGHTON:  Okay.
19     (Whereupon, a short recess was
20 taken.)
21     Q.  Back on the record.  When you got
22 back to Florida Transformers after this
23 accident, did you ever complete a driver's

Page 94

1  evaluation of Neal?
2      A.  If I remember correctly, I
3  completed it on the 7th.
4      Q.  Okay.  And do you recall how you
5  rated him?
6      A.  If I remember correctly, I think I
7  rated him good.
8      Q.  Well, let me ask you this.  Did
9  the rating require you to rate him for both
10 night and daytime driving?
11     A.  Not that I can remember, it
12 don't.  There's -- If I remember, there is a
13 section for day and night.  But I don't
14 remember which one I --
15     Q.  Did you rate him for both day and
16 night?
17     A.  I don't remember.
18     Q.  Let me show you what we'll mark as
19 Plaintiff's Exhibit 3 to your deposition.
20     (Whereupon, Plaintiff's Exhibit
21 No. 3 was marked for identification.)
22     Q.  Can you tell me what's marked as
23 Plaintiff's Exhibit 3?

Page 95

1      A.  What do you mean?
2      MR. BROUGHTON:  He just wants you
3  to identify it.
4      Q.  Can you tell me what that is?
5      A.  It's the driving road test.
6      Q.  Is this the road test that you
7  gave to Neal?
8      A.  Yes, sir.
9      Q.  And you said you completed this on
10 the 7th?
11     A.  Right.
12     Q.  Do you know what day it's dated,
13 this document?
14     A.  It was dated on the 2nd.
15     Q.  Did you sign it on the 2nd or the
16 7th?
17     A.  I signed it on the 7th if I
18 remember correctly.
19     Q.  But you were rating him on the
20 road test that you had on the 2nd; is that
21 correct?
22     A.  We was going to start out on the
23 2nd.  But I never did finish it.

Page 96

1      Q.  Well, does it start out on the 1st
2  or the 2nd?
3      A.  The pre-trip inspection was on the
4  1st.
5      Q.  Okay.
6      A.  I don't remember exactly.
7      Q.  Well, let me put it this way
8  then.  After you all got back, after the
9  accident, you didn't do any other driving on
10 the 2nd, did you?
11     A.  No, sir.
12     Q.  So all of the driving that you
13 would have been grading on the 2nd would
14 have been before the accident; right?
15     A.  Correct.
16     Q.  And would you agree with me that
17 all of the driving that he did on the 2nd
18 was night time driving?
19     A.  Correct.
20     Q.  And would you agree with me that
21 none of the driving he did on the 2nd was
22 daytime driving?
23     A.  Correct.

24  (Pages 93 to 96)

# FREEDOM COURT REPORTING

Page 97

1   Q.   But you do see that the driving
2   test is divided into day and night test;
3   right?
4       A.   Right.
5       Q.   And you did grade him on the night
6   test; right?
7       A.   Correct.
8       Q.   Did you rate him on the day test?
9       A.   Yes.
10      Q.   Did he drive during the day?
11      A.   Not on the 2nd.
12      Q.   Any time?
13      A.   On the 7th.
14      Q.   Okay. But not on the 2nd. But
15  does the form indicate, Plaintiff's Exhibit
16  No. 3 indicate that he -- according to this,
17  that he did his driving test on the 2nd?
18      A.   It indicates that he did his
19  driving on the 7th.
20      Q.   So this would be incorrect then?
21      A.   Correct. I forgot to change the
22  date on it.
23      Q.   Well, I see the 2nd appears in

Page 98

1   several places for -- if you look on the
2   left-hand column, you see the 2nd for the
3   day test. If you look to the time right of
4   the page, do you also see the 2nd on the day
5   test?
6       A.   Correct.
7       Q.   And then when you see that the
8   final certificate is signed or the driver's
9   road test is signed, it's signed, according
10  to this, on the 2nd, also, isn't it?
11      A.   Correct.
12      Q.   So he didn't do these tests on the
13  2nd, this day test then; correct?
14      A.   No, sir.
15      Q.   And you signed, however, did you
16  not, that he passed this test on the 2nd;
17  correct?
18      A.   I forgot to change the date to the
19  7th.
20      Q.   Do you recall when -- okay. Well,
21  when you signed it on the 7th, did you go
22  back and back date it to the 2nd?
23      A.   I don't remember exactly.

Page 99

1   Q.   Did you fill this form out before
2   the 7th?
3       A.   I had started filling the form out
4   on the 2nd.
5       Q.   Do you know how much of it you had
6   filled out on the 2nd?
7       A.   Not exactly. I don't remember
8   exactly what I filled out on the 2nd. I
9   don't remember.
10      Q.   But you certified him as of the
11  2nd; correct?
12      A.   Yes. Correct.
13      Q.   He was not certified by the time
14  he was driving on the -- at the time of the
15  accident; right?
16      A.   No, sir.
17      Q.   I noticed that all of the boxes
18  are filled except for two. And that says
19  something about intersection scanning and
20  neither the day nor night test in the upper
21  right-hand corner. Any reason why that's
22  not checked?
23      A.   Not that I can remember there is,

Page 100

1   no.
2       Q.   Now, what you were grading him on
3   is the trip that you had at the time of the
4   accident; right?
5       A.   I was supposed to be at the time
6   of the accident.
7       Q.   So at the time of the accident, he
8   was not -- you had not given him a
9   certificate of road test, had you?
10      A.   Not at the time of the accident.
11      Q.   But at some time after the
12  accident, you concluded that Neal was a very
13  good driver. Is that what you said on your
14  comment section?
15      A.   Yes, sir.
16      Q.   Are you aware of any infractions
17  he had that year?
18      A.   Relating to what?
19      Q.   For example, on this sheet, all of
20  these E's, what do they stand for? You have
21  E for each box.
22      A.   I don't remember.
23      Q.   You don't know what the E's stand

25   (Pages 97 to 100)

# FREEDOM COURT REPORTING

Page 101

1 for?
2    A.  Not right now.
3    Q.  But you put the E on here?
4    A.  The top thing.  E is for
5 excellent, good, fair, poor.
6    Q.  And so you put the E on here?
7    A.  Correct.
8    Q.  And do you consider that all of
9 what he did was excellent?
10    A.  On the day that I evaluated him,
11 yes.
12    Q.  Did you put him through all of
13 these different tests?
14    A.  As I remember, he went through
15 everyone of these tests.
16    Q.  And you put him through each of
17 these; right?
18    A.  The best I remember, I did.  We
19 went through them.
20    Q.  Do either you or he have any
21 record that you all made a pre-trip
22 inspection?
23    A.  If I remember correctly, it should

Page 102

1 be on our logbook.
2    Q.  Would it be on your duty status
3 sheet?
4    A.  It should be on the logbook sheet.
5    Q.  Now, you said that this test
6 consisted of about five hundred miles.  Do
7 you know how many miles you all -- Well,
8 first of all, does it say that?
9    A.  Yes, it says that.
10    Q.  Okay.  Do you know how many miles
11 you had driven on the 2nd?
12    A.  I don't know exactly how many
13 miles we had driven on the 2nd.
14    Q.  How many miles would you say it is
15 from DeFuniak Springs to the Shorter exit
16 where you had the accident?
17    A.  I don't know exactly how many.
18 Just guessing, I don't know, a hundred and
19 twenty, a hundred and thirty miles.
20    Q.  But it's not five hundred miles,
21 is it?
22    A.  No.
23    Q.  So if this was signed on the 2nd

Page 103

1 as is indicated, Neal Thompson had not
2 driven five hundred miles as indicated on
3 this document?
4    A.  He had driven five hundred miles
5 on the 7th.
6    Q.  But he hadn't driven the five
7 hundred miles --
8    A.  I had not changed the date.
9    Q.  -- at the time that you gave him
10 the road test on the 2nd?
11    A.  We were starting the road test on
12 the 2nd.
13    Q.  When you started the road test on
14 the 2nd, he had not driven five hundred
15 miles by the end of the day on the 2nd?
16    A.  Correct.
17    Q.  And he had not done any day
18 driving by the end of the day on the 2nd;
19 correct?
20    A.  Correct.
21    Q.  Were you required to give him this
22 certificate of road test before he was
23 allowed to drive on his own?

Page 104

1    A.  Not that I remember, I'm not.
2    Q.  Do you know whenever he was given
3 a truck on his own?
4    A.  You talking about with the
5 company?
6    Q.  Yes.
7    A.  I don't know exactly what date it
8 was, no, sir.
9    Q.  Do you recall the mileage on the
10 truck the day that you all took off?
11    A.  Not that I can remember, no.
12    Q.  Let me show you a document.  Did
13 you also make a notation of the mileage on
14 the truck before you took off?
15    A.  No, I did not.
16    Q.  Had you ever driven truck 11
17 before?
18    A.  I had driven truck 11 before.
19    Q.  Do you know when it last had its
20 brakes serviced?
21    A.  I don't know when it last had its
22 brakes serviced.
23    Q.  Do you recall any problems with

26  (Pages 101 to 104)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

PLAINTIFF'S EXHIBIT

3

# DRIVER ROAD TEST

DRIVERS NAME _____  SOCIAL SECURITY NO. ___ - __ - ____
TYPE OF UNIT DRIVER IS MOST ACCUSTOMED TO _____  IF CDL, LIST ENDORSEMENTS ____
TYPE OF UNIT TESTED ON, POWER _____
IF PASSENGER CARRIER, TYPE OF BUS _____   TRAILER(S) ____

GRADE DRIVER IN THE BELOW AREAS OF OPERATION ON THE BASIS OF: (1) excellent, (2) good, (3) fair, (4) poor

| AREA OF OPERATION | DAY TEST | NIGHT TEST | AREA OF OPERATION | DAY TEST | NIGHT TEST |
|---|---|---|---|---|---|
| Pre-trip inspection | | | Intersection scanning | | |
| Knowledge of emergency equipment demonstrated | | | Driver etiquette | | |
| If combination unit, coupling and uncoupling | | | Braking | | |
| Placing vehicle in operation | | | Slowing the vehicle by means other than braking | | |
| Use of seat belt | | | Turning the vehicle at an intersection | | |
| Acceleration | | | Use of turn signal during turns | | |
| Upshifting | | | Avoidance of squeeze situation when turning | | |
| Operating the vehicle in traffic | | | Intersecting synch operations | | |
| Lane hacking | | | Interacting with operations | | |
| Multi-lane road maneuvering | | | Recognition and following of road signs and signals | | |
| Space management | | | Lighting the road with the use of highway beams | | |
| Distance scanning (following/stop judgment) | | | Courtesy of driver to other motorists and pedestrians | | |
| Use of mirrors in traffic | | | Recognition and avoidance of potential road hazards and traffic problems | | |
| Observance of posted speed limits | | | Backing and parking the vehicle | | |
| Use maneuvering through curves | | | Post-trip inspection | | |
| Use of turn signals during lane change | | | Overall use of vehicle controls | | |
| Speed selection during lane change | | | Knowledge and overall use of vehicle safety equipment | | |
| Completing turn signal after lane change | | | | | |
| Lane change return | | | | | |

☐ CHECK BOX IF COMMENT SPACE PROVIDED ON BACK OF FORM WAS USED.

This is to certify that the above named driver was given a road test under my supervision for ____ miles of driving, consisting of approximately ____ miles of driving. It is my considered opinion that this driver PASSED ____ DID NOT PASS ____ with sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

SIGNATURE OF EXAMINER _____
MEMBER OF EXAMINER _____
TITLE or EXAMINER _____

Comments _____

No. 1066   Copyright © 1/04   Reorder from Trans Products   1-800-567-6100   PO Box 898 Milford, DE 19963