Page 105

1  Q. Now, do you know how close those skid marks
2     are to the point of impact?
3  A. When you say how close, if you're referring
4     to side to side --
5  Q. No.
6  A. Or longitudinally?
7  Q. Longitudinally north, south if this is a
8     northbound lane.
9  A. I can't see the beginning of them. But
10    longitudinally, they start before -- they
11    start at approximately the point of impact,
12    where the tires would have been at
13    approximate impact.
14 Q. So the skid marks are right at the point of
15    impact?
16 A. I can't see the beginning of them in this
17    photograph, and I don't remember how far
18    back they start.
19 Q. Do you have any photograph that you could
20    look at to tell you whether or not those
21    skid marks started --
22 A. I do not.
23 Q. -- any time -- at what point in time?

Page 106

1  A. I do not. I know they started before the
2     point of impact. How far back before the
3     point of impact, I don't know.
4  Q. Do you know what the braking distance of a
5     truck this size, commercial vehicle that
6     has 72,000 pounds -- Do you know what the
7     braking distance is that for that vehicle?
8  A. It's depending on the condition of his
9     braking system. Assuming no defects, in
10    the point that the brakes lock up at 70
11    miles per hour to the point where the
12    vehicle comes to rest, approximately 275
13    feet assuming that the braking system is in
14    good condition. That's from the point that
15    the wheels lock up.
16 Q. Okay.
17 A. There's also approximately a four-tenths of
18    a second brake lag in an air brake system.
19    So during that time -- during the brake
20    lag, the time from when the driver
21    activates the pedal till the brakes
22    actually engage, the vehicle would have
23    traveled an additional 41 feet. So from

Page 107

1     the point where the driver touched the
2     brake pedal to where the vehicle would come
3     to a stop, approximately 305, 310 feet
4     assuming a properly functioning braking
5     system on that type of roadway.
6  Q. Okay.
7  A. That does not take into account any
8     distance covered during the time that it
9     takes the driver to perceive or react to
10    the event. That's just merely from the
11    point where he initiated a physical
12    reaction, got his foot on the brake pedal.
13 Q. Let's just deal with -- from the point that
14    the brakes lock. When the brakes lock at
15    70 miles per hour, would that leave skid
16    marks?
17 A. Sometimes.
18 Q. Was there anything about this situation
19    that would cause it not to leave skid
20    marks?
21 A. It -- It could happen. I don't know what
22    the braking configuration of this truck
23    was. I assume it was not an antilocking

Page 108

1     braking truck, but it could have been.
2     It's possible that if it was an antilocking
3     braking truck that there would be no marks
4     until impact. And at that point, an air
5     line might fail at impact which would cause
6     the brakes to lock on the truck. And then
7     even if it were an antilocking brake truck,
8     it would begin leaving skid marks at that
9     point. Without further information about
10    the truck, I can't answer that question.
11 Q. You have no information that it was an
12    antilock brake truck, right?
13 A. Nor any other information that it was not.
14 Q. Do have you have anything that would show
15    you that those skid marks started 275 feet
16    prior to this point of impact?
17 A. I don't know whether they did or did not.
18 Q. You don't have anything that would show you
19    that, do you?
20 A. I don't have anything in these photographs,
21    and I don't have any independent
22    recollection. However, I find it very
23    unlikely that they did, because at the

Page 109

1  point that the driver would have had to
2  perceive some reason to lock up 275 feet
3  back, he wouldn't have known there was a
4  hazard.
5  Q. Do you know whether or not his lights would
6     show 275 feet into the distance?
7  A. You know, lights -- what lights would show
8     is a very difficult question to answer. If
9     I'm looking at a dirty, dark underside of a
10    truck, that might -- it might blend into
11    the background. However, if I'm looking at
12    a highly reflectorized surface, I might see
13    it half a mile away. It all depends on
14    what you're looking at, what the lights
15    will reflect.
16 Q. So you don't know enough about the lights
17    of this particular Peterbilt to say how far
18    that Thompson could see ahead of him, do
19    you?
20 A. Again, that's a poorly phrased question. I
21    can't answer that. It depends on what he's
22    trying to see.
23 Q. Okay. Well, I mean, but you don't know

Page 110

1     anything about the lights, whether they
2     were on low beam, high beam, how far he
3     could see with those kind of lights? You
4     don't know anything about that, do you?
5  A. That question cannot be answered. When you
6     say how far can you see, well, I can -- The
7     old joke is I can see the moon, how far is
8     that. It depends on what he's looking at.
9  Q. Okay. But for sure Mr. Thompson couldn't
10    see the moon this night, could he?
11 A. No, not this night.
12 Q. Okay. But you don't -- you didn't study
13    the headlights or how far headlights --
14    these headlights would beam out into the
15    distance on a Peterbilt -- 1995 Peterbilt?
16    You don't know anything --
17 A. Mr. Penick, you've asked this question four
18    times now. It depends on what he's looking
19    at. The light -- Light goes on forever.
20    It's a wave form energy. It goes on
21    forever until it's reflected, reflected or
22    observed.
23 Q. I hear what you're saying.

Page 111

1  A. So they go forever until something stops
2     them. But what I see is what bounces
3     back. And it depends on what it's bouncing
4     off. Four times you've asked the
5     question. I can't answer it.
6  Q. I hear what you're saying, but the only
7     thing I asked you is did you have any
8     knowledge about Peterbilt headlights.
9     That's what I'm asking.
10 A. My knowledge --
11 Q. I think that's a yes or a no.
12 A. My knowledge is that they are just like
13    every other headlight. They beam light
14    energy ahead and it goes on forever unless
15    reflected back to the human eye, which is
16    its purpose. The distance that it will
17    shine and reflect something back is totally
18    dependent on the reflectivity of the object
19    that it is bouncing off. That's as clear
20    as I can be.
21 Q. Now, I think that you said -- in your early
22    testimony it was very dark; right?
23 A. Very dark.

Page 112

1  Q. Okay. You said there was no moon; right?
2  A. The moon was not visible.
3  Q. Okay.
4        MR. BROUGHTON: There's also a
5     moon, Henry.
6  Q. It was not -- It was not raining or
7     anything; right?
8  A. No.
9  Q. The road was not wet?
10 A. No.
11 Q. The road was dry?
12 A. Hence not wet.
13 Q. Yes or no?
14 A. Yes.
15 Q. The road was ...
16 A. I'm sorry. I thought I had answered it.
17 Q. Okay. When you're talking about perceiving
18    something, wouldn't that also be related to
19    how much light is being thrown out ahead of
20    you to see the object? You said something
21    about it had something to do with how it's
22    being reflected back.
23 A. Yes.

Page 113

1  Q. But wouldn't it also depend upon how much
2     light you're throwing out there on the
3     object?
4  A. Absolutely. It would depend on the candle
5     power of the light source.
6  Q. On a --
7  A. Headlights are all much the same.
8  Q. On a very dark night like this, do you
9     think that they should -- a person should
10    have had on his high beams or low beams?
11 A. Depending on whether he's meeting any
12    traffic or not or following any traffic.
13    He would need to be in compliance with
14    Alabama law regarding headlight use. And
15    it's an interstate highway.
16 Q. Also on the police report down near the
17    Peterbilt -- this is your Exhibit 1 --
18    where it says other contributing
19    circumstances it says 97. What is that?
20 A. 97 means none, that there was no
21    contributing circumstance on the part of
22    the Peterbilt.
23 Q. Okay.

Page 114

1  A. In other words, he did nothing wrong.
2  Q. In your opinion?
3  A. That would be in the opinion of Trooper
4     Huntley who made that report. However, I
5     concur.
6  Q. When you gave your opinion about how this
7     accident occurred, in addition to the
8     lighting you said the alignment of the
9     vehicles prior to impact.
10 A. Yes.
11 Q. Do you have any knowledge about the
12    alignment of the vehicles prior to impact?
13 A. I have -- Their final rest positions and
14    the marks on the roadway indicate to me
15    that the Morris vehicle was lying on its
16    left side with the rear of the trailer
17    toward the median, the tractor out in both
18    lanes.
19 Q. But I believe you said that the -- in your
20    earlier testimony that the tractor was
21    partially blocking the right lane. Is that
22    what you said?
23 A. Mostly blocking the right lane.

Page 115

1  Q. All right. Now, on this particular
2     straightaway, did this road have an
3     emergency lane off to the right?
4  A. Yes, sir it did.
5  Q. And I think you used the term fog line. Is
6     that that solid white line that's on the
7     far right of the roadway?
8  A. Yes, sir.
9  Q. And then beyond that white line is the
10    emergency lane; right?
11 A. Yes, sir.
12 Q. Do you know how wide that emergency lane
13    is?
14 A. I didn't measure this one. Typically ten
15    feet.
16 Q. Do you know how wide a tractor-trailer is?
17 A. Typically eight to eight and a half feet.
18 Q. So a tractor-trailer could really go down
19    that emergency lane; right?
20 A. It's physically -- Its dimensions allow it
21    to do so. Whether it could swerve into it
22    and maintain alignment in a 10-foot lane
23    without a trailer swing or going off the

Page 116

1     roadway to the right depends on how much
2     time there is to react. But it's
3     physically -- Its physical dimensions would
4     allow it to drive down an emergency lane.
5  Q. And I think you mentioned the side of the
6     roadway. Do you know whether or not the
7     side of the roadway was essentially level
8     at this location?
9  A. My best recollection of this is that it's
10    not. It slopes off to the right toward a
11    wooded area, a wet wooded area.
12 Q. Well, it always slopes off to the right on
13    the right-hand side. But does it slope
14    greatly or slightly?
15 A. Enough to -- A significant grade.
16 Q. Do you think there's a significant grade
17    there?
18 A. Yes, sir. My best recollection. You
19    know --
20 Q. But you don't have any pictures of that
21    right now to refresh your recollection, do
22    you?
23 A. No.

Page 117

1  Q. So your knowledge about the alignment of
2     the vehicles prior to the impact, is your
3     formulation of that based on where the
4     vehicles stopped?
5  A. Combined with the marks on the roadway. I
6     know that in this crash in the alignment of
7     these vehicles at impact there's no force
8     to the right to push the Peterbilt tractor
9     over to the right. It's following Newton's
10    laws of motion. The object in motion goes
11    straight ahead unless acting on outside
12    force. So that trailer is trying to go
13    straight ahead. The truck tractor of the
14    Peterbilt was engaged with the truck
15    tractor of the Kenworth and that's what
16    caused it to get into that jackknife
17    position pulling the nose of the Peterbilt
18    to the left and pushing the tractor of the
19    Kenworth out of the way and to the left
20    back toward the median.
21 Q. Okay. My only question, though, is that
22    you really didn't see the alignment of the
23    vehicles prior to the impact, did you?

Page 118

1  A. No, sir. I didn't see the alignment of the
2     vehicles prior to the impact.
3  Q. And so you are conjecturing the alignment
4     of the vehicles based on the position of
5     the vehicles after the impact and the marks
6     you saw on the --
7        MR. BROUGHTON: My objection to
8        the form of that, Henry, is
9        that this is not conjecture.
10       This is a trained, skilled
11       accident reconstructionist and
12       he's giving you his opinion
13       based on his investigation.
14       MR. PENICK: That's a big help.
15 Q. Is that your answer?
16 A. There are marks on the roadway that lead to
17    the final rest positions of the vehicles.
18    Those marks had to come from these
19    vehicles. Therefore, their positions at
20    impact are not -- they're relatively
21    certain. The marks begin in the right-hand
22    lane. That had to be where they were at
23    impact.

Page 119

1  Q. And you do that based upon looking at where
2     they were when you got there after the
3     accident?
4  A. I do that based on the marks on the roadway
5     principally, also the final rest positions
6     of the vehicles, the alignment of the
7     vehicles in their -- Since these are
8     articulated vehicles, their alignment gives
9     me evidence to help me determine their path
10    of travel. All those things work together
11    to prove the impact positions of the
12    vehicles.
13 Q. All right. Now, I don't think we need to
14    beat this horse, but you take issue with
15    Huntley's opinion that the point of impact
16    occurred in the left lane; is that correct?
17 A. Absolutely. Mr. -- Trooper Huntley made a
18    mistake. He's not a crash
19    reconstructionist. He made --
20 Q. I mean, but -- Does it take a crash
21    reconstructionist to look on the ground
22    and --
23 A. Not in my opinion.

Page 120

1  Q. -- see where the main impact occurred?
2  A. I think the fireman could have walked up
3     here saw that point of impact was in the
4     right lane without any accident
5     investigation training. Trooper Huntley
6     made a serious mistake.
7  Q. And you think that he could have seen where
8     that -- Trooper Huntley could have seen
9     where the point of impact occurred too,
10    couldn't he?
11 A. Absolutely.
12 Q. Now, you notice that the -- after the point
13    of impact that it knocked the cab off of
14    the tractor of the Kenworth.
15       MR. BROUGHTON: Object to the
16       form. I think that assumes
17       facts not in evidence.
18 Q. Well, did you see that the cab was
19    separated from the tractor of the Kenworth?
20 A. I did.
21 Q. The cab that Morris was in was separated
22    from the cab of the Kenworth?
23 A. I did.

Page 121

1  Q. Have you ever seen a cab to be totally
2     separated from a tractor in any other
3     accident?
4  A. Quite a few times.
5  Q. Can you recall any one right here?
6  A. I recall one. I can't remember the -- I
7     know the decedent's name was Tindall. It
8     happened on U.S. 231 just south of
9     Montgomery. That's one that I can recall.
10    However, there have been many. These cabs
11    are typically air mounted. They're mounted
12    on airbags that allow a more comfortable
13    ride for these stiffly suspended trucks.
14    They're not substantially bolted down to
15    the cab. In a crash where forces are
16    exerted on them, they can -- They come off
17    quite often, that's what I'm trying to say.
18 Q. And when you mention Tindall, how long was
19    that that that accident occurred?
20 A. Maybe year and a half, two years. But
21    there have been many more than that.
22 Q. 2004?
23 A. Something like that.

Page 122

1  Q. All right. Now, you also said that your
2     opinion was based on your knowledge of
3     visibility?
4  A. Based on my training and experience in the
5     field of conspicuity.
6  Q. And how many courses have you had in that?
7  A. Almost every crash investigation course
8     that I have taken deals in some form with
9     driver perception and conspicuity factors.
10    Because our vision is the most important
11    sense that we have when it comes to
12    operating safely a motor vehicle.
13    Therefore, any crash investigation course
14    must deal with conspicuity issues.
15    However, the one that focused almost
16    exclusively on conspicuity issues was the
17    human factors course which was 40 hours of
18    training with in the field of nighttime
19    visibility and conspicuity testing of
20    various vehicles, pedestrians and types of
21    headlights. But every crash investigation
22    course deals with conspicuity.
23 Q. Let me give you a hypothetical about

Page 123

1     conspicuity. What if Thompson had seen
2     Morris' vehicle in time to apply his
3     brakes, slow the vehicle and take it off to
4     the right into the emergency lane, could
5     the accident have been avoided?
6           MR. BROUGHTON: Object to the
7        form. Assumes facts not in
8        evidence.
9  A. Had he -- Had it been possible for him to
10    see that vehicle in his path in time to do
11    so, then he could have either brought the
12    vehicle to a stop or did, as you said,
13    slowed it and driven around it in the
14    emergency lane. That would have required
15    him to be able to see the vehicle at some
16    500 feet away.
17 Q. To stop it?
18 A. No. He must first see it, identify it as a
19    hazard, formulate a plan as to what he
20    needs to do, and then initiate a physical
21    reaction and then carry out that physical
22    reaction. All that takes time. In other
23    words, reaction time.

Page 124

1  Q. Okay.
2  A. There's something -- You're driving down a
3     roadway at night. You see something in
4     your path. First, you have to say what is
5     that and then decide that it -- whether it
6     is or is not a hazard to you and then you
7     have to decide what to do about it. All
8     that takes time. If he's going 70 miles
9     per hour, then he's traveling at, what, 105
10    feet per second approximately and every
11    second that goes by he's covering up 105
12    feet of this space that he has available to
13    initiate his plan to get around this
14    hazard.
15 Q. I think you told us earlier that it takes
16    four-tenths of a second reaction time --
17 A. No, sir, that's not what I said. I said
18    there's a brake lag in a commercial vehicle
19    typically of four-tenths of a second.
20    Four-tenths of a second reaction time is
21    absolutely ridiculous. That's not what I
22    said.
23 Q. All right. But assuming he has perception

Page 125

1      and after getting that perception from the
2      time he acts, hit his brake to the time
3      that the vehicle stops I think you said
4      would have been 310 feet?
5  A.  That's from the time his foot hits the
6      brake pedal until the vehicle comes to a
7      stop he's covering 310 feet. That does not
8      include any of the distance he covered from
9      perception until reaction. The
10     perception-reaction time is not included in
11     that. And I would expect that to be in the
12     area of an additional 150 to 200 feet. So
13     he's well more than 500 -- If he sees it at
14     500 feet away, he might be able to stop if
15     his braking system is in perfect
16     condition.
17  Q.  But as for that second option of slowing
18     the vehicle enough to go around it --
19  A.  He's got to be pretty slow to do that.
20     When you swerve and articulate a vehicle at
21     any significant speed, you engage in the
22     risk of overturning and you also engage in
23     the risk of a trailer swing which would

Page 126

1      cause your trailer to go out and collide
2      with the object that you intended to avoid
3      anyway.
4  Q.  Well, you know, you hear about these
5      accident avoidance maneuvers that truckers
6      do. Wouldn't this be one that he could do,
7      just kind of slow it -- maintain control,
8      go around it to the emergency lane?
9  A.  If this had happened in the daylight, I
10     feel certain that he would have be able to
11     do that. This -- He was way too close to
12     this hazard before he had time -- He didn't
13     have time left to do -- time or distance
14     left to do something like that by the time
15     he could see this hazard.
16  Q.  Do you think it would have been -- his
17     stopping time would have been benefited if
18     he had been driving a little less than 70?
19  A.  Yes, sir. It would have -- His stopping
20     distance would have been shorter the slower
21     he went. And I don't know that he was
22     going 70. He may have been going
23     considerably less.

Page 127

1  Q.  On the skid marks that you saw in
2      Plaintiff's Exhibit 3 -- well, 2 and 3, do
3      you know what part of Morris' vehicle made
4      the set of scrapings that you identified as
5      the A portion in Plaintiff's 3?
6  A.  It appears to have been made by the upper
7      leftmost portion of the trailer. However,
8      I don't know that for sure. Front left of
9      the side of the trailer. I don't know that
10     for sure. I can't really tell for sure.
11  Q.  And then would you say the same for the B
12     skid marks in Plaintiff's Exhibit 3?
13  A.  Some portion of the vehicle close to that.
14     Whether it's exact same metal on the
15     ground, I don't know.
16  Q.  You mean the trailer?
17  A.  I believe it is likely the trailer. I'd
18     really need to look at the truck after --
19     to be able the determine that. I didn't do
20     that.
21  Q.  Could it have been tires?
22  A.  No. I don't think so.
23  Q.  You know, the rims of the tires?

Page 128

1  A.  It's possible but not likely.
2  Q.  And could it have been the rims of the
3      tires on the tractor portion?
4  A.  Well, those would be the only tires up
5      toward that portion of the truck, so that's
6      what I thought you meant. There are no
7      trailer tires at the front.
8  Q.  Do you know whether or not Morris' lights
9      were on before the collision?
10  A.  After he had the first wreck where he
11     overturned and then while he was stationary
12     there post-crash on that one?
13  Q.  Yeah.
14  A.  No, I don't. However, I do not know that
15     in his position had they been, they weren't
16     directed toward the direction that
17     Mr. Thompson's vehicle was coming from.
18     It's unlikely, but it is possible that some
19     lights remained on. But even so, they
20     wouldn't have been facing in a direction
21     that was visible to Mr. Thompson.
22  Q.  One of my last questions, I guess, is
23     this. Just so that your testimony is

Page 129

1    clear, you have nothing here today to tell
2    you how much skid marks Thompson's
3    tractor-trailer made until impact?
4  A. No. I did not measure those marks myself.
5    And if they were measured, I've not been
6    made aware of the measurements.
7  Q. All right.
8         MR. PENICK: That's all.
9         MR. BROUGHTON: Just one follow
10        up.
11        EXAMINATION
12  BY MR. BROUGHTON:
13  Q. Everything you saw, the tracks of the
14    Morris vehicle down in the median, all that
15    evidence is consistent with a driver simply
16    falling asleep?
17        MR. PENICK: Objection to --
18        Objection to the question.
19        Assumes facts in evidence and
20        is conjecture and
21        hypothetically, speculative
22        and everything else.
23  Q. You can answer.

Page 130

1  A. Yes.
2         MR. BROUGHTON: That's all I
3         have.
4         MR. PENICK: Let me follow up with
5         that question.
6         EXAMINATION
7  BY MR. PENICK:
8  Q. Do you have any evidence whatsoever to tell
9    you that Morris fell asleep when he went
10   into the median?
11 A. I don't have any evidence directly from
12   Mr. Morris who was deceased, therefore, I
13   could not ask him any questions. What I
14   can say based on my training and experience
15   in traffic crash investigation, the
16   movements of his vehicle are completely
17   consistent with many other crashes that
18   were the result of an asleep driver. That
19   combined with the time of the morning,
20   3:25 a.m. -- I did not inspect his
21   logbook. I don't know what his working
22   hours had been. But a 3:25 a.m. crash, a
23   driver going off into the median, that

Page 131

1    causes me to form an opinion that
2    drowsiness or being asleep is the most
3    likely cause of this.
4  Q. Okay.
5  A. However, I cannot substantiate that with
6    any physical or forensic evidence.
7  Q. And not to any degree of certainty?
8  A. No.
9  Q. For example, as you just said, you don't
10   know how long he had been driving before he
11   went off; right?
12 A. No, I don't.
13 Q. You don't know whether or not he had just
14   started driving, do you?
15 A. Don't know.
16 Q. And you don't know whether or not another
17   vehicle could have forced him off the road
18   either, do you?
19 A. I am more convinced that that did not occur
20   because of the angle that he went off the
21   roadway at was not abrupt.
22 Q. Typically if somebody merged over onto
23   him -- if somebody merged over into his

Page 132

1    lane, wouldn't he go off -- go off into the
2    median?
3  A. He might. I wouldn't.
4  Q. Okay.
5  A. If a car was coming over on me, I'd stay
6    there.
7  Q. You don't have any evidence that a car --
8    Well, let me rephrase that.
9  A. You're correct.
10 Q. Well, you don't have any evidence whether
11   or not someone had forced him off the road.
12 A. There's no evidence to indicate that
13   someone had forced him off the road.
14 Q. And you don't know whether or not that
15   occurred, do you?
16 A. Well, what we'd have to assume is that if
17   it's a car that it's in his blind spot. To
18   be in a position to force him off the road,
19   it has to be in his blind spot. How can
20   something you can't see force you off the
21   road?
22 Q. Somebody was driving along in the outside
23   lane and started moving over into the

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**FATALITY / INCOMPLETE**

RST-2F REV. 1/91

Shaded Areas To Be Used By Data Processing Only

Sheet 1 of 1 Sheet(s)   Microfilm No _____   Local Case No: _____

Accident No: _____

## LOCATION AND TIME

| Date | Time | Day of Week | County | City |
|------|------|-------------|--------|------|
| 09/02/2004 | 3:25 PM | M T W (TH) F S S | 46 | Rural X |

Highway Classification: M-municipal, I-Interstate, S-State, P-private Prop, F-Federal, C-County, O-Other

**On Street Road or Highway:** I-85
**At Intersection of or distance (feet):** MACON COUNTY ROAD 30
**And (Block 2):** MACON COUNTY ROAD 93

Non Collision Event: 00

| Street/Road | Road Code | Highway Code | Road Code |
|---|---|---|---|
| I085 | 7245 | | 7205 |

Intersection Related: Not Int Related
Mile Post: 24.50
Control: Main Rd
Prime Contr Citations: 27
Prime Contr Unit No: 1

First Harmful Event: 77
Event Location: 3
Distance to First Impact: 17 FT

205155 2

## UNIT NO 1 — LEFT SCENE / COMM VEH

**Driver Full Name:** VERNELL B MORRIS
**Street Address:** 16633 STEPHANIE STREET
**City and State:** BATON ROUGE LA
**Zip:** 70819
**Telephone No:** 225 275-1102

DOB: 12/03/1960   Race: B   Sex: M   DL State: LA
Driver License No: 004380900
DL Class: A   DL Status: C   CDL Status: C

**Place of Employment:** PANTHER II TRANSPORTATION INC. MEDINA OHIO
**Liability Insurance Co:** ZURICH AMERICAN INSURANCE
**Social Security No:** 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

Maneuver: 01   Travel Road Name: I-85   Road Code: I085   Travel Direction: (N) E S W
Other Contr Circumstance: 99   Prime Harm Event: 20   Event Loc: 1

Veh Year: 1998   Make: KW   Model: N/A   Body: NA
V.I.N.: 1XKADU9X2WJ784009
License Tag Number: PVA 9210   State: OH   Year: 2005

**Owner:** LAFAYETTE INVESTMENTS INC
**Street or R.F.D:** 104 WEST 40 HIGHWAY
**City:** BATES CITY   **State:** MO   **Zip:** 64011

Type: 6 - Truck Tractor
Usage: (circled)
Attachment: 3 - Semi Trailer
Contributing Defect: 1 - None

Speed Limit: 70 MPH   Est Speed: 70 MPH
Citation Offense Charged: NONE
Vehicle Towed Away: Yes
Enter Point of Initial Impact: 10

Vehicle Towed By Whom: THROWER'S WRECKER LOT
To Where: THROWER'S WRECKER LOT TUSKEGEE AL

## UNIT NO 2 — LEFT SCENE / COMM VEH

**Driver Full Name:** EDWARD NEAL THOMPSON
**Street Address:** 801 5TH AVENUE
**City and State:** GENEVA AL
**Zip:** 36340
**Telephone No:** 334 684-3945

DOB: 10/30/1962   Race: W   Sex: M   DL State: AL
Driver License No: 4657210
DL Class: AMV   DL Status: C   CDL Status: C

**Place of Employment:** FLORIDA TRANSFORMER DEFUNIAK SPRINGS FL
**Liability Insurance Co:** AIG
**Social Security No:** 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

Driver Condition: 2 - Apparently Asleep
Test Results: N/A - Refused

Maneuver: 01   Travel Road Name: I-85   Road Code: I085   Travel Direction: (N) E S W
Other Contr Circumstance: 97   Prime Harm Event: 20   Event Loc: 1

Veh Year: 1995   Make: PTRB   Model: N/A   Body: NA
V.I.N.: 1XP5DB9X0SN376286
License Tag Number: A50 67P   State: FL   Year: 2005

**Owner:** FLORIDA TRANSFORMER
**Street or R.F.D:** PO BOX 507
**City:** DEFUNIAK SPRINGS   **State:** FL   **Zip:** 32435

Type: 6 - Truck Tractor
Attachment: 3 - Semi Trailer
Contributing Defect: 1 - None

Speed Limit: 70 MPH   Est Speed: 70 MPH
Citation Offense Charged: NONE
Damage Severity: 1 - Non Visible / Disabled
Vehicle Towed Away: Yes   Occupancy: 2
Enter Point of Initial Impact: 1

Vehicle Towed By Whom: THROWER'S WRECKER SERVICE
To Where: THROWER'S WRECKER LOT TUSKEGEE AL

DEFENDANT'S EXHIBIT P-1

## SEATING

Unit 1: 1, 22, 4, 5, 6, 11, 7, 8
Unit 2: 2, 24, 24, 4, 5, 6, 11, 7, 8

Other Involved Unit codes:
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance
- Codes Not Applicable

## CODES (SAFETY EQUIPMENT)

- 01 - None Installed
- 05 - Not Applicable
- 99 - Unknown (Any Type)

**Lap Belt Only**
- 11 - Fastened
- 12 - Not Fastened

**Lap/Shoulder Harness**
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

**Motorcycle Helmet**
- 31 - Used
- 32 - Not Used

**Air Bags**
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

**Child Restraint**
- 51 - Child Restraint Used
- 52 - Other Restraint Used
- 53 - None Used

**Ped/Cycle/Pedestrian**
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | Taken By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16693 STEPHANIE ST BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL | | | | | | | | ALDFS |
| EDWARD NEAL THOMPSON | 801 5TH AVENUE GENEVA AL | 2 | 1 | C | 41 | M | N | A |
| Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | | | | | | | | CARE AMBULANCE |

### CODES

**Injury Type**
- K - Killed
- B - Bruise/Abrasion/Swelling
- A - Visible or Carried from Scene
- C - Not Visible - Has Pain/Felt

**Ejected**
- N - Not
- F - Fully
- P - Partial

**Trapped**
- T - Trapped
- U - Unknown

**First Aid By**
- A - Ambulance Attended
- D - Doctor
- M - Paramedic
- O - Other
- P - Police
- U - Unknown
- N - None

## NARRATIVE AND DIAGRAM

SEE SUPPLEMENTAL SHEET

## ROADWAY ENVIRONMENT

Unit 1, Unit 2

- **Contributing Road Defects**: None
- **Surface Construction**: Asphalt
- **Condition**: Dry
- **Accident In Or Related To Road Construction Zone?**: No
- **Material in Roadway (Contributing)**: None
- **Material Source**: Not Applicable
- **Character**: Curve—Level

**Vision Obscured By**: Not Obscured

**Traffic Control**: None; Traffic Control Functioning: N/A

**Opposing Lanes Separated By**: Unpaved Surface

**Trafficway Lanes**: Four Lanes

## INVESTIGATION

- **Light**: Darkness—Road Not Lit
- **Weather**: Cloudy
- **Locale**: Open Country
- **Non-Vehicular Property Damage**: Moderate

**Property Damage Description**: TRAFFIC CONTROL ROAD SIGN
**Owner**: EAST ALABAMA PAVING COMPANY
**Address**: OPELIKA ALABAMA

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 PM | 4:04 PM | 4:07 PM | SGT. JAMES PATTERSON |

Witness Full Name: N/A
Witness Full Name: N/A

| | Officer ID | Agency ORI |
|---|---|---|
| Name of Investigating Officer: TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 |
| Name of Other Investigating Officers at Scene: SGT. JAMES PATTERSON | 133 | ALAST0300 |

Signature of Investigating Officer: Alex F. Huntley
Date: 09-07-04

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

## SUPPLEMENTAL SHEET

AST No. 34 Rev. 4/85

SHEET 2 OF 4 SHEET(S)

LOCAL CASE NO.

### ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|------|---------|----------|----------|----------|-----------|-------------|-----|-----|----------|--------------|
| 3 | WILLIAM TIDWELL | 1204 PETTY ROAD WESTVILLE FL | TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | CARE AMBULANCE | 2 | 3 | C | 35 | M | N | A |
| 4 | N/A | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |

### ADDITIONAL NARRATIVE SPACE

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)** UNIT 1 WAS TRAVELING NORTHBOUND ON I-85. UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCKING BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TIME OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEALED THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY THE BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY THE DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WERE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILLED NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING AND STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.



# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 2 (same as on main report)  Sheet 3 of 4 Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
- Trucks with 6 or more tires or Haz/Mat placard **2**
- Buses designed to carry 16 or more (including driver) ___

**Number of Persons:**
- Sustaining fatal injuries **1**
- Transported for *immediate* medical treatment **2**

Number of vehicles towed from scene due to damage or provided assistance **2**

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
- A. Truck, tractor or bus: 17000
- B. Trailer or trailers (total): 55000
- Total GVWR for unit (A+B): 72000

Total number of axles: 5

**Hazardous Material Involvement**
- Did vehicle have a Haz/Mat placard ___ Yes **X** No
- If Yes, include following information from placard
  - A. Name or 4-digit number from diamond or box **NA**
  - B. The 1-digit number from bottom of diamond **NA**
- Was hazardous material released from THIS vehicle's cargo? ___ Yes **X** No

**Vehicle Configuration** (circle one number)
1. Bus  2. Single unit truck (2 axles/ 6 or more tires)  3. Single unit truck (3 or more axles)
4. Truck with trailer  5. Truck tractor only (bobtail)  **(6) Tractor with semi-trailer**  7. Tractor with double trailers
8. Tractor with triple trailers  9. Unknown class heavy truck  0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus  2. Van/enclosed box  3. Cargo tank  **(4) Flatbed**  5. Dump
6. Concrete mixer  7. Auto transporter  8. Garbage/refuse  9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name: **FLORIDA TRANSFORMER**
Source (circle one number)  1. Vehicle side  2. Shipping papers  **(3) Driver**  4. Other

Carrier mailing address (Street or P.O. Box): **PO BOX 507**
City, State, Zip: **DEFUNIAK SPRINGS FLORIDA 32435**

Carrier Identification Numbers  (_____ None = 0)
US DOT **160401**  ICC MC _____  STATE NO. _____  STATE _____

### Sequence of Events

Note: for THIS vehicle - list up to four  Event #1 **10**  Event #2 ___  Event #3 ___  Event #4 ___

**EVENT CODES**
- Non-Collision: 1. Ran off road  2. Jackknife  3. Overturned (rollover)  4. Downhill runaway  5. Cargo loss or shift  6. Explosion or fire  7. Separation of units  8. Other non-collision
- Collision With: 9. Pedestrian  10. Non-parked vehicle  11. Parked vehicle  12. Train  13. Pedalcycle  14. Animal  15. Fixed object  16. Other object

Signature of Reporting Officer: *Alex F. Huntley*
Officer ID: 1109
Reporting Police Agency ORI: ALAST4300
Date: 09-02-2004
Time: 3:25

## Definitions

### Truck
A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
- Have at least 6 tires on the ground, or
- Carry a Hazardous Material Placard.

### Bus
A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

### Trailer
A non-power vehicle towed by a motor vehicle.

### Reportable Accident
A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:
- One or more fatalities, or
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, or
- One or more of the vehicles being removed from the scene as a result of disabling damage, or
- One or more vehicles requiring intervening assistance before proceeding under its own power.



Typical Vehicle Silhouettes

1. Bus
2. Single unit truck – 2 axles / 6 tires
3. Single unit truck – 3 axles
4. Truck with trailer
5. Truck tractor (bobtail)
6. Tractor with semi-trailer
7. Tractor with double trailers
8. Tractor with triple trailers

Typical Hazardous Material Placards

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 1 (same as on main report)

Sheet 4 of 4 Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
- Trucks with 6 or more tires or Haz/Mat placard: 2
- Buses designed to carry 16 or more (including driver): ___

**Number of Persons:**
- Sustaining fatal injuries: 1
- Transported for *immediate* medical treatment: 2

Number of vehicles towed from scene due to damage or provided assistance: 2

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
- A. Truck, tractor or bus: 20000
- B. Trailer or trailers (total): 60000
- Total GVWR for unit (A+B): 80000

Total number of axles: 5

**Hazardous Material Involvement**
- Did vehicle have a Haz/Mat placard ___ Yes  X  No
- If Yes, include following information from placard
  - A. Name or 4-digit number from diamond or box: N/A
  - B. The 1-digit number from bottom of diamond: N/A
- Was hazardous material released from THIS vehicle's cargo? ___ Yes  X  No

**Vehicle Configuration** (circle one number)
1. Bus   2. Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
4. Truck with trailer   5. Truck tractor only (bobtail)   **(6.)** Tractor with semi-trailer   7. Tractor with double trailers
8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus   **(2.)** Van/enclosed box   3. Cargo tank   4. Flatbed   5. Dump
6. Concrete mixer   7. Auto transporter   8. Garbage/refuse   9. Other ___

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for none under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name: PANTHER II TRANSPORTATION INC.
Source (circle one number)   1. Vehicle side   **(2.)** Shipping papers   3. Driver   4. Other
Carrier mailing address (Street or P.O. Box): 4015 MEDINA ROAD SUITE 200
City, State, Zip: MEDINA OHIO 44256

Carrier Identification Numbers ( ___ None = 0)
US DOT: 500737   ICC MC: ___   STATE NO.: ___   STATE: ___

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1: 1   Event #2: 5   Event #3: 3   Event #4: 10

**EVENT CODES**

Non-Collision: 1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Other non-collision

Collision With: 9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train
13. Pedalcycle   14. Animal   15. Fixed object   16. Other object

Signature of Reporting Officer: [signature]
Officer ID: 1109
Reporting Police Agency ORI: ALAST4300
Date: 09-02-2004
Time: 3:25 PM

## Definitions

### Truck
A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
- Have at least 6 tires on the ground, or
- Carry a Hazardous Material Placard.

### Bus
A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

### Trailer
A non-power vehicle towed by a motor vehicle.

### Reportable Accident
A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:
- One or more fatalities, or
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, or
- One or more of the vehicles being removed from the scene as a result of disabling damage, or
- One or more vehicles requiring intervening assistance before proceeding under its own power.

### Typical Vehicle Silhouettes



1. Bus
2. Single unit truck - 2 axles / 6 tires
3. Single unit truck - 3 axles
4. Truck with trailer
5. Truck tractor (bobtail)
6. Tractor with semi-trailer
7. Tractor with double trailers
8. Tractor with triple trailers

### Typical Hazardous Material Placards



Resume of:
# James D. Patterson

P.O. Box 1511  
Montgomery, Alabama   36801

Telephone (334) 242-2002  
Pager (334) 570-4127

## EDUCATION

| | |
|---|---|
| Southern Union Community College<br>Opelika, Al.   (334)745-6437 | 1997 |
| Wallace State Community College<br>Hanceville, AL.  (205)352-6403 | 1987 - 1988, 1993 |
| Snead State Junior College<br>Boaz, Al.        (205)593-5120 | 1987 |
| Samford University<br>Homewood, Al. (205)870-2011 | 1980 - 1981 |
| J.B. Pennington High School<br>Blountsville, Al. (205)429-2458 | 1974 - 1980 |

## RECOGNITION AND AWARDS

1994 - Academic Achievement Award -Trooper Trainee Class 1993-A  
1994 - Officer of the Year, Opelika Exchange Club  
1994 - Opelika Trooper Post D.U.I. Enforcement Award, First Place  
1995 - Opelika Trooper Post - Trooper of the Year  
1995 - Community Service Award, Opelika Exchange Club  
1995 - Opelika Trooper Post D.U.I. Enforcement Award, First Place  
1996 - Opelika Trooper Post - Trooper of the Year  
1996 - Opelika Trooper Post D.U.I. Enforcement Award, First Place  
1997 - Opelika Trooper Post D.U.I. Enforcement Award, Second Place  
1998 - Opelika Trooper Post D.U.I. Enforcement Award, First Place  
1998-1999 State Board Member - Alabama State Trooper Association

## WORK EXPERIENCE

**Alabama Department of Public Safety**  
P.O. Box 1511, Montgomery, Al. 36102-1511  
Rank:          Sergeant  
Assignment:    Highway Patrol Division, Traffic Homicide Unit Coordinator, Major Accident Investigation Team, Adjunct Instructor, Alabama Criminal Justice Training Center

1999 to 2003:   **Alabama Department of Public Safety**  
P.O. Box 1511, Montgomery, Al. 36102-1511  
Rank:          Corporal  
Assignment:    Highway Patrol Division, Administrative Assistant to the Traffic Homicide Coordinator, Major Accident Investigation Team, Adjunct Instructor, Alabama Criminal Justice Training Center

(1)



PLAINTIFF'S EXHIBIT

| | |
|---|---|
| 1993 - 1999 | **Alabama Department of Public Safety** |
| | P.O. Box 1511, Montgomery, Al. 36102-1511 |
| | Rank:     State Trooper |
| | Assignment: Highway Patrol Division, Troop C |
| | Lee County, Alabama |
| | Traffic Homicide Unit, Accident Reconstructionist; |
| | Adjunct Traffic Homicide Instructor, Alabama |
| | Criminal Justice Training Center; Member, Department |
| | of Public Safety Accident Review Board, Major |
| | Accident Investigation Team, and Special |
| | Operations Third Platoon. |
| 1988 - 1993 | **Guntersville, Alabama Police Department** |
| | 341 Gunter Avenue, Guntersville, Al. 35976 |
| 1991 – 1993 | Rank:     Lieutenant |
| | Assignment: Investigation Division Commander |
| 1990 – 1991 | Rank:     Sergeant |
| | Assignment: Shift Supervisor/Traffic Accident |
| | Investigator/Crime Scene Technician |
| 1988 – 1990 | Rank:     Patrolman |
| | Assignment: Uniform Patrol Division |

**CRIMINAL JUSTICE TRAINING**

1989  **Alabama Peace Officers Standards and Training Commission**
Jacksonville State University          Diploma # 13473
Academic Average: 96%        Class Standing: 5th of 35

1989  **Intoxilyzer 5000 Operation**         Permit #4739
Alabama Criminal Justice Training Center, Selma, Alabama

1990  **N.C.I.C. Computer Terminal Operation**
Alabama Criminal Justice Information Center

1990  **Advanced Traffic Accident Investigation**
Northeast Alabama Police Academy

1990  **Developing Effective Supervisory Skills**
Northeast Alabama Police Academy

1991  **Homicide Investigation**
National Law Enforcement Institute

1992  **Hazardous Materials Incident Response Training**
National Fire College

1992  **Kinesic Interviewing and Interrogation**
Basic, Intermediate and Advanced Levels
Glenn Foster and Associates

1992  **Drug Abuse Resistance Education Instructor Training**
Alabama D.A.R.E. Training Center

1993  **State Trooper Basic Training** (760 Hours)
Alabama Criminal Justice Training Center
Academic Average:    96.52% Class standing 1st of 54

1994  **D.U.I. Enforcement and Field Sobriety Testing**
Safety Institute, U.S. Department of Transportation

(2)

| Year | Course |
|---|---|
| 1994 | **Traffic Homicide Investigation**<br>Institute of Police Technology and Management<br>Academic Average: 97.6%    Class standing: 1st OF 24 |
| 1995 | **Commercial Vehicle Safety Inspector Training**<br>Safety Institute, U.S. Department of Transportation |
| 1996 | **Narcotics Interdiction Training**<br>Regional Counterdrug Training Academy, Meridian Naval Air Station |
| 1996 | **Advanced Traffic Homicide Investigation**<br>Florida Highway Patrol Training Center, Tallahassee, Florida<br>Class Standing: 1st OF 21 |
| 1997 | **Survival Spanish for Uniformed Officers**<br>Regional Counterdrug Training Academy, Meridian Naval Air Station |
| 1997 | **Advanced Accident Investigation**<br>Institute of Police Technology and Management<br>Academic Average: 94.32% |
| 1997 | **Michelin America, Tire and Vehicle Dynamics Course**<br>Nevada Automotive Test Center, Silver Springs, Nevada |
| 1997 | **Traffic Accident Reconstruction**<br>Institute of Police Technology and Management<br>Academic Average: 98.58% |
| 1998 | **Special Problems in Accident Reconstruction**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 1998 | **Advanced Traffic Accident Reconstruction with the use of Microcomputers**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 1999 | **Acceleration and VC-2000 Performance Computer Familiarization**<br>Vericom Computers, Inc., Selma, Alabama |
| 1999 | **Drager Alcotest 7110 MK III Breath Testing Qualification**<br>Alabama Department of Forensic Sciences<br>Permit: D00337    Auburn, Alabama |
| 1999 | **Special Problems in Accident Reconstruction**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 1999 | **Forensic Laser Mapping** - Laser Technology, Inc.<br>Selma, Alabama |
| 1999 | **Interviewing Techniques for the Traffic Crash Investigator.**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 1999 | **Commercial Vehicle Accident Investigation**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **WinCrash Refresher**<br>Trantech, Incorporated, Seattle Washington |
| 2000 | **Linear Momentum and Vector Diagramming**<br>Trantech, Incorporated, Seattle Washington |
| 2000 | **Computerized Collision Diagramming**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **Pedestrian Accident Investigation**<br>Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **Forensic Mapping with the Total Station**<br>Kara, Incorporated, Kalamazoo, Michigan |
| 2000 | **Motorcycle Accident Investigation**<br>Institute of Police Technology and Management, Jacksonville, Florida |

| | |
|---|---|
| 2000 | **Kinesic Interviewing** |
| | Pat Wallace and Associates, Birmingham, Alabama |
| 2000 | **Applied Physics for Accident Reconstruction** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **Special Problems in Accident Reconstruction** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **Photography for the Traffic Crash Investigator** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2000 | **Managing Verbal Confrontations** |
| | Professional Training Institute, Birmingham, Alabama |
| 2001 | **Southern Collision Reconstruction Conference** |
| | South Carolina Accident Reconstruction Society, Myrtle Beach, S.C. |
| 2001 | **Special Problems in Accident Reconstruction** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2001 | **Forensic Mapping Instructor Certification** |
| | Georgia State Criminal Justice Training Academy/Leica Inc. |
| 2002 | **Advanced Crash Investigation** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2002 | **Human Factors in Motor Vehicle Crash Investigation** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2002 | **Special Problems in Traffic Crash Reconstruction** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2002 | **Southern Collision Reconstruction Conference** |
| | South Carolina Accident Reconstruction Society, Myrtle Beach, S.C. |
| 2002 | **Tire Failure Analysis** |
| | Michelin, North America, Dothan, Alabama |
| 2003 | **Traffic Crash Reconstruction** |
| | Institute of Police Technology and Management, Jacksonville, Florida |
| 2003 | **Vetronix Crash Data Retrieval Systems** |
| | Alabama Criminal Justice Training Center |

Diplomas, certificates, transcripts and personal references are available upon request.

## PROFESSIONAL AFFILIATIONS

The Alabama State Trooper Association - member
The National Association of Professional Accident Reconstruction Specialists – member
The South Carolina Accident Reconstruction Society - member

(4)