

PENGAD 800-631-6989
DEFENDANT'S EXHIBIT
P-2