IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS,           )<br>                           )<br>    Plaintiff,             )<br>                           )<br>    v.                     )<br>                           )<br>FLORIDA TRANSFORMER and    )<br>EDWARD NEAL THOMPSON,      )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>3:05cv962-MHT |

### ORDER

It is ORDERED that defendants Edward Neal Thompson and Florida Transformer, Inc.'s motion for leave to file an amended motion for summary judgment and reply to the plaintiff's response (Doc. No. 48) is set for on-the-record oral argument on August 18, 2006, at 8:30 a.m.  Counsel for defendants are to arrange for the argument to be conducted by telephone.

It is further ORDERED that the plaintiff is to file a response by noon on August 17, 2006.

DONE, this the 16th day of August, 2006.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE