IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LORI ANN MORRIS,             )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )      3:05cv962-MHT
                             )
FLORIDA TRANSFORMER and      )
EDWARD NEAL THOMPSON,        )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the motion to strike (doc. no. 49) is set for submission, without oral argument, on August 25, 2006, with all briefs due by said date.

DONE, this the 16th day of August, 2006.

                                   /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE