# EXHIBIT 2

# H. L. Penick & Associates, P. C.

Henry L. Penick
Anita Terry Tye

Attorneys at Law
Penick Building
319 - 17th Street, North - Suite 200
P. O. Box 967
Birmingham, Alabama 35201
Website: www.penickandassoc.com

Phone (205) 252-2538
Fax (205) 251-0231

March 15, 2006

W. Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204
P.O. Box 2148
Montgomery, AL 36102-2148

RE: <u>Lori Ann Morris v. Edward Neal Thompson and Florida Transformer</u>
Civil Action No.: 3:05-CV-962-T

Dear Mr. Brittain:

I am in receipt of your interrogatories and requests for production served on February 22, 2006. As I have indicated to you earlier, I served interrogatories and requests for production on the defendants prior to any requests served by defendants. For this reason, I am, once again, requesting that you provide answers to plaintiff's discovery within ten (10) days. After I receive the responses from defendants, I will provide responses to defendants' discovery requests.

If you expect this case to ever move forward, then you should respond to plaintiff's discovery. Otherwise, you are burning valuable discovery time. If you have any questions in the meantime, please call.

Very truly yours,

Henry L. Penick

HLP/pt

cc: Dr. Edward A. Robinson, III