# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   August 18, 2006          AT   8:33   A.M./P.M.

DATE COMPLETED   August 18, 2006          AT   8:42   A.M./P.M.

LORI ANN MORRIS

    plaintiff

    v.                                   Civil Action
                                         3:05-cr-962-MHT
FLORIDA TRANSFORMER, et al

    defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Edward A. Robinson, III | X | Atty Richard E. Broughton |
| Atty Henry Lee Penick | X | Atty William Evans Brittain |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Nicole Birch, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(X) OTHER PROCEEDING          ORAL ARGUMENT RE: [48] MOTION FOR LEAVE TO
                              FILE AN AMENDED MOTION FOR SUMMARY JUDGMENT
                              AND REPLY TO PLAINTIFF'S RESPONSE

8:33 a.m          Oral argument commences by telephone. Parties'
                  discussion regarding the motion for leave to
                  file an amended motion for summary judgment.
                  Court will grant motion for leave to file an
                  amended motion for summary judgment with
                  defendants' having 14 days to respond.
8:42 a.m.         Conference concluded.