IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORI ANN MORRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv962-MHT |
| | ) | |
| FLORIDA TRANSFORMER and | ) | |
| EDWARD NEAL THOMPSON, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Based upon the representations made during oral argument on August 18, 2006, and for the reasons set forth by the court at the end of said oral argument, it is ORDERED as follows:

(1) Defendants' motion for leave to file (doc. no. 48) is granted.

(2) Defendants' amended motion for summary judgment (doc. no. 50) is set for submission, without oral argument, on September 1, 2006, with

plaintiff's brief and evidentiary materials due by said date.

DONE, this the 18th day of August, 2006.


                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE