# EXHIBIT 1



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

991 WIRE ROAD  
AUBURN, ALABAMA 36830  
(334) 844-4648

P.O. BOX 3510  
AUBURN, ALABAMA 36831-3510  
FACSIMILE (334) 887-7531

January 27, 2005

DR. EDWARD A. ROBINSON, III  
600 NORTH FOSTER DRIVE  
BATON ROUGE, LOUISIANA 70806

Re:  27AA-04MM00467  
Vernell Morris

I, F. Taylor Noggle Jr., Director, hereby certify that the attached is a true and complete copy of the report(s) of our findings pertaining to the above case which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s). I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

*F. Taylor Noggle Jr.*  
F. Taylor Noggle Jr., Director  
Legal Custodian of Records

Sworn to and subscribed before me this 27th day of January 2005

*Sheila P. Anderson*  
Notary Public

MY COMMISSION EXPIRES JULY 23, 2005



**ALABAMA**
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

January 21, 2005

The Honorable E. Paul Jones
District Attorney 5th Judicial Circuit
P. O. Box 997
Alexander City, Alabama 35011

Re: Case No. 04MM00467
Vernell Morris, subject

Dear District Attorney Lisenby:

The enclosed Report of Autopsy and Toxicological Analysis Report constitute our complete findings in the above-referenced case. We trust these documents are self-explanatory.

If we may be of further assistance, please do not hesitate to contact us.

Sincerely yours,

Stephen Boudreau, M.D.
State Medical Examiner

SB:cdr

Enclosures: (2)

cc: Coroner Hal Bentley

Trooper Alex Huntley
Alabama State Troopers – Montgomery Post

CERT
SENT



**ALABAMA DEPARTMENT OF FORENSIC SCIENCES**

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093

# REPORT OF AUTOPSY

CASE NO.: 04MM00467

DATE: September 2, 2004
TIME: 0815-0925 hours

NAME: Vernell Brian Morris

DATE OF DEATH: September 2, 2004

COUNTY: Macon

TYPE OF CASE: 27AA31

DATE DICTATED: September 2, 2004

DATE TYPED: September 8, 2004

AGE: 43 years  RACE: B  SEX: M  LENGTH: 79 inches  WEIGHT: 183 pounds

## FINAL DIAGNOSES

I. Multiple Blunt Force Injuries.
    A. Thorax.
        1. Multiple rib fractures.
        2. Fracture of the right clavicle.
    B. Abdomen.
        1. Laceration of the spleen.
        2. Hemoperitoneum, 500 cc.
    C. Extremities.
        1. Multiple contusions.

**CAUSE OF DEATH:** Multiple Blunt Force Injuries.

**MANNER OF DEATH:** Accident.

Page 1 of 5

CERT SENT

Case # 04MM00467
Name   VERNELL B MORRIS

**EVIDENCE OF INJURY:** There are petechial hemorrhages over the anterior chest wall and lower abdominal wall. There is marked congestion and suffusion of the head and face.

There are fractures of the right clavicle, fractures of the 1st through 5th rib on the right, and fractures of the 1st through 7th rib on the left. There is a laceration of the spleen with an associated hemoperitoneum of approximately 500 cc.

There are contusions present over the left shoulder and left lower forearm.

There are contusions present over both legs that vary in size from 3.0 millimeters to 2.5 centimeters in diameter.

**EVIDENCE OF MEDICAL INTERVENTION:** None.

**EVIDENCE OF ORGAN AND/OR TISSUE DONATION:** None.

**EXTERNAL EXAMINATION:** The following excludes the previously described injuries.

**BODY HABITUS:** The body is that of young black male consistent with the reported age of 43 years.

**CONDITION OF BODY:** The body is slightly warm to the touch.

**IDENTIFYING MARKS:** None.

**HEAD AND FACE:** The normocephalic head is covered by black hair.

**EYES:** The irides are brown and otherwise unremarkable.

**NOSE:** The nose is unremarkable.

**ORAL CAVITY:** The mouth contains teeth in good repair.

**EARS:** The ears are unremarkable.

**NECK:** The neck is unremarkable.

**CHEST:** The chest is unremarkable.

**ABDOMEN:** The abdomen is unremarkable.

**EXTERNAL GENITALIA:** The genitalia are normal adult male genitalia.

**LOWER EXTREMITIES:** The legs, feet, and toes are unremarkable.

Case # 04MM00467
Name  VERNELL B MORRIS

**UPPER EXTREMITIES:** The arms, hand, and fingers are unremarkable.

**BACK AND ANUS:** The back and anus are unremarkable.

**INTERNAL EXAMINATION: The following excludes previously described injuries.**

**SEROSAL CAVITIES:** The pericardial and pleural cavities are unremarkable. The peritoneal cavity is unremarkable with the exception of the collection of blood noted above.

**CENTRAL NERVOUS SYSTEM:** The 1,450-gram brain is grossly unremarkable. The skull, scalp, and dura are intact. The meninges are clear. There is no evidence of fracturing or hemorrhage. The great vessels at the base of the brain are unremarkable. The cut surface of the brain is unremarkable.

**ORGANS OF THE NECK:** The hyoid bone and thyroid cartilage are intact. The strap muscles of the anterior neck are unremarkable. There is no evidence of injury.

**CARDIOVASCULAR SYSTEM:** The 340-gram heart displays a smooth epicardial surface. The right coronary artery is dominant. The great vessels arise normally. The coronary arteries display focal calcific plaques along their intima; however, they are widely patent. The cut surface of the heart demonstrates the myocardium to be of normal color and consistency. The valves are pliant. The aorta displays mild atherosclerosis. The great vessels of the head and neck, kidneys, and abdominal viscera are widely patent. The inferior vena cava is unremarkable.

**RESPIRATORY SYSTEM:** The 500-gram and 580-gram right and left lungs are markedly congested in appearance. The cut surfaces exude excessive blood. They are otherwise unremarkable. There is no evidence of thromboembolism, tumefaction, or fibrosis. The trachea is unremarkable.

**HEPATOBILIARY SYSTEM:** The 1,400-gram liver displays a smooth capsular surface. The cut surface demonstrates the parenchyma to be of normal color and consistency. The gallbladder contains approximately 10 cc of bile. The common bile duct is widely patent. The pancreas is unremarkable.

**RETICULOENDOTHELIAL SYSTEM:** The 190-gram spleen displays a purple-gray capsular surface. The pulpal architecture is unremarkable. No abnormality of regional lymph nodes is identified.

**ENDOCRINE SYSTEM:** The thyroid, pituitary, and adrenals are unremarkable.

**GASTROINTESTINAL SYSTEM:** The esophagus is unremarkable. The stomach contains approximately 10 cc of liquid. It is otherwise unremarkable. The duodenum is unremarkable. The large and small bowels are unremarkable. The appendix is present.

**URINARY SYSTEM:** The 140-gram right and left kidneys display smooth capsular surfaces. The capsules strip easily. The cortices are of normal thickness, color, and consistency. The calyces,

Case #      04MM00467
Name        VERNELL B MORRIS

pelves, ureters, and urinary bladder are unremarkable. The urinary bladder contains approximately 50 cc of clear yellow urine.

**REPRODUCTIVE SYSTEM:** The prostate gland is unremarkable.

**MUSCULOSKELETAL SYSTEM:** The musculoskeletal system is unremarkable.

**HEMATOPOIETIC SYSTEM:** The hematopoietic system is unremarkable.

**MICROSCOPIC EXAMINATION:** None.

**TOXICOLOGY:** See attached report.

**POSTMORTEM CHEMISTRIES, GENETIC STUDIES, AND CULTURES:** None.

**RADIOGRAPHIC EXAMINATION:** None.

**DIAGRAMS:** One full body diagram labeled 1 of 2 is attached as part of this report.

**LOGISTIC INFORMATION:**

**TRANSPORT:** The body is received from Coroner Hal Bentley on September 2, 2004, at 0715 hours and transported to Alabama Department of Forensic Sciences by Forensic Investigator Jim Sparrow.

**AUTHORIZATION:** At the request of, and under the authority of, Bill Lisenby, District Attorney of Macon County, as defined in Section 36-18-2, Code of Alabama, 1975, a postmortem examination is conducted on Vernell Brian Morris at the Region III State Medical Examiner Facility of the Alabama Department of Forensic Sciences in Montgomery, Alabama, on September 2, 2004, commencing at 0815 hours. Authorization was obtained on September 2, 2004.

**NOTIFICATION:** Notification is by Coroner Hal Bentley, Macon County.

**IDENTIFICATION:** The body is identified to Forensic Investigator Jim Sparrow by Hal Bentley, Coroner of Macon County.

**PERSONS PRESENT:** Assisting: Ronald Robusky, Charri Hill, and Greg Carpenter, Forensic Pathology Technicians.

**CLOTHING/PERSONAL EFFECTS:**

**CLOTHING:** The body is clothed in a shirt, pants, belt, underwear, and socks.

**PERSONAL EFFECTS:** A small amount of cash is present within the pockets, one white metal ring,

Page 4 of 5

CERT

Case #   04MM00467  
Name   VERNELL B MORRIS

one watch, and one yellow metal ring.

**EVIDENCE:** Specimens for toxicology, scalp and pubic hair samples, fingerprints, and a bloodstain card.

*[signature]* Boudreau, MD
_____
Stephen F. Boudreau, M.D.  
State Medical Examiner

January 21, 2005
_____
Date Signed

SB:stat/asw:cdr





# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
| --- | --- |
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

October 15, 2004

Coroner Hal Bentley
500 Fonville Street
Tuskegee, Alabama 36083

      Re:  Case 04MM00467
           Vernell Brian Morris, subject
           (Corrected Copy)

Dear Sir:

This department performed an examination on the body of Vernell Brian Morris. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Blunt Force Injury. The manner of death is Accident.

This preliminary report is intended to expedite death certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Macon County and the appropriate investigative agency.

Sincerely yours,

Stephen Boudreau, M.D.
State Medical Examiner

SB:nln

cc:  Honorable Bill Lisenby

     Trooper Alex Huntley
     Alabama State Troopers – Montgomery Post

CERT SENT



DEPARTMENT OF FORENSIC SCIENCES

1001 13TH STREET SOUTH  
BIRMINGHAM, AL 35205-3498  
TEL (205) 933-6621

P.O. BOX 55725  
BIRMINGHAM, AL 35255-5725  
FAX (205) 933-0820



## TOXICOLOGICAL ANALYSIS REPORT

| Subject deceased | Case No. |
|---|---|
| **MORRIS, VERNELL** | **04MM00467** |

| Report to: | Stephen F. Boudreau<br>Alabama Department of Forensic Sciences<br>P.O. Box 240591<br>8160 A.U.M. Drive<br>Montgomery, AL 361240591 | Received | 09/02/2004 |
|---|---|---|---|
| | | Reported | 01/11/2005 |
| | | Agency Case No. | |

### Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1A1 | Blood, femoral | Basic drugs | ND | GC/MS | 14 |
| 1A1 | Blood, femoral | Acidic/neutral drugs | NA | | |
| 1A2 | Blood, central | Ethanol | Negative | HS/GC | |
| 1A3 | Urine | Ethanol | Negative | HS/GC | |
| 1A3 | Urine | Drugs | ND | EIA | |

*EIA analyses included amphetamine, methamphetamine, barbiturate class, benzodiazepine class, cannabinoid class, cocaine metabolite(s), methadone and opiate class. Spot tests included ethchlorvynol and salicylates.*

| 1A4 | Bile | | NA | | |
| 1A5 | Vitreous Humor | Ethanol | Negative | HS/GC | |

### Footnotes

NA - Not analyzed/Not applicable  
ND - None Detected

14 - Frozen specimen.

Evidence was received in a sealed plastic bag.

Remaining evidence will be disposed 6 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.

*An ASCLD/LAB Accredited Laboratory since October 2003*

RECEIVED JAN 1 4 2005 By [signature]

Page 1 of 2

CERT SENT



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

1001 13TH STREET SOUTH
BIRMINGHAM, AL 35205-3498
TEL (205) 933-6621

P.O. BOX 55725
BIRMINGHAM, AL 35255-5725
FAX (205) 933-0820

## TOXICOLOGICAL ANALYSIS REPORT

| Subject deceased | Case No. |
|---|---|
| MORRIS, VERNELL | 04MM00467 |

*Michael L. Weaver*
Forensic Scientist                    01/11/2005

Page 2 of 2

CERT SENT



# ALABAMA
## DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

September 2, 2004

Coroner David R. Thrasher, M. D.
P. O. Box 230040
Montgomery, Alabama 36123

         Re: Case 04MM00467
            Vernell Brian Morris, subject

Dear Sir:

This department performed an examination on the body of Vernell Brian Morris. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Blunt Force Injury. The manner of death is Accident.

This preliminary report is intended to expedite the death certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Montgomery County and the appropriate investigative agency.

              Sincerely yours,

              Stephen Boudreau, M. D.
              State Medical Examiner

SB:nln

cc: Honorable Ellen Brooks

   Trooper Alex Huntley
   Alabama State Troopers – Montgomery Post

CERT SENT