# EXHIBIT 5

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

*SWORN AFFIDAVIT*
*OF*
*BOARD CERTIFIED ELECTRICAL ENGINEER*

Please know by these presents that on this _31_ day of _MARCH_ in the year 2005 did come and appear before the undersigned Notary Public in and for the Parish of East Baton Rouge in the State of Louisiana, Mr. Andre E. Lebleu, a duly licensed and Certified Electrical Engineer whose address is LAPTEC Engineering Services 12030 Lakeland Park, Suite 109, Baton Rouge, Louisiana 70809, who did declare depose and say the following:

1. That he is a Board Certified Electrical Engineering duly licenced by the Professional Engineering Boards in Arkansas, Florida, Louisiana and Texas.

2. That he is registered with and certified with the National Council of Examiners for Engineering and Surveying (NCEES) as an Electrical Engineer and as a fully accredited member in good standing.

3. That he is registered and certified by the Institute of Electrical Engineers (IEEE) as a fully accredited member in good standing.

4. That he has reviewed and examined all evidence gathered by the Alabama State Police (Accident investigation report and on site photographs and that gathered by Accident Reconstructionist Dr. Edward L. Robinson which consisted of photographs of the scene, photographs of both vehicles (the two tractor-trailers), photographs of the cab of the 1998 Kenworth Tractor (outside and inside), aerial photographs of the accident area from the U.S. Geological Survey, and a forensic map of the map of the accident area created by Accident Reconstructionist Dr. Edward L. Robinson as a scale diagram of the area, Kenworth manufacturing data on the electrical systems of the 1998 Kenworth Tractor and the findings and opinion of Dr. Edward L. Robinson, Board Certified Accident Reconstruction Expert.

5. That after reviewing and personally examining the above data he has arrived at opinions and conclusions that are based upon standard methodologies accepted and utilized throughout the Electrical Engineering Profession and that his conclusions arise naturally from the application of widely validated and accepted concepts and are stated within a reasonable degree of certainty as a Professional Board Certified Electrical Engineer.

6. That his detailed examination and review of the aforementioned data gathered by the Alabama State Police and that gathered by Accident Reconstructionist and Physist Dr. Edward L. Robinson, P.D., reveals that both vehicles (the 1998 Morris Kenworth tractor-trailer and the Thompson's Peterbuilt tractor trailer would have necessarily had their headlights on while traveling on the highway and it is more probable than not that after experiencing the rollover all or substantially all of the Kenworth truck lights and trailer lights would have remained on and remained visible.

SWORN AFFIDAVIT OF MR. ANDRE BLEU
March 31, 2005
Page 2 of 2

7. That manufacturers data from Kenworth Truck Company confirms that the batteries in this type (1998 Kenworth tractor) of tractor are designed and mechanically installed to be held in place so as to prevent any movement and any disconnection. For this reason and given the ultra-securing structures that were in place it is more probable than not that the batteries and wiring was maintained and was still connected to the power source after the rollover event and remained on and connected until the collision impact by the 1995 Peterbuilt tractor trailer which totally knocked the 1998 Kenworth tractor aloose from its trailer.

8. That because the manufacturer's electrical schematics show that the lighting for the tractor trailer is routed within the structure of the cab or tractor it is more probable than not that the tractor and trailer lights were on and clearly visible with the attendant tractor-trailer and remained on and visible until the collection by the 1995 Peterbuilt.

9. That my personal examination and review of the pictures of the interior of the 1998 Kenworth reveal that interior indicating lightning filaments were still intact even after the collision by the 1995 Peterbuilt tractor. This finding enables me to surmise to a reasonable degree of professional electrical engineering certainty that the exterior lights of the 1998 Kenworth Cab and trailer were more probable than not intact and operating until the impact collision with the 1995 Peterbuilt tractor-trailer which tore or disabled the 1998 Kenworth Tractor Cab from its trailer.

10. Pursuant to my review of the Accident Reconstruction Expert and Physicist's Report and my review of the installation details from Kenworth it is reasonable to state that exterior lights would be more probable than not on and operating until the collision by the 1995 Peterbuilt tractor trailer.

THUS SIGNED this 31 day of March, 2005.

_____         _____
WITNESS                                  Mr. Andre E. LeBleu
Address 1224 Woodlawn Drive              BOARD CERTIFIED ELECTRICAL ENGINEER
Baton Rouge, LA 70810
Date of Birth 09/23/1969
Telephone Number 225/751-7535

_____
WITNESS
Address 4609 Orchid St.
Baton Rouge, LA 70108
Date of Birth 06/03/78
Telephone No. (225) 921-9558

SWORN TO AND SUBSCRIBED TO BEFORE ME NOTARY PUBLIC on this 31 day of March, 2005 in the Parish of EBR in the State of Louisiana.

_____
NOTARY PUBLIC
Travis R. LeBleu, 24153

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

## VERIFICATION

BE IT KNOWN, that on this _31_ day of _MARCH_ 2005, before me, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of _EBR_ and the State of Louisiana, therein residing, and in the presence of the undersigned competent witnesses came and appeared:

Mr. Andre E. LeBleu,

a resident of _Baton Rouge_, Louisiana, and of the full age and majority; who declared and acknowledge that he made the foregoing statement in its entirety and attests to the truth of the matter.

THUS DONE, READ AND PASSED in the Parish and State aforesaid, this _31_ day of _March_, 2005, in the presence of the two undersigned competent witnesses, who have hereunto signed their names as such on the date, month and year first above written.

Witnesses:

_[signature]_
Address 1224 WOODLANDS DRIVE
BATON ROUGE, LA 70816
Date of Birth: 09/23/1969
Telephone Number: 225/751-7535

_[signature]_
Mr. Andre E. LeBleu
Board Certified Electrical Engineer

_[signature] Huley C Beauregard_
Address 04609 Orchid St.
Baton Rouge, LA 70808
Date of Birth: 05/03/78
Telephone Number: (225) 921-9558

SWORN TO AND SUBSCRIBED TO BEFORE ME NOTARY PUBLIC on this _31_ day of _March_, 2005 in the Parish of _EBR_ in the State of _Louisiana_.

_[signature]_
Notary Public
Travis R. LeBleu, 24153