# EXHIBIT 7

```
                                                                                     USER:     5
             ALABAMA DEPARTMENT OF PUBLIC SAFETY
             P.O. BOX 1471 MONTGOMERY, AL 36102-1471
             DRIVER HISTORY ABSTRACT AS OF: 11/22/2005                               PAGE      1

************* REQUESTOR ************   ************ CURRENT DRIVER DATA *************
* HENRY L PENICK, ATTY              *   * EDWARD NEAL THOMPSON     LICENSE NO: 4657210  *
* 319 17TH STREET NORTH             *   * 801 5TH AVE              BIRTHDATE: 10/30/1962 *
* STE 200, PO BOX 967               *   * GENEVA       AL  36340   RACE: W   SEX: M     *
* BIRMINGHAM AL 35201               *   *                          DL STATUS: CURRENT   *
*                                   *   * EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID *
*                                   *   * LAST ISSUE DATE: 04/02/2004  CLASS: AM        *
*                                   *   *                              RESTRICTIONS:    *
*                                   *   *                              ENDORSEMENTS:    *
*************************************   ****************************************

                                                                                              COM
CONVICTION  OFFENSE/              TIME/    REMOVAL REASON/                                    VEH
DATE        REMOVAL STAT          UNIT     OFFENSE DATE       COURT
---------------------------------------------------------------------------------------------------
05/09/2003  SPEEDING              69/45 MPH ZONE  02/21/2003  HOUSTON CO DISTRICT COURT         N
05/25/1999  SPEEDING  SPEED UNKNOWN              05/05/1999  TEXAS                              Y
07/24/1998  SPEEDING              70/45 MPH ZONE  06/10/1998  GENEVA CO DISTRICT COURT          N
09/18/1995  SPEEDING              68/55 MPH ZONE  07/03/1995  COFFEE CO DISTRICT COURT          N
04/21/1994  NO POINTS IN CMV                      03/17/1994  MORGAN CO DISTRICT COURT          N
09/18/1990  SPEEDING  SPEED UNKNOWN              09/10/1990  TEXAS                              U
08/31/1990  SPEEDING              74/55 MPH ZONE  07/06/1990  GEORGIA                           U
03/07/1988  SPEEDING              86/55 MPH ZONE  01/23/1988  RUSSELL CO DISTRICT COURT         U
05/03/1983  DUI - LIQUORS                         03/19/1983  SLOCOMB MUNC COURT                U

                                   *** ACCIDENT DATA ***

09/02/2004  ACCIDENT# = 4524732   COM VEH/Y   CNTY/MACON      CITY/RURAL
08/29/2002  ACCIDENT# = 2095274   COM VEH/N   CNTY/HOUSTON    CITY/DOTHAN
06/17/1997  ACCIDENT# = 7059834   COM VEH/Y   CNTY/ESCAMBIA   CITY/RURAL
07/01/1987  ACCIDENT# = 7069885   COM VEH/U   CNTY/DALE       CITY/OZARK

           *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
           ***    IN NO WAY IMPLIES FAULT OR LIABILITY.      ***
```

```
USER:        5
ALABAMA DEPARTMENT OF PUBLIC SAFETY
P.O. BOX 1471  MONTGOMERY, AL  36102-1471                           PAGE:  2
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

*************   REQUESTOR   *************           *********** CURRENT DRIVER DATA ***********
*  HENRY L PENICK, ATTY                 *           *                                          *
*  319 17TH STREET NORTH                *           *  EDWARD NEAL THOMPSON    LICENSE NO: 4657210
*  STE 200, PO BOX 967                  *           *  801 5TH AVE             BIRTHDATE: 10/30/1962
*  BIRMINGHAM AL 35201                  *           *  GENEVA       AL  36340  RACE: W  SEX: M
*                                       *           *                          DL STATUS: CURRENT
*                                       *           *  EXPIRATION DATE: 03/26/2008   CDL STATUS: VALID
*                                       *           *  LAST ISSUE DATE: 04/02/2004   CLASS: AM
*                                       *           *                                RESTRICTIONS:
*                                       *           *                                ENDORSEMENTS:
*****************************************           ********************************************

|CONVICTION  OFFENSE/      TIME/        |REMOVAL REASON/                             |COM|
|DATE        REMOVAL STAT  UNIT         |OFFENSE DATE         COURT                  |VEH|
```

*** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.

_____
OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES  1-28-2009