# EXHIBIT 7

```
                                                                    USER:     5

         ALABAMA DEPARTMENT OF PUBLIC SAFETY
         P.O. BOX 1471 MONTGOMERY, AL 36102-1471                    PAGE      1
         DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

****************  ***************  CURRENT DRIVER DATA  *********************
* HENRY L PENICK, ATTY          *  * EDWARD NEAL THOMPSON      LICENSE NO: 4657210
* 319 17TH STREET NORTH         *  * 801 5TH AVE               BIRTHDATE:  10/30/1962
* STE 200, PO BOX 967           *  * GENEVA        AL  36340   RACE: W  SEX: M
* BIRMINGHAM AL  35201          *  *                           DL STATUS: CURRENT
*                               *  * EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                               *  * LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                               *  *                              RESTRICTIONS:
*                               *  *                              ENDORSEMENTS:
*****************************************************************************

                                                                              COM
CONVICTION  OFFENSE/           TIME/       REMOVAL REASON/                    VEH
DATE        REMOVAL STAT       UNIT        OFFENSE DATE       COURT

05/09/2003  SPEEDING           69/45 MPH ZONE  02/21/2003  HOUSTON CO DISTRICT COURT   N
05/25/1999  SPEEDING  SPEED UNKNOWN           05/05/1999  TEXAS                         Y
07/24/1998  SPEEDING           70/45 MPH ZONE  06/10/1998  GENEVA  CO DISTRICT COURT   N
09/18/1995  SPEEDING           68/55 MPH ZONE  07/03/1995  COFFEE  CO DISTRICT COURT   N
04/21/1994  NO POINTS IN CMV                   03/17/1994  MORGAN  CO DISTRICT COURT   N
09/18/1990  SPEEDING  SPEED UNKNOWN           09/10/1990  TEXAS                         U
08/31/1990  SPEEDING           74/55 MPH ZONE  07/06/1990  GEORGIA                      U
03/07/1988  SPEEDING           86/55 MPH ZONE  01/23/1988  RUSSELL CO DISTRICT COURT   U
05/03/1983  DUI - LIQUORS                      03/19/1983  SLOCOMB MUNC COURT           U

                              *** ACCIDENT DATA ***

09/02/2004  ACCIDENT# = 4524732   COM VEH/Y   CNTY/MACON      CITY/RURAL
08/29/2002  ACCIDENT# = 2095274   COM VEH/N   CNTY/HOUSTON    CITY/DOTHAN
06/17/1997  ACCIDENT# = 7059834   COM VEH/Y   CNTY/ESCAMBIA   CITY/RURAL
07/01/1987  ACCIDENT# = 7069885   COM VEH/U   CNTY/DALE       CITY/OZARK

         *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
         ***    IN NO WAY IMPLIES FAULT OR LIABILITY.      ***
```

```
                                                                USER:   5
ALABAMA DEPARTMENT OF PUBLIC SAFETY
P.O. BOX 1471 MONTGOMERY, AL 36102-1471                         PAGE    2
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

**************       ****************  CURRENT DRIVER DATA     ****************
* HENRY L PENICK, ATTY      *  * EDWARD NEAL THOMPSON           LICENSE NO: 4657210
* 319 17TH STREET NORTH     *  * 801 5TH AVE                    BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967       *  * GENEVA      AL   36340         RACE: W   SEX: M
* BIRMINGHAM AL 35201       *  *                                DL STATUS: CURRENT
*                           *  *   EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                           *  *   LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                           *  *                                RESTRICTIONS:
*                           *  *                                ENDORSEMENTS:
*************       ****************************************************************

                                                                          COM
CONVICTION   OFFENSE/      TIME/      REMOVAL REASON/                     VEH
DATE         REMOVAL STAT  UNIT       OFFENSE DATE         COURT
--------------------------------------------------------------------------------

                        *** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS
IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.


                                                        [signature]
                                                        OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE
ALABAMA DEPARTMENT OF PUBLIC SAFETY.

                                                        [signature]
                                                        NOTARY PUBLIC

                                          MY COMMISSION EXPIRES  1-28-2009
```