## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 1, 2006

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**          **Emory Steve Brown v. Claims Management, Inc.**

**Case Number:**         **#3:05-cv-00681-WKW**

**Referenced Document:**  **Document #59**
                         **Response**

**This notice has been docketed to enter additional attachments to the referenced document into the record.  The following attachments were omitted when the referenced document was originally filed:**

>    **Exhibit 6**
>    **Exhibit 7**
>    **Exhibit 8**
>    **Exhibit 9**

**The pdfs of the attachments are attached to this notice.**