# EXHIBIT 7

```
                                                                    USER:    5
         ALABAMA DEPARTMENT OF PUBLIC SAFETY
         P.O. BOX 1471 MONTGOMERY, AL 36102-1471                    PAGE     1
         DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

************   REQUESTOR    ****************   CURRENT DRIVER DATA   ***************
* HENRY L PENICK, ATTY                      *  * EDWARD NEAL THOMPSON       LICENSE NO: 4657210
* 319 17TH STREET NORTH                     *  * 801 5TH AVE                BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967                       *  * GENEVA         AL 36340    RACE: W   SEX: M
* BIRMINGHAM AL 35201                       *  *                            DL STATUS: CURRENT
*                                           *  *  EXPIRATION DATE: 03/26/2008   CDL STATUS: VALID
*                                           *  *  LAST ISSUE DATE: 04/02/2004   CLASS: AM
*                                           *  *                                RESTRICTIONS:
*                                           *  *                                ENDORSEMENTS:
*********************************************************************************

|------------|-------------------|-----------------|------------------|-------------------------------|-----|
| CONVICTION | OFFENSE/           | TIME/           | REMOVAL REASON/  |                               | COM |
| DATE       | REMOVAL STAT       | UNIT            | OFFENSE DATE     | COURT                         | VEH |
|------------|-------------------|-----------------|------------------|-------------------------------|-----|
| 05/09/2003 | SPEEDING          | 69/45 MPH ZONE  | 02/21/2003       | HOUSTON CO DISTRICT COURT     | N   |
| 05/25/1999 | SPEEDING  SPEED UNKNOWN                |                  | 05/05/1999       | TEXAS                         | Y   |
| 07/24/1998 | SPEEDING          | 70/45 MPH ZONE  | 06/10/1998       | GENEVA CO DISTRICT COURT      | N   |
| 09/18/1995 | SPEEDING          | 68/55 MPH ZONE  | 07/03/1995       | COFFEE CO DISTRICT COURT      | N   |
| 04/21/1994 | NO POINTS IN CMV                        |                  | 03/17/1994       | MORGAN CO DISTRICT COURT      | N   |
| 09/18/1990 | SPEEDING  SPEED UNKNOWN                |                  | 09/10/1990       | TEXAS                         | U   |
| 08/31/1990 | SPEEDING          | 74/55 MPH ZONE  | 07/06/1990       | GEORGIA                       | U   |
| 03/07/1988 | SPEEDING          | 86/55 MPH ZONE  | 01/23/1988       | RUSSELL CO DISTRICT COURT     | U   |
| 05/03/1983 | DUI - LIQUORS                           |                  | 03/19/1983       | SLOCOMB MUNC COURT            | U   |

                            *** ACCIDENT DATA ***

09/02/2004    ACCIDENT# = 4524732    COM VEH/Y    CNTY/MACON      CITY/RURAL
08/29/2002    ACCIDENT# = 2095274    COM VEH/N    CNTY/HOUSTON    CITY/DOTHAN
06/17/1997    ACCIDENT# = 7059834    COM VEH/Y    CNTY/ESCAMBIA   CITY/RURAL
07/01/1987    ACCIDENT# = 7069885    COM VEH/U    CNTY/DALE       CITY/OZARK

       *** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
       ***   IN NO WAY IMPLIES FAULT OR LIABILITY.       ***
```

```
                                                                  USER:  5
ALABAMA DEPARTMENT OF PUBLIC SAFETY
P.O. BOX 1471 MONTGOMERY, AL 36102-1471                           PAGE   2
DRIVER HISTORY ABSTRACT AS OF: 11/22/2005

**************          CURRENT DRIVER DATA          **************
* HENRY L PENICK, ATTY      *  * EDWARD NEAL THOMPSON    LICENSE NO: 4657210
* 319 17TH STREET NORTH     *  * 801 5TH AVE             BIRTHDATE: 10/30/1962
* STE 200, PO BOX 967       *  * GENEVA       AL  36340  RACE: W  SEX: M
* BIRMINGHAM AL 35201       *  *                         DL STATUS: CURRENT
*                           *  * EXPIRATION DATE: 03/26/2008  CDL STATUS: VALID
*                           *  * LAST ISSUE DATE: 04/02/2004  CLASS: AM
*                           *  *                              RESTRICTIONS:
*                           *  *                              ENDORSEMENTS:
*****************************  **************************************

CONVICTION  OFFENSE/     TIME/      REMOVAL REASON/                   COM
DATE        REMOVAL STAT UNIT       OFFENSE DATE       COURT          VEH
----------------------------------------------------------------------------

                           *** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS
IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.

                                                _____
                                                   OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE
ALABAMA DEPARTMENT OF PUBLIC SAFETY.

                                                _____
                                                     NOTARY PUBLIC

                          MY COMMISSION EXPIRES  1-28-2009
```