# EXHIBT 1




## SEATING

| Unit 1 | | | | Unit 2 | | | |
|---|---|---|---|---|---|---|---|
| 1 | 22 | | 11 | 2 | 24 | 24 | |

Seating codes (both units):
- 12 – Pedestrian
- 13 – Rider of Domestic Animal
- 14 – Occ. of Non-Motorized Vehicle
- 15 – Victim of Other Circumstances
- Codes Not Applicable

Other Involved Safety Equipment: ____

### SAFETY EQUIPMENT
- 01 – None Installed
- 95 – Not Applicable
- 99 – Unknown (Any Type)

**Lap Belt Only**
- 11 – Fastened
- 12 – Not Fastened

**Lap/Shoulder Harness**
- 21 – Lap Only Used
- 22 – Neither Used
- 23 – Shoulder Only Used
- 24 – Both Used

**Motorcycle Helmet**
- 31 – None Used
- 32 – Used

**Air Bags**
- 41 – Deployed, Belts Used
- 42 – Not Deployed, Belts Used
- 43 – Deployed, Belts Not Used
- 44 – Not Deployed, Belts Not Used

**Child Restraint**
- 51 – Child Restraint Used
- 52 – Other Restraint Used
- 53 – None Used

## VICTIMS

| Name | Address | Unit No | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16633 STEPHANIE ST  BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL | | | Taken By: ALDFS | | | | | |
| EDWARD NEAL THOMPSON | 801 5TH AVENUE  GENEVA AL | 2 | 1 | C | 41 | M | N | A |
| Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | | | Taken By: CARE AMBULANCE | | | | | |

### CODES

**Injury Type**
- K – Killed
- B – Bruise/Abrasion/Swelling
- A – Visible or Carried From Scene
- C – Not Visible—Has Pain/Faint

**Ejected**
- N – Not
- F – Fully
- P – Partially
- T – Trapped
- U – Unknown
- R – Not Applicable

**First Aid By**
- A – Ambulance Attended
- D – Doctor
- M – Paramedic
- O – Other
- P – Police
- U – Unknown
- N – None

**Pedal Cyclist/Pedestrian**
- 81 – Contrasting Clothing
- 82 – Non-contrasting Clothing

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: **SEE SUPPLEMENTAL SHEET**

## ROADWAY ENVIRONMENT

Unit 1: 1   Unit 2: 2

**Contributing Road Defects** (Unit 1 & 2: 1 – None)
- 1 – Shoulders Low
- 2 – Shoulders High
- 3 – Holes, Bumps, Etc.
- 6 – Other

**Surface Construction** (1 – Asphalt)
- 2 – Concrete
- 3 – Brick
- 4 – Unpaved
- 6 – Other

**Condition** (1 – Dry)
- 2 – Wet
- 3 – Icy
- 4 – Snowy/Slushy
- 5 – Muddy
- 6 – Other

**Accident In Or Related To Road Construction Zone?**  No

**Material In Roadway (Contributing)** (0 – None)
- 3 – Rocks
- 4 – Oil/Petrol
- 5 – Gravel
- 7 – Trees/Limbs
- 4 – Dirt
- 8 – Other

**Material Source** (0 – Not Applicable)
- 2 – Natural Environment
- 3 – Dropped From Vehicle
- 4 – Already in Road, But Fell From Vehicle
- 8 – Other
- 9 – Unknown

**Character**
- Unit 1: 2 – Straight—Down Grade
- Unit 2: 5 – Curve—Level
- 1 – Straight—Level
- 3 – Straight—Up Grade
- 4 – Straight—Hillcrest
- 6 – Curve—Down Grade
- 7 – Curve—Up Grade
- 8 – Curve—Hillcrest

**Vision Obscured By** (0 – Not Obscured)
- 1 – Buildings
- 2 – Signboards
- 3 – Trees, Crops, Bushes
- 4 – Blowing Snow/Sand
- 5 – Hillcrest
- 6 – Curve in Road
- 7 – Fog
- 8 – Parked Vehicle
- 9 – Moving Vehicle(s)
- 10 – Blinded by Sunlight
- 11 – Fire/Smoke
- 12 – Dust
- 13 – Blinded by Headlights
- 14 – Embankment
- 15 – Rain on Windshield
- 16 – Snow on Windshield
- 88 – Other
- 99 – Unknown

**Traffic Control**
- 1 – Police Officer
- 2 – R.R. Crossing Gates
- 3 – R.R. Flashing Lights
- 4 – R.R. Cross Bucks/Pave Mark
- 5 – Pedestrian Control
- 6 – Traffic Signal
- 7 – Flashing Beacon
- 8 – Stop Sign
- 9 – Yield Sign
- 10 – Lane Control Device
- 11 – Flagger
- 12 – No Passing Zone
- 97 – None
- 8 – Other

Traffic Control Functioning: Yes/No  DOT Railroad Crossing No: N/A

**Opposing Lanes Separated By**
- Unit 1 & 2: 97 – None
- 1 – Paved Surface
- 2 – Unpaved Surface
- 3 – Broken Painted Line
- 4 – Solid Painted Line
- 5 – Concrete Barrier
- 6 – Metal Guard Rail
- 7 – Fence
- 8 – Other Barrier

**Trafficway Lanes**
- Unit 1 & 2: 4 – Four Lanes
- 1 – One Lane
- 2 – Two Lanes
- 3 – Three Lanes
- 5 – Five Lanes
- 6 – Six Lanes or More

One-Way Street: Yes/No

## INVESTIGATION

**Light**: 4 – Darkness—Road Not Lit
- 1 – Daylight
- 2 – Dawn
- 3 – Dusk
- 5 – Darkness—Road Lit

**Weather**: 2 – Cloudy
- 1 – Clear
- 3 – Rain
- 4 – Snow
- 5 – Sleet/Hail
- 6 – Crosswind
- 7 – Fog
- 8 – Other

**Locale**: 1 – Open Country
- 2 – Residential
- 3 – Shops or Business
- 4 – Mfg. or Industrial
- 5 – School
- 6 – Playground
- 8 – Other

**Non-Vehicular Property Damage**: 2 – Light
- 1 – None Visible
- 3 – Moderate
- 4 – Severe

**Property Damage Description**: TRAFFIC CONTROL ROAD SIGN
Owner: EAST ALABAMA PAVING COMPANY
Address: OPELIKA ALABAMA

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 PM | 4:04 PM | 4:07 PM | SGT. JAMES PATTERSON |

| Witness Full Name | Address | Telephone |
|---|---|---|
| N/A | | |
| N/A | | |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 | |
| Name of Other Investigating Officers at Scene: SGT. JAMES PATTERSON | 133 | ALAST0300 | |

The data on this report reflects my best knowledge, opinions and beliefs concerning the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: *Alex F. Huntley*   Date: 09-07-04

# UNIFORM TRAFFIC ACCIDENT REPORT
## SUPPLEMENTAL SHEET

SHEET 2 OF 4 SHEET(S)

AST No. 34 Rev. 4/85

**ADDITIONAL ACCIDENT VICTIMS**

| # | Name | Address | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|------|---------|----------|-----------|-------------|-----|-----|----------|--------------|
| 3 | WILLIAM TIDWELL | 1204 PETTY ROAD WESTVILLE FL | 2 | 3 | C | 35 | M | N | A |
|   | Taken to: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | Taken by: CARE AMBULANCE | | | | | | | |
| 4 | N/A | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |

**ADDITIONAL NARRATIVE SPACE**

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)** UNIT 1 WAS TRAVELING NORTHBOUND ON I-85. UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCKING BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TIME OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEALED THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY THE BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY THE DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WERE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILLED NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING AND STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 2
(same as on main report)

Sheet 3 of 4 Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard **2**
Buses designed to carry 16 or more (including driver) ____

**Number of Persons:**
Sustaining fatal injuries **1**
Transported for *immediate* medical treatment **2**

Number of vehicles towed from scene due to damage or provided assistance **2**

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus **17000**
B. Trailer or trailers (total) **55000**
Total GVWR for unit (A+B) **72000**

Total number of axles **5**

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ____ Yes **X** No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box **NA**
B. The 1-digit number from bottom of diamond **NA**
Was hazardous material released from THIS vehicle's cargo? ____ Yes **X** No

**Vehicle Configuration** (circle one number)
1. Bus  2. Single unit truck (2 axles/ 6 or more tires)  3. Single unit truck (3 or more axles)
4. Truck with trailer  5. Truck tractor only (bobtail)  **(6.) Tractor with semi-trailer**  7. Tractor with double trailers
8. Tractor with triple trailers  9. Unknown class heavy truck  0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus  2. Van/enclosed box  3. Cargo tank  **(4.) Flatbed**  5. Dump
6. Concrete mixer  7. Auto transporter  8. Garbage/refuse  9. Other ____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name **FLORIDA TRANSFORMER**

Source (circle one number)  1. Vehicle side  2. Shipping papers  **(3.) Driver**  4. Other

Carrier mailing address (Street or P.O. Box) **PO BOX 507**

City, State, Zip **DEFUNIAK SPRINGS FLORIDA 32435**

Carrier Identification Numbers  (____ None = 0)
US DOT **160401**  ICC MC ____  STATE NO. ____  STATE ____

### Sequence of Events

Note: for THIS vehicle - list up to four  Event #1 **10**  Event #2 ____  Event #3 ____  Event #4 ____

**EVENT CODES**
Non-Collision  1. Ran off road  2. Jackknife  3. Overturned (rollover)  4. Downhill runaway
5. Cargo loss or shift  6. Explosion or fire  7. Separation of units  8. Other non-collision
Collision With  9. Pedestrian  10. Non-parked vehicle  11. Parked vehicle  12. Train
13. Pedalcycle  14. Animal  15. Fixed object  16. Other object

Signature of Reporting Officer  *[signature]*

Officer ID **1109**  Reporting Police Agency ORI **ALAST4300**  Date **09-02-2004**  Time **3:25**

