# EXHIBT 10

LabCorp

```
247                                                          09/03/04  10:36 ET
TIME @820
3346843945 FLORIDA TRANSFO   DOB:
CCU:0766720953 H-00582741    10/30/62         Physician ID        Patient ID
162 LM    Y CD- 0766720953                                    417889319
THOMPSON, NEAL                    941/10        Account
                                               Community Hos/Tallassee- COC   01157225
                                               Emp                                   95
                                                                                     95
                                                            , AL  36078-
09/02/04    09/03/04    09/03/04    7796       336-887-7796      DLB
```

COLLECTORS NAME:
    MRO NAME:
REASON FOR TEST: POST ACCIDENT

Chain-of-Custody Protocol    Performed                                    UI
and Sample Handling                                                        UI
    Split specimen bottle has been received.
789187 S+C+t Bund                                                          UI

                                                              (ng/mL)
                                                           SCREEN    CONFIR
    DRUG                    RESULT                          CUTOFF    CUTOFF

Amphetamines              Negative                          1000               UI
Barbiturate               Negative                          300                UI
Cannabinoid               Negative                          100                UI
Cocaine (Metab.)          Negative                          300                UI
Opiates                   Negative                          2000               UI
Creatinine, Urine         67.1        mg/dL            20.0 - 300.0            UI
Comments:
    According to guidance from Department for Health and Human
    Services, a urine specimen is defined as follows: "DILUTE"
    if the creatinine is <20 mg/dL and the specific gravity is
    <1.003; "SUBSTITUTED" if the creatinine is <or= 5 mg/dL, and
    the specific gravity is <or= 1.001 or >or= 1.020.
Nitrite Urine, Quantitative    Negative                     500                UI

LAB: UI LabCorp OTS RTP
    1904 Alexander Drive RTP, NC 27709-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 205-581-3600 LAB: 919-572-6900
                        LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

                                    REPORT
THOMPSON, NEAL          PATID: 417889319    SPEC DATE: 09/03/2004