# EXHIBT 1





DEFENDANT'S EXHIBIT P-1

## SEATING

| Unit 1 | | | | Other Involved Unit (Circle One) | Unit 2 | | | | Other Involved Unit (Circle One) | SAFETY EQUIPMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 22 | | | 12 - Pedestrian | 2 | 24 | 24 | | 12 - Pedestrian | 01 - None Installed |
| | | | | 13 - Rider of Domestic Animal | | | | | 13 - Rider of Domestic Animal | 95 - Not Applicable |
| 4 | 5 | 6 | 11 | 14 - Occ. of Non-Motorized Vehicle | 4 | 5 | 6 | | 14 - Occ. of Non-Motorized Vehicle | 99 - Unknown (Any Type) |
| | | | | 15 - Victim of Other Circumstances | | | | | 15 - Victim of Other Circumstances | **Lap Belt Only** |
| 7 | 8 | 9 | | Codes Not Applicable | 7 | 8 | 9 | | Codes Not Applicable | 11 - Fastened |
| | | | | | | | | | | 12 - Not Fastened |
| | | | | Other Involved Safety Equipment | | | | | Other Involved Safety Equipment | **Lap/Shoulder Harness** |
| | | | | | | | | | | 21 - Lap Only Used |
| | | | | | | | | | | 22 - Neither Used |
| | | | | | | | | | | 23 - Shoulder Only Used |
| | | | | | | | | | | 24 - Both Used |

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16633 STEPHANIE ST BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL | | | | Taken By: ALDFS | | | | |
| EDWARD NEAL THOMPSON | 801 5TH AVENUE GENEVA AL | 2 | 1 | C | 41 | M | N | A |
| Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | | | | Taken By: CARE AMBULANCE | | | | |

**Motorcycle Helmet** 31 - None Used  32 - Used
**Air Bags** 41 - Deployed, Belts Used  42 - Not Deployed, Belts Used  43 - Deployed, Belts Not Used  44 - Not Deployed, Belts Not Used
**Child Restraint** 51 - Child Restraint Used  52 - Other Restraint Used  53 - None Used

**CODES**
Injury Type: K - Killed; B - Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint
Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; R - Not Applicable
First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown
Pedal Cycle/Pedestrian: 81 - Contrasting Clothing; 82 - Non-contrasting Clothing

## NARRATIVE AND DIAGRAM

[blank diagram area]

Officer's Opinion of What Happened: SEE SUPPLEMENTAL SHEET

## ROADWAY ENVIRONMENT

| | Unit | Contributing Road Defects | Surface Construction | Condition | Accident In Or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 - None | 1 - Asphalt | 1 - Dry | No | 0 - None | 0 - Not Applicable | 1 - Straight—Level |
| 2 | 2 | | | | | | | 5 - Curve—Level |

**Vision Obscured By:** 00 - Not Obscured
**Traffic Control:** Other; Traffic Control Functioning: No; DOT Railroad Crossing No: N/A
**Opposing Lanes Separated By:** 02 - Unpaved Surface
**Trafficway Lanes:** 04 - Four Lanes
**One-Way Street:** No

**Light:** 4 - Darkness—Road Not Lit
**Weather:** 2 - Cloudy
**Locale:** 1 - Open Country
**Non-Vehicular Property Damage:** 3 - Moderate
**Property Damage Description:** TRAFFIC CONTROL ROAD SIGN
**Owner:** EAST ALABAMA PAVING COMPANY
**Address:** OPELIKA ALABAMA

## INVESTIGATION

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 PM | 4:04 PM | 4:07 PM | SGT. JAMES PATTERSON |

Witness Full Name: N/A
Witness Full Name: N/A

| Name of Investigating Officer | Officer ID | Agency ORI |
|---|---|---|
| TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 |
| Name of Other Investigating Officers at Scene: SGT. JAMES PATTERSON | 133 | ALAST0300 |

The data on this report reflects my best knowledge, opinions and beliefs concerning the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: *Alex F. Huntley*  Date: 09-07-04

# UNIFORM TRAFFIC ACCIDENT REPORT
## SUPPLEMENTAL SHEET

SHEET 2 OF 4 SHEET(S)

AST No. 34 Rev. 4/85

### ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|------|---------|----------|-----------|-------------|-----|-----|----------|--------------|
| 3 | WILLIAM TIDWELL | 1204 PETTY ROAD WESTVILLE FL | 2 | 3 | C | 35 | M | N | A |
|   | Taken to: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | Taken by: CARE AMBULANCE | | | | | | | |
| 4 | N/A | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |

### DESCRIBE WHAT HAPPENED (Refer to vehicles by number)

UNIT 1 WAS TRAVELING NORTHBOUND ON I-85. UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCKING BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TIME OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEALED THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY THE BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY THE DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WERE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILLED NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING AND STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. 2
(same as on main report)

Sheet 3 of 4 Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard __2__
Buses designed to carry 16 or more (including driver) ____

**Number of Persons:**
Sustaining fatal injuries __1__
Transported for *immediate* medical treatment __2__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus     17000
B. Trailer or trailers (total)  55000
Total GVWR for unit (A+B)   72000

Total number of axles __5__

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ____ Yes __X__ No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box NA
B. The 1-digit number from bottom of diamond NA
Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

**Vehicle Configuration** (circle one number)
1. Bus  2. Single unit truck (2 axles/ 6 or more tires)  3. Single unit truck (3 or more axles)
4. Truck with trailer  5. Truck tractor only (bobtail)  **6. Tractor with semi-trailer**  7. Tractor with double trailers
8. Tractor with triple trailers  9. Unknown class heavy truck  0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus  2. Van/enclosed box  3. Cargo tank  **4. Flatbed**  5. Dump
6. Concrete mixer  7. Auto transporter  8. Garbage/ refuse  9. Other ____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name  FLORIDA TRANSFORMER

Source (circle one number)  1. Vehicle side  2. Shipping papers  **3. Driver**  4. Other

Carrier mailing address (Street or P.O. Box) PO BOX 507

City, State, Zip DEFUNIAK SPRINGS FLORIDA 32435

Carrier Identification Numbers (____ None = 0)
US DOT 160401    ICC MC ____    STATE NO. ____    STATE ____

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 __10__   Event #2 ____   Event #3 ____   Event #4 ____

**EVENT CODES**
Non-Collision:
1. Ran off road  2. Jackknife  3. Overturned (rollover)  4. Downhill runaway
5. Cargo loss or shift  6. Explosion or fire  7. Separation of units  8. Other non-collision

Collision With:
9. Pedestrian  10. Non-parked vehicle  11. Parked vehicle  12. Train
13. Pedalcycle  14. Animal  15. Fixed object  16. Other object

Signature of Reporting Officer: Alex F. Hutley
Officer ID: 1109
Reporting Police Agency ORI: ALAST4300
Date: 09-02-2004
Time: 3:25

