# EXHIBT 8

## FREEDOM COURT REPORTING

### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2      FOR THE MIDDLE DISTRICT OF ALABAMA
 3            EASTERN DIVISION
 4
 5   LORI ANN MORRIS,     )
 6        Plaintiff,  )
 7   vs.              ) CASE NUMBER:
 8   FLORIDA TRANSFORMER,  ) 3:05-CV-962-T
 9   EDWARD NEAL THOMPSON, )
10   et al.,          )
11        Defendants.  )
12
13      DEPOSITION OF WILLIAM EARL TIDWELL
14        In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Henry L.
18   Penick, the original transcript of the oral
19   testimony taken on the 14th day of July,
20   2006, along with exhibits.
21        Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.
```

### Page 2

```
 1    IN THE UNITED STATES DISTRICT COURT
 2      FOR THE MIDDLE DISTRICT OF ALABAMA
 3            EASTERN DIVISION
 4
 5   LORI ANN MORRIS,     )
 6        Plaintiff,  )
 7   vs.              ) CASE NUMBER:
 8                    ) 3:05-CV-962-T
 9   FLORIDA TRANSFORMER,  )
10   EDWARD NEAL THOMPSON, )
11   et al.,          )
12        Defendants.  )
13
14         S T I P U L A T I O N
15        IT IS STIPULATED AND AGREED, by
16   and between the parties through their
17   respective counsel, that the deposition of
18   WILLIAM E. TIDWELL, may be taken before
19   Cindy Weldon, Certified Shorthand Reporter,
20   Commissioner and Notary Public, at 732 North
21   9th Street, DeFuniak Springs, Florida, on
22   July the 14th, 2006 at 10:20 a.m.
23        IT IS FURTHER STIPULATED AND
```

### Page 3

```
 1   AGREED that the signature to and the reading
 2   of the deposition by the witness is waived,
 3   the deposition to have the same force and
 4   effect as if full compliance had been had
 5   with all laws and rules of Court relating to
 6   the taking of depositions.
 7        IT IS FURTHER STIPULATED AND
 8   AGREED that it shall not be necessary for
 9   any objections to be made by counsel to any
10   questions, except as to form or leading
11   questions, and that counsel for the parties
12   may make objections and assign grounds at
13   the time of trial, or at the time said
14   deposition is offered in evidence, or prior
15   thereto.
16        IT IS FURTHER STIPULATED AND
17   AGREED that notice of filing of the
18   deposition by the Commissioner is waived.
19
20
21
22
23
```

### Page 4

```
 1           A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4      MR. HENRY L. PENICK
 5      THE PENICK BUILDING
 6      319 - 17TH STREET NORTH, SUITE 200
 7      BIRMINGHAM, ALABAMA 35203
 8
 9   FOR THE DEFENDANT:
10      MR. RICHARD BROUGHTON
11      2000 INTERSTATE PARK DRIVE
12      SUITE 204
13      MONTGOMERY, ALABAMA 36109
14
15   ALSO PRESENT:
16      MR. EDWARD NEAL THOMPSON
17      MR. FRANKLIN SCOTT SEAY
18
19
20
21
22
23
```

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

### Page 5

```
 1              I N D E X
 2
 3   EXAMINATION BY:              PAGE
 4   MR. PENICK                    6
 5   MR. BROUGHTON               105
 6
 7
 8
 9           E X H I B I T S
10                              PAGE
11   PLAINTIFF'S EXHIBIT NO. 1    41
12   PLAINTIFF'S EXHIBIT NO. 2    47
13   PLAINTIFF'S EXHIBIT NO. 3    94
```

### Page 6

1  WILLIAM EARL TIDWELL,
2  after first being duly sworn, testified
3       as follows:
4  EXAMINATION BY MR. PENICK:
5       THE COURT REPORTER: Usual
6  stipulations?
7       MR. PENICK: Yes.
8       MR. BROUGHTON: Yes.
9     Q. Good morning, Mr. Tidwell. I'm
10 Henry Penick. I represent Lori Ann Morris
11 who is the plaintiff in this case. And this
12 is a deposition -- Have you ever had your
13 deposition taken before?
14    A. Yes, sir.
15    Q. All right. Then you know that the
16 procedure is that I'll ask questions and
17 you'll answer them. And when you answer,
18 you have to answer with either a yes or a
19 no. You can't answer with a nod because she
20 can't take down a nod.
21    A. Right.
22    Q. If I ask any questions that you
23 don't understand, just ask me to repeat it.

### Page 7

1  There's no trick questions. We're just
2  having a conversation. If you need to take
3  a break for any reason, just let me know and
4  we'll take a break.
5       The only thing that I'd ask is,
6  that if we do take a break or you want to
7  take a break and I have asked you a
8  question, let's complete the answer to that
9  question before we take a break.
10      MR. BROUGHTON: And we and the
11 court reporter -- There's two things. The
12 court reporter is going to try to take down
13 everything that we all say by whatever that
14 magical box is over there.
15      But the two things there is, one,
16 you need to answer with a verbal response
17 instead of a head shake and, two, try not to
18 talk when Henry is talking and he's going to
19 try not to talk when you're talking. That
20 way, she'll get down everything.
21    A. Okay.
22    Q. Let's start by letting you tell me
23 a little bit about yourself, if you would.

### Page 8

1  Just tell me where you were born and where
2  you went to school in the early days. We'll
3  just start there.
4     A. I was born in Samson, Alabama. I
5  went to school at Ponce De Leon. Born and
6  raised -- just raised around Holmes County,
7  Florida.
8     Q. And so you went to high school in
9  this area?
10    A. Yes, sir.
11    Q. Did you graduate from high school?
12    A. Yes.
13    Q. What's the name of the high school
14 again?
15    A. Ponce De Leon.
16    Q. And when were you born?
17    A. 1969, January the 24th.
18    Q. So when you graduated from high
19 school, then that would have been about --
20    A. 1988 I graduated high school.
21    Q. What did you do immediately after
22 high school?
23    A. I went to work for Talla Tank

FREEDOM COURT REPORTING

Page 37

1  the highway?
2      A.  No, sir.  Not that I remember.
3  There wasn't nothing unusual about it.
4      Q.  Well, tell me what happened as you
5  got in the area of this accident.
6      A.  Like we was meeting cars coming
7  south and we were going north.  And all of a
8  sudden, there was this truck laying across
9  the whole interstate.
10     Q.  Let me ask you about the cars or
11 trucks going south.  They were over on the
12 other side of the highway separated by a
13 median; right?
14     A.  Yes, sir.
15     Q.  And you had two lanes going north?
16     A.  Yes, sir.
17     Q.  All right.  So tell me what
18 happened as you all got close to this
19 location where the accident occurred.
20     A.  We were just going north on 85.
21 And all of a sudden, there -- like I said,
22 there was a semi across the road.
23     Q.  What did you notice about the

Page 38

1  semi?
2      A.  When we seen it, it was overturned
3  with the bottom of it pointed at us.
4      Q.  Do you recall whether or not any
5  lights were on, on the semi that was
6  overturned?
7      A.  There was no lights on that semi
8  as I can recall being on.
9      Q.  Do you recall whether or not it
10 had any reflectors that were showing?
11     A.  There's no reflectors on the
12 bottom of a semi.
13     Q.  Okay.  You know, sometimes on the
14 side, they might have a three dimensional
15 reflector mounted on the side of the
16 trailer.  And if it's three dimensional, I
17 was wondering whether or not you could see
18 anything reflecting back like that.
19     A.  We didn't -- I did not see nothing
20 that I can recall thinking back.
21     Q.  Okay.  Do you recall seeing the
22 headlights of the semi pointed in any
23 direction, the overturned semi?

Page 39

1      A.  Not that I can recall.
2      Q.  So were you having any
3  conversation with Neal as you all approached
4  this location where the accident occurred?
5      A.  Not that I can remember.  We were
6  not having a conversation.
7      Q.  Do you remember anything that was
8  going on at all?
9      A.  He was just driving up the road
10 and I was sitting over there watching him.
11     Q.  So what happened once you
12 recognized this overturned trailer in the
13 freeway?
14     A.  Neal hit the brakes as quick as he
15 and I both recognized it.  There was nowhere
16 to go to get away from it.
17     Q.  Okay.  How many lanes did the semi
18 block -- the overturned semi blocking?
19     A.  It was blocking both north bound
20 lanes, plus half the emergency lane.
21     Q.  Do you believe that the part of
22 the tractor portion of the overturned semi
23 was in the emergency lane?

Page 40

1      A.  Yes, sir.
2      Q.  Did you ever tell anyone that
3  information before?
4      A.  The state trooper.
5      Q.  Okay.  Do you know if he ever
6  recorded that the tractor portion of the
7  overturned semi was in the emergency lane?
8      A.  No.  I don't remember if he did or
9  not.
10     Q.  Did you do an affidavit in this
11 case?
12     A.  Affidavit?
13     Q.  Yes.  Did you sign an affidavit in
14 this case?
15     A.  I don't remember.
16     Q.  Okay.  I want to show you this.
17 This is your affidavit.
18         MR. PENICK:  We're going to use
19 this affidavit for purposes of his
20 examination.  But I'm sure, Richard, we
21 would like to submit a clean copy.  This is
22 the only copy I have.
23     Q.  We'll call it Exhibit 1 to your

10 (Pages 37 to 40)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 41

1  deposition.
2          (Whereupon, Plaintiff's Exhibit
3  No. 1 was marked for identification.)
4          MR. BROUGHTON: We've already
5  submitted a copy in support of our motion
6  for summary judgment. So we can refer to
7  that one.
8          MR. PENICK: Well, I'd like to
9  attach a copy to the deposition. But this
10 is the only copy I've got now. It's got
11 writing on it.
12     Q. But I want you to disregard any
13 notes that I have written on it and just go
14 with what you said in your affidavit.
15     A. Okay.
16     Q. Is there anywhere in this
17 affidavit that you said that you saw the
18 overturned semi blocking all of the north
19 bound lanes and the emergency lane?
20     A. Is there anywhere in here?
21     Q. Yes. That you said that.
22         MR. BROUGHTON: Take your time.
23 You can review the whole thing if you need

Page 42

1  to.
2      A. Repeat the question again.
3      Q. Do you see anywhere in your
4  affidavit that you indicated prior to now
5  that the overturned semi was blocking both
6  lanes and the emergency lane?
7      A. I see where it says both north
8  bound lanes of traffic. But not the
9  emergency lane.
10     Q. So in your previous affidavit, you
11 didn't say it was blocking the emergency
12 lane, did you?
13     A. No, sir.
14     Q. Now, before you came -- Before you
15 had impact with the -- First of all, did you
16 have impact with the overturned tractor
17 trailer?
18     A. Yes, sir.
19     Q. Before you had impact with it, did
20 you see any kind of evidence of it
21 overturning prior to having impact?
22     A. Not that I can recall right now.
23     Q. So the evidence that you saw of it

Page 43

1  having overturned, you saw after impact?
2      A. Right.
3      Q. And after impact is when you saw
4  evidence that the overturned trailer, which
5  we'll call Morris' tractor trailer, had gone
6  off the road; is that right?
7      A. That's when we realized everything
8  happened, after he went off the road.
9      Q. After you had the impact?
10     A. Yes, sir.
11     Q. You didn't know that he had been
12 off the road before impact?
13     A. Not that I can remember.
14     Q. Did you see any debris in the road
15 prior to impact?
16     A. Not that I can remember. We did
17 not see any debris or nothing.
18     Q. Did you see any signage down
19 before the impact?
20     A. Not that I can remember.
21     Q. Describe the brake -- Well, first
22 of all, you said Neal hit his brakes; right?
23     A. Right.

Page 44

1      Q. Describe the braking system on the
2  Peterbilt that you all were driving -- that
3  he was driving that night.
4      A. It was just a 1995 Peterbilt.
5  Now, I can't go into detail because I don't
6  know that much about the braking system on
7  how it -- I know they work and all that.
8      Q. All right.
9      A. It did not have no ABS on it or
10 anything like that.
11     Q. Did you say something to Neal
12 immediately before the impact?
13     A. Not that I can remember.
14     Q. Did he say anything to you
15 immediately before the impact?
16     A. Not that I can remember he didn't.
17     Q. Did either one of you make any
18 exclamations before the impact?
19     A. Not that I can remember. It all
20 happened too quick.
21     Q. Do you wear glasses by the way?
22     A. No, sir.
23     Q. Was Neal wearing glasses that

11 (Pages 41 to 44)