# EXHIBT 10

```
247-74...                                              09/03/04  10:36 ET
TIME 0820
3346843945 FLORIDA TRANSFO   DOB:
CCU:0766720953 H-00582741    10/30/62                  417889319
102 LN    Y CD- 0766720953
                                         Community Hos/Tallassee- COC  01157225
THOMPSON, NEAL                    041/10  Emp                                95
                                                                             95
                                                                  , AL 36078-
09/02/04   09/03/04   09/03/04   7796    334-287-7726
```

COLLECTORS NAME:
MRO NAME:
REASON FOR TEST: POST ACCIDENT
Chain-of-Custody Protocol ... Performed
and Sample Handling
   Split specimen bottle has been received.
789187 5+Crt Bund
                                                     (ng/mL)
                                             SCREEN      CONFIR
   DRUG                    RESULT            CUTOFF      CUTOFF

Amphetamines              Negative            1000
Barbiturate               Negative             200
Cannabinoid               Negative             100
Cocaine (Metab.)          Negative             300
Opiates                   Negative            2000
Creatinine, Urine         67.1      mg/dL    20.0 - 300.0
Comment:
   According to guidance from Department of Health and Human
   Services, a urine specimen is defined as follows: "DILUTE"
   if the creatinine is <20 mg/dL and the specific gravity is
   <1.003; "SUBSTITUTED" if the creatinine is <or= 5 mg/dL, and
   the specific gravity is <or= 1.001 or >or= 1.020.
Nitrite Urine, Quantitative    Negative       500

LAB: UI LabCorp OTS RTP
     1904 Alexander Drive RTP, NC 27709-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 205-581-3600 LAB: 919-572-6900
                        LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

THMPSON, NEAL       PATID: 417889319    SPEC DATE: 09/03/2004

162
FTI