**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2006

# NOTICE OF STRICKEN DOCUMENT

**To:**         **Henry Lee Penick**
              **H. L. Penick & Associates PC**
              **319 17th Street North**
              **Birmingham, AL 35203**

**From:**       **Clerk's Office**

**Case Style:**  **Lori Ann Morris v. Florida Transformer, et al.**

**Case Number:** **#3:05-cv-00962-MHT**

**Referenced Pleading:**  **Document #60**
                         **Response to Motion**

**The referenced pleading was electronically filed in this case on 8/26/2006. It is a duplicate of Document #59, Response to Motion, except for the exhibits. Document #60 contains exhibits 6-9 that were additional exhibits to Document #59, but were omitted when Document #59 was filed.**

**Therefore, Document #60 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**