**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2006

# NOTICE OF STRICKEN DOCUMENT

**To:**         **Henry Lee Penick**
              **H. L. Penick & Associates PC**
              **319 17th Street North**
              **Birmingham, AL 35203**

**From:**       **Clerk's Office**

**Case Style:** **Lori Ann Morris v. Florida Transformer, et al.**

**Case Number:** **#3:05-cv-00962-MHT**

**Referenced Pleading:** **Document #63**
                        **Reply Brief**

**The referenced pleading was electronically filed in this case on 9/2/2006. The referenced pleading is not a reply brief but contains only the exhibits 1, 2, 5-10 to Document #62, Response in Opposition. The exhibits were omitted when Document #62 was originally filed. Exhibits 3 and 4 were omitted entirely.**

**Therefore, Document #63 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**