**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 13, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Lori Ann Morris v. Edward Neal Thompson, et al. |
| **Case Number:** | #3:05-cv-00962-MHT |
| **Referenced Document:** | Document #62<br>Plaintiff's Response to Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Opposition to Amended Motion |

**This notice has been docketed to enter the corrected exhibits to the referenced document into the record. The original exhibits were filed as a separate document number and two of the exhibits were omitted. The original exhibits filed as Doc. [63] have been stricken from the record. The pdfs of the corrected exhibits are attached to this notice.**