# EXHIBT 1

**UNIT 1 — VEHICLE**

| Owner's Name | Street or R.F.D. | City | State | Zip |
|---|---|---|---|---|
| LAFAYETTE INVESTMENTS INC | 104 WEST 40 HIGHWAY | BATES CITY | MO | 64011 |

Type: 1 - Auto, 2 - Sta. Wagon, 3 - Pick Up, 4 - Van, 5 - Truck Tractor (circled), 6 - Other Truck, 7 - Comm Bus, 8 - School Bus, 9 - Other Bus, 10 - Motorcycle, 11 - Moped, 12 - M. Scooter, 13 - Pedal Cycle, 14 - Farm Mach., 15 - Train, 16 - Road Equip., 17 - Ridden Animal, 18 - M. Home (R.V.), 19 - ATV, 99 - Other

Usage: 1 - Personal, 2 - Driver Trng., 3 - Construction, 4 - Ambulance/Paramedical, 5 - Military, 6 - Taxi, 7 - Transport Prop (circled), 8 - Agriculture, 9 - Wrecker/Tow, 10 - Police, 11 - Other Business, 12 - Bus/Pass. Transport, 13 - Fire Fighting, 99 - Other

Placard: Yes / No (circled) / NA

Hazardous Cargo: 1 - None, 2 - Explosive, 3 - Gas, 4 - Flam/Combust Liq., 5 - Flammable Solids, 6 - Oxidizer/Peroxide, 7 - Poison, 8 - Radioactive Material, 9 - Corrosive Material, 99 - Other (circled)

Attachment: 1 - None, 2 - Mobile Home, 3 - Semi Trailer (circled), 4 - Utility Trailer, 5 - Wheel Trailer, 6 - Boat Trailer, 7 - Camper Trailer, 8 - Towed Vehicle, 9 - Tanker, 10 - Pole Trailer, 11 - Double Trailer, 99 - Other

Oversized Load (Req Permit): Yes / No / NA (circled) — If Yes, Did Owner Have Permit?: Yes / No / NA (circled)

Contributing Defect: 97 - None (circled), 1 - Brakes, 2 - Steering, 3 - Power Plant, 4 - Suspension, 5 - Tires, 6 - Exhaust, 7 - Lights, 8 - Turn Signal, 9 - Windows/Windshield, 10 - Restraint Sys., 11 - Wheels, 12 - Truck Coupling, 13 - Cargo, 14 - Fuel System, 98 - Other, 99 - Unknown

Circle Areas Damaged On Diagram: 16; Under Carriage; NA; TOTALED; Attachment

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|
| 70 MPH | 70 MPH | NONE | 3 - Disabled | Yes | 1 | 10 |

Vehicle Towed By Whom: THROWER'S WRECKER LOT — To Where: THROWER'S WRECKER LOT TUSKEGEE AL

**UNIT 2 — DRIVER** (COM VEH: X)

| Driver Full Name | Street Address | City and State | Zip | Telephone No |
|---|---|---|---|---|
| EDWARD NEAL THOMPSON | 801 5TH AVENUE | GENEVA AL | 36340 | 334 684-3945 |

| D.O.B. (Month/Day/Year) | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 30 1962 | W | M | AL | 4657210 | AMV | C | | C | | No |

| Place of Employment | Liability Insurance Co. | Social Security No |
|---|---|---|
| FLORIDA TRANSFORMER DEFUNIAK SPRINGS FL | AIG | 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 |

Driver Condition: 1 - No Defect (circled). Officer's Opinion: Alcohol — No; Drugs — No. Type Test Given: 0 - No Test. Test Results: N/A

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Cont Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 01 | I-85 | I085 | N | 97 | 20 | 1 |

**VEHICLE**

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1995 | PTRB | N/A | NA | 1XP5DB9X0SN376286 | A50 67P | FL | 2005 |

| Owner's Name | Street or R.F.D. | City | State | Zip |
|---|---|---|---|---|
| FLORIDA TRANSFORMER | PO BOX 507 | DEFUNIAK SPRINGS | FL | 32435 |

Type: 5 - Truck Tractor (circled). Usage: 7 - Transport Prop (circled). Placard: NA (circled). Hazardous Cargo: 1 - None (circled). Attachment: 3 - Semi Trailer (circled). Oversized Load (Req Permit): NA (circled). If Yes, Did Owner Have Permit?: NA (circled). Contributing Defect: 97 - None (circled).

Circle Areas Damaged On Diagram: 16; Under Carriage; NA; TOTALED; Attachment

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|
| 70 MPH | 70 MPH | NONE | 3 - Disabled | Yes | 2 | 1 |

Vehicle Towed By Whom: THROWER'S WRECKER SERVICE — To Where: THROWER'S WRECKER LOT TUSKEGEE AL

**CODES**

Contributing Circumstances: 01 - Improper Passing; 02 - Improper Lane Change/Usage; 03 - Improper Turn/U-Turn; 04 - Following Too Close; 05 - Misjudge Stopping Dist; 06 - Over Speed Limit; ... 11 - Improper/No Signal; 12 - Failure to Heed Sign/Signal; 14 - Road Defect; 15 - Vision Obstruction; 16 - Defective Equipment; 17 - DUI; 18 - Under Min Speed; 21 - Fail to Yield Right-of-Way; 22 - Driver Condition; 23 - Wrong Side of Road; 24 - Veh Pushed/Towed by Veh; 25 - Veh Pushed by Person; 26 - Veh Left Road; 27 - Driver Not in Control; 28 - Load Shift; 29 - Parts/Cargo From Veh; 30 - Ped Violation; 97 - None; 98 - Other; 99 - Unknown

Driver Maneuver: 01 - Go Straight Ahead; 02 - Pass on Left; 03 - Pass on 1-Way Street; 04 - Pass on Right; 05 - Go Straight—Left Turn Lane; 06 - Go Straight—Right Turn Lane; 07 - Change Lanes—Left; 08 - Change Lanes—Right; 09 - Merge—Left; 10 - Merge—Right; 11 - Wrong Side of Road; 12 - Wrong Way—1 Way; 13 - Right Turn; 14 - Left Turn; 15 - U-Turn; 16 - Start From Park; 17 - Start in Traffic; 18 - Slowing/Stopping; 19 - Stopped in Traffic; 20 - Avoid Object in Road; 21 - Exiting Private Road/Property; ... 70 - Enter Parked Position; 71 - Parked—Legally; 72 - Parked—Illegally; 81 - Backing; 86 - Passed by Vehicle; 87 - Passed By Pedestrian; 98 - Other; 99 - Unknown

Pedestrian Action: 01 - Cross/Enter—Intersection; 02 - Cross/Enter—Other; 03 - Walk in Road—With Traffic; 04 - Walk in Road—Against Traffic; 05 - Stand in Roadway; 06 - Get on/off Vehicle; ... 11 - Not in Road; 98 - Other; 99 - Unknown

Event Location: 1 - On Roadway; 2 - Off Roadway; 3 - Median; 4 - Driveway; 5 - Private Road/Property; 6 - In Intersection

DEFENDANT'S EXHIBIT P-1

PENGAD 800-631-6989

## SEATING

Unit 1: 1, 22 — Unit 2: 2, 24, 24

12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/ Codes Not Applicable

Other Involved Safety Equipment

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| VERNELL B MORRIS | 16633 STEPHANIE ST BATON ROUGE LA | 1 | 1 | K | 43 | M | F | A |
| Taken To: ALABAMA DEPT OF FORENSIC SCIENCES MONTGOMERY AL | Taken By: ALDFS | | | | | | | |
| EDWARD NEAL THOMPSON | 801 5TH AVENUE GENEVA AL | 2 | 1 | C | 41 | M | N | A |
| Taken To: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | Taken By: CARE AMBULANCE | | | | | | | |

N/A

CODES — Injury Type: K Killed; B Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint. Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; R - Not Applicable. First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

SAFETY EQUIPMENT: 01 - None Installed; 95 - Not Applicable; 99 - Unknown (Any Type). Lap Belt Only: 11 - Fastened; 12 Not Fastened. Lap/Shoulder Harness: 21 - Lap Only Used; 22 - Neither Used; 23 - Shoulder Only Used; 24 - Both Used. Motorcycle Helmet: 31 - None Used; 32 - Used. Air Bags: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used. Child Restraint: 61 - Child Restraint Used; 62 - Other Restraint Used; 63 - None Used. Pedal Cycle/Pedestrian: 81 Contrasting Clothing; 82 Non-contrasting Clothing

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: SEE SUPPLEMENTAL SHEET

## ROADWAY ENVIRONMENT

N/A 1 — N/A 2

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: 1 — Unit 2: 2

Contributing Road Defects: 00 None (circled); 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 6 - Other

Surface Construction: 1 1 Asphalt (circled); 2 - Concrete; 3 - Brick; 4 - Unpaved; 6 - Other

Condition: 1 1 Dry (circled); 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 6 - Other

Accident In Or Related To Road Construction Zone? No / No (circled)

Material In Roadway (Contributing): 0 0 None (circled); 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Fluid; 8 - Other

Material Source: 0 0 Not Applicable (circled); 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown

Character: 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 5 Curve—Level (circled); 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: 97 97 Not Obscured (circled); 1 - Buildings; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 88 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 97 None (circled); 88 - Other

Traffic Control Functioning: No / No (circled)

DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 2 Unpaved Surface (circled); 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier

Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 4 4 Four Lanes (circled); 5 - Five Lanes; 6 - Six Lanes or More

One-Way Street: No / No (circled)

## INVESTIGATION

Light: 1 - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit (circled); 5 - Darkness—Road Lit

Weather: 1 - Clear; 2 - Cloudy (circled); 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

Locale: 1 Open Country (circled); 2 - Residential; 3 - Shopping or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 Moderate (circled); 4 - Severe

Property Damage Description: TRAFFIC CONTROL ROAD SIGN

Owner: EAST ALABAMA PAVING COMPANY
Address: OPELIKA ALABAMA

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 3:31 AM | 4:04 AM | 4:07 AM | SGT. JAMES PATTERSON |

| Witness Full Name | Address | Telephone |
|---|---|---|
| N/A | | |
| N/A | | |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| TROOPER ALEX F. HUNTLEY | 1109 | ALAST4300 | |
| Name of Other Investigating Officers at Scene: SGT. JAMES PATTERSON | 133 | ALAST0300 | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof

Signature of Investigating Officer: Alex F. Huntley

Date 09-07-04

UNIFORM TRAFFIC ACCIDENT REPORT

AST No. 34 Rev. 4/85

# SUPPLEMENTAL SHEET

SHEET 2 OF 4 SHEET(S)

ADDITIONAL ACCIDENT VICTIMS

| No. | Name / Taken to | Address / Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Name: WILLIAM TIDWELL<br>Taken to: TALLASSEE COMMUNITY HOSPITAL TALLASSEE AL | Address: 1204 PETTY ROAD WESTVILLE FL<br>Taken by: CARE AMBULANCE | 2 | 3 | C | 35 | M | N | A |
| 4 | Name: N/A<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 5 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 6 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 7 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 8 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 9 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 10 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 11 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |
| 12 | Name:<br>Taken to: | Address:<br>Taken by: | | | | | | | |

ADDITIONAL NARRATIVE SPACE

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)** UNIT 1 WAS TRAVELING NORTHBOUND ON I-85. UNIT 1 LEFT THE LEFT SIDE OF THE ROADWAY, WENT DOWN AN EMBANKMENT, STRUCK A ROAD SIGN, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, CAME DOWN AN EMBANKMENT, STRUCK A DRAINAGE DITCH, WENT UP AN EMBANKMENT, OVERTURNED ON THE DRIVER'S SIDE, CAME BACK ONTO THE ROADWAY BLOCKING BOTH LANES OF NORTHBOUND I-85, AND IS STRUCK BY UNIT 2 TRAVELING NORTHBOUND ON I-85. AT THE TIME OF THE COLLISION DRIVER OF UNIT 2 ADVISED HE WAS UNABLE TO SEE UNIT 1 IN THE ROADWAY. INVESTIGATION REVEALED THAT AT THE TIME OF THE COLLISION DUE TO THE POSITIONING OF UNIT 1 UPON COMING BACK ONTO THE ROADWAY THE BOTTOM OF THE UNDERCARRIAGE WAS THE ONLY PART OF THE VEHICLE THAT COULD HAVE BEEN SEEN BY THE DRIVER OF UNIT 2. UNIT 1 WAS FURTHER TRANSPORTING TITANIUM DIOXIDE IN DRY BULK FORM. THERE WERE 22 PALLETS OF TITANIUM DIOXIDE R101-04 WITH A WEIGHT OF 2000 POUNDS EACH. THE FREIGHT WAS BEING DELIVERED TO THE STANDRIDGE COLOR CORPORATION IN SOCIAL CIRCLE GEORGIA. NONE OF THE MATERIAL WAS SPILLED NOR WERE ANY OF THE PACKAGES RUPTURED OR DAMAGED. THE MATERIAL REQUIRED PROPER HANDLING AND STORAGE DUE TO ITS POTENTIAL TO BECOME HAZARDOUS. ALL HANDLING AND STORAGE WAS DONE BY THROWER'S WRECKER SERVICE.

4

Unit No. 2 (same as on main report)

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

4524732 AST-34T 1/94

Sheet 3 of 4 Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one Or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard 2

Buses designed to carry 16 or more (including driver) ______

*Number of Persons:*

Sustaining fatal injuries 1

Transported for *immediate* medical treatment 2

Number of vehicles towed from scene due to damage or provided assistance 2

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus 17000

B. Trailer or trailers (total) 55000

Total GVWR for unit (A+B) 72000

Total number of axles 5

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes X No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box NA

B. The 1 -digit number from bottom of diamond NA

Was hazardous material released from THIS vehicle's cargo? ____ Yes X No

*Vehicle Configuration* (circle one number)

1. Bus 2. Single unit truck (2 axles/ 6 or more tires) 3. Single unit truck (3 or more axles) 4. Truck with trailer 5. Truck tractor only (bobtail) (6.) Tractor with semi-trailer 7. Tractor with double trailers 8. Tractor with triple trailers 9. Unknown class heavy truck 0. Any other 4-tired vehicle

*Cargo Body Type* (circle one number)

1. Bus 2. Van/enclosed box 3. Cargo tank (4.) Flatbed 5. Dump 6. Concrete mixer 7. Auto transporter 8. Garbage/ refuse 9. Other ______

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name FLORIDA TRANSFORMER

Source (circle one number) 1. Vehicle side 2. Shipping papers (3.) Driver 4. Other

Carrier mailing address (Street or P.O. Box) PO BOX 507

City, State, Zip DEFUNIAK SPRINGS FLORIDA 32435

Carrier Identification Numbers (______ None = 0)

US DOT 160401 ICC MC ______ STATE NO. ______ STATE ______

### Sequence of Events

Note: for THIS vehicle - list up to four Event #1 10 Event #2 ______ Event #3 ______ Event #4 ______

*EVENT CODES*

Non-Collision 1. Ran off road 2. Jackknife 3. Overturned (rollover) 4. Downhill runaway 5. Cargo loss or shift 6. Explosion or fire 7. Separation of units 8. Other non-collision

Collision With 9. Pedestrian 10. Non-parked vehicle 11. Parked vehicle 12. Train 13. Pedalcycle 14. Animal 15. Fixed object 16. Other object

| Signature of Reporting Officer | Officer I D | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| [signature] | 1109 | ALAST4300 | 09-02-2004 | 3:25 (AM) |

EMERGENCY LANE
I-85
CONCRETE DRAINAGE DITCH
EMERGENCY LANE
24 FT
24 FT
MEDIAN
= DEBRIS
CAB OF UNIT 1
DIAGRAM NOT TO SCALE
1
2
N
MEDIAN
POINT OF IMPACT
PATH OF TRAVEL
530 FT FROM OFF ROAD WAY TO REENTER ROADWAY
EMERGENCY LANE
CONCRETE DRAINAGE DITCH
POINT OF IMPACT
EMERGENCY LANE
I-85
I-85
Diagram Not to Scale
Diagram Scale 1 inch = (10 feet) (20 feet)
Location
MACON COUNTY
Time
A.M.
3:25
P.M.
M.T.
Signature of Reporting Officer(s)
Officer ID
1109
Reporting Police Agency ORI
ALAST4300
DATE
Month
09
Day
02
Year
2004