# EXHIBT 10

```
247-7                                                    09/03/04  10:36 ET
TIME 0820
3346843945 FLORIDA TRANSFO    DOB:
CCU:0766720953 H-00582741    10/30/62
102 LN    Y CD- 0766720953                                417889319

THOMPSON, NEAL                  041/10
                                          Community Hos/Tallassee- COC   01157225
                                          Emp                                   95
                                                                                 95
                                                                  , AL 36078-
09/02/04  09/03/04  09/03/04  7796        334-207-7726      OLB
```

COLLECTORS NAME:                                          PHONE#: 3342833726
MRO NAME:
REASON FOR TEST: POST ACCIDENT
Chain-of-Custody Protocol        Performed                                    UI
and Sample Handling                                                           UI
  Split specimen bottle has been received.
789187 5+C/t Buno
                                                                   (ng/mL)
                                                          SCREEN    CONFIR
  DRUG                           RESULT                   CUTOFF    CUTOFF

Amphetamines                     Negative                 1000                UI
Barbiturate                      Negative                  200                UI
Cannabinoid                      Negative                  100                UI
Cocaine (Metab.)                 Negative                  300                UI
Opiates                          Negative                 2000                UI
Creatinine, Urine                67.1       mg/dL         20.0 - 300.0        UI
Comment:                                                                      UI
  According to guidance from Department of Health and Human
  Services, a urine specimen is defined as follows: "DILUTE"
  if the creatinine is <20 mg/dL and the specific gravity is
  <1.003; "SUBSTITUTED" if the creatinine is <or= 5 mg/dL and
  the specific gravity is <or= 1.001 or >or= 1.020
Nitrite Urine, Quantitative      Negative                 500                 UI

LAB: UI LabCorp OTS RTP
     1904 Alexander Drive RTP, NC 27709-0000


OR INQUIRIES, THE PHYSICIAN MAY CONTACT. BRANCH: 205-581-3600 LAB: 919-572-6900
                              LAST PAGE OF REPORT

©2004 Laboratory Corporation of America Holdings
All Rights Reserved

                        REPORT
THMPSON, NEAL        PATID: 417889319    SPEC DATE: 09/03/2004

162
FTI