IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } CIVIL ACTION NO.3:05cv962-T |
| | } |
| FLORIDA TRANSFORMER, EDWARD | } |
| NEAL THOMPSON, et al., | } |
| | } |
| Defendants. | } |

## DEFENDANTS' WITNESS LIST

COME NOW the Defendants, identified in the Complaint as Edward Neal Thompson ("Thompson") and Florida Transformer, Inc. ("FTI") (collectively referred to as "Defendants"), and hereby submit their list of witnesses who might be called to testify at the trial of the above-styled case as follows:

1. Edward Neal Thompson, P.O. Box 552, Geneva, AL  36340

2. William Earl Tidwell, 1204 Petty Road, Westville, FL  32460

3. Scott Seay, P.O. Box 507, Defuniak Springs, FL  32435

4. Sgt. James Patterson.  (If unavailable for live testimony, excerpts from Patterson's deposition may be used, including those deposition pages cited in <u>Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Brief in Support of Amended Motion</u> (Patterson 7/15–8/17; 10/1–10/15; 11/15–12/22; 12/5-13/22; 19/22-20/12; 17/21–18/11; 18/18–19/1; 20/6–21/8; 24/16-24/18; 26/3–26/10; 26/11–26/14; 26/15–27/1; 27/2–27/23; 31/1–31/12; 32/18–34/4; 34/22–37/11; 38/2–38/6; 41/7–42/7;

           46/21–49/11; 49/12–50/14; 52/5–53/18; 54/6–56/21; 58/13–64/10; 64/11–66/11; 67/14–68/21; 70/21–71/14; 78/17–79/19; 79/20–84/19; 84/20–86/14; 92/6–92/12; 93/19–95/2; 101/9–104/3; 106/4–107/12; 108/14–109/4; 109/5–109/11; 111/6–111/20; 113/8–114/5; 117/1–117/20; 118/15-120/6; 122/1–122/22; 123/18–126/15; 128/8–128/21; 130/8–131/3.

5. Steve A. Stephens, 1089 Copper Ridge Road, Prattville, AL 36067.

6. Trooper Alex F. Huntley. (If unavailable for live testimony, excerpts from Huntley's deposition may be used, including deposition pages to be determined after his deposition has been taken.)

7. Roland Brown, P.O. Box 5840, Navarre, FL 32566

8. William Messerschmidt

9. Any witnesses necessary to rebut any testimony offered by any of the Plaintiff's fact witnesses or expert witnesses.

10. Any additional expert witnesses that may be necessary to rebut any opinions offered by any of the Plaintiff's witnesses.

11. Any witnesses or expert witnesses that might be listed by Plaintiff.

                                                        Respectfully submitted,

                                                        /s/ Richard E. Broughton
                                                      Richard E. Broughton

                                                        /s/ W. Evans Brittain
                                                      W. Evans Brittain

                                                        Attorneys for Edward Neal Thompson
                                                        and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

     I hereby certify that on this September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

                                         Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

                                         /s/ Richard E. Broughton
                                         OF COUNSEL