IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } CIVIL ACTION NO.3:05cv962-T |
| | } |
| FLORIDA TRANSFORMER, EDWARD | } |
| NEAL THOMPSON, et al., | } |
| | } |
| Defendants. | } |

## DEFENDANTS' EXHIBIT LIST

COME NOW the Defendants, identified in the Complaint as Edward Neal Thompson ("Thompson") and Florida Transformer, Inc. ("FTI") (collectively referred to as "Defendants"), and hereby submit their list of exhibits that may be used at the trial of the above-styled case as follows:

1. Photograph of accident scene (DX P-2 to Deposition of Patterson). This may be shown by Power Point presentation and may be enlarged for presentation to the jury.

2. Photograph of accident scene (DX P-3 to Deposition of Patterson). This may be shown by Power Point presentation and may be enlarged for presentation to the jury.

3. Photograph of accident scene (DX P-4 to Deposition of Patterson). This may be shown by Power Point presentation and may be enlarged for presentation to the jury.

4. Photograph of accident scene (DX P-5 to Deposition of Patterson). This may be shown by Power Point presentation and may be enlarged for presentation to the jury.

5. Photograph of accident scene (DX P-6 to Deposition of Patterson). This may be shown by Power Point presentation and may be enlarged for presentation to the jury.

6. Site drawing/diagram.

7. Resume of James D. Patterson (PX 1 to Deposition of Patterson).

8. Curriculum Vitae of Steve A. Stephens. (Attached to Defendants' Designation of Experts.)

9. Any and all exhibits as necessary to rebut any testimony or exhibit that might be offered by Plaintiff's witnesses and expert witnesses.

10. Any Federal Motor Carrier Safety Regulations that may be needed to rebut any allegations that either of the Defendants violated any such FMCSRs.

11. Thompson's 8/31/04 driver's duty status record and vehicle condition report.

12. Thompson's 9/2/04 driver's duty status record and vehicle condition report.

13. Thompson's 9/2/04 drug screen report.

14. Thompson's driver road test.

15. Thompson's 9/7/04 driver's duty status record and vehicle condition report.

16. 8/9/04 Chad's Truck Repair Work Order.

17. Thompson's 4/28/04 Medical Examiner's Certificate.

18. Copy of Thompson's commercial driver's license.

19. 8/31/04 Interstate Fuel and Mileage Reporting Form.

20. 10/21/03 Chad's Truck Repair – Repair Order.

21. 11/21/03 Interstate Fuel and Mileage Reporting Form (PX-16 to Deposition of Seay).

Respectfully submitted,

/s/ Richard E. Broughton
Richard E. Broughton

/s/ W. Evans Brittain
W. Evans Brittain

Attorneys for Edward Neal Thompson
and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

      I hereby certify that on this September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

                              Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

                                      /s/ Richard E. Broughton
                                      OF COUNSEL