**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

September 14, 2006

# NOTICE OF CORRECTION

To:                 All Counsel of Record

From:               Clerk's Office

Case Style:         Lori Ann Morris v. Florida Transformers, Inc., et al.

Case Number:        #3:05-cv-0962-MHT

Referenced Document: Document #69
                     Plaintiff's List of Witnesses, Exhibits and Deposition Excerpts

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by the Civil Administrative Procedures II-C, pages were missing, and there was no certificate of service. The corrected pdf is attached to this notice.**