IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } CIVIL ACTION NO.3:05cv962-T |
| | } |
| FLORIDA TRANSFORMER, EDWARD | } |
| NEAL THOMPSON, et al., | } |
| | } |
| Defendants. | } |

### DEFENDANTS' RESPONSES TO DEPOSITIONS

COME NOW the Defendants, identified in the Complaint as Edward Neal Thompson ("Thompson") and Florida Transformer, Inc. ("FTI") (collectively referred to as "Defendants"), and hereby submit as their list of deposition testimony responsive to deposition testimony that might be offered by the Plaintiff, if such testimony is allowed and deemed admissible by the Trial Court, as follows:

1. Excerpts from the deposition of Edward L. Robinson: 14/11–14/16; 17/1–17/14; 18/8–18/17; 19/4–19/10; 19/23–20/5; 20/6–20/10; 30/2-31/3; 32/1-33/4; 34/13-35/19; 49/5- 49/18, 51/2–51/11; 60/13- 62/12; 62/13-63/11; 63/22-64/6; 66/11-66/20; 67/20- 68/11; 72/6-72/19; 85/6–88/11; 114/18-115/1; 117/12-117/17; 134/14-134/23; 137/3-137/11; 144/3-144/5; 153/6-153/3; 154/2-156/10; 170/6-171/2; 172/16-173/17; 175/15-176/2; 178/20–179/1; 202/3-203/19; 204/13-205/4; 206/12-207/5; 208/1-208/9; 212/15-212/19; 215/18-216/8; 217/17-218/15; 228/3–228/14, 231/4–231/23; 247/22-248/5; 252/3-252/12.

2. Excerpts from the deposition of Andre LeBleu: 22/20-23/1; 24/23-25/3; 26/11-26/17; 31/1-15; 31/21-32/5; 32/12-33/4; 33/15-33/21; 34/8-34/13; 38/13-38/19; 39/18-41/10; 41/19-42/2; 42/16-43/1; 43/25-44/3; 49/2-50/2; 56/10-56/15; 56/24-57/3; 63/9-64/7; 68/13-74/6; 80/21-81/24; 83/24-84/10; 89/15-90/24; 91/9-93/7; 99/6-99/20; 101/21-101/25; 102/5-102/10; 102/16-102/21; 105/5-107/1; 111/13-111/22; 112/23-113/25; 115/2-115/11; 116/12-117/11; 122/19-122/24; 124/1-131/4; 129/5-130/13; 134/5-134/15; 134/21-134/22; 160/1-160/11.

    Respectfully submitted,

    /s/ Richard E. Broughton
    Richard E. Broughton

    /s/ W. Evans Brittain
    W. Evans Brittain

    Attorneys for Edward Neal Thompson
    and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

I hereby certify that on this September 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

/s/ Richard E. Broughton
OF COUNSEL