IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } CIVIL ACTION NO.3:05cv962-T |
| | } |
| FLORIDA TRANSFORMER, EDWARD NEAL THOMPSON, et al., | } |
| | } |
| Defendants. | } |

## UPDATED DEFENDANTS' WITNESS LIST

COME NOW the Defendants, identified in the Complaint as Edward Neal Thompson ("Thompson") and Florida Transformer, Inc. ("FTI") (collectively referred to as "Defendants"), and hereby update their 9/13/06 list of witnesses who might be called to testify at the trial of the above-styled case, by identifying the excerpts from Trooper Alex F. Huntley's deposition taken 9/27/06, which excerpts might be used if Trooper Huntley is unavailable for live testimony, as follows:

6.  Trooper Alex F. Huntley. (If unavailable for live testimony, excerpts from Huntley's deposition may be used, including the following excerpts: pp. 6/15-7/10; 7/22-9/19; 10/5-10/15; 12/7-13/7; 16/21-18/4; 18/11-18/17; 32/8-34/14; 35/2-35/17; 36/2-36/21; 38/1-38/21; 41/7-43/6; 46/16-46/21; 49/13-50/12; 52/10-52/19; 53/14-53/2; 55/10-58/2; 60/7-60/21; 62/1-62/6; 63/8-63/14; 65/4-65/17; 68/5-72/16; 76/16-76/21; 77/17-78/8; 79/1-80/4; 83/3-84/6; 85/20-87/21; 91/17-92/7; 94/10-97/6; 98/14-99/8; 99/15-102/9; 104/18-106/9; 107/3-107/8; 115/9-116/10; 120/10-120/13; 123/9-

127/9;   127/23-128/8;   131/18-136/1;   137/2-138/11;   139/13-162/8;   163/9-163/18; 166/10-166/17; 179/18.

        Respectfully submitted,

/s/ Richard E. Broughton
Richard E. Broughton

/s/ W. Evans Brittain
W. Evans Brittain

Attorneys for Edward Neal Thompson
and Florida Transformer

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222
rbroughton@ball-ball.com
ebrittain@ball-ball.com

CERTIFICATE OF SERVICE

    I hereby certify that on this October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry Lee Penickhlpenick@bham.rr.com
hlpenick@penickandassoc.com

                                Manual Notice List

Edward A. Robinson, III
600 North Foster Street
P O Box 3131
Baton Rouge, LA 70821

                                /s/ Richard E. Broughton
                                OF COUNSEL