**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 5, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Morris v. Florida Transformer et al

Case Number:   3:05cv00962-MHT

**This Notice of Correction was filed in the referenced case this date to correct a typographical error in the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 74 filed on   October 05, 2006.**