IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORI ANN MORRIS, as administratrix of the estate of Vernell Brian Morris,   )<br>)<br>)<br>)<br>)<br>   Plaintiff,    )<br>)<br>   v.    )<br>)<br>FLORIDA TRANSFORMER, INC., )<br>and EDWARD NEAL THOMPSON, )<br>)<br>   Defendants.    ) | CIVIL ACTION NO.<br>3:05cv962-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions for summary judgment filed by defendants Florida Transformer, Inc. and Edward Neal Thompson (Doc. Nos. 23 & 50) are granted.

(2) Judgment is entered in favor of defendants Florida Transformer, Inc. and Thompson and against plaintiff Lori Ann Morris, as administratrix of the

estate of Vernell Brian Morris, with plaintiff Morris taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Morris, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of October, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**