**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 20, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Morris v. Florida Transformer et al**

**Case Number:   3:05cv00962-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the date in the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 78   filed on   October 19, 2006.**