IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| LORI ANN MORRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv962-MHT |
| | ) | |
| FLORIDA TRANSFORMER and | ) | |
| EDWARD NEAL THOMPSON, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to reconsider (doc. no. 78) is set for submission, without oral argument, on October 27, 2006, with all briefs due by said date.

DONE, this the 20th day of October, 2006.


       /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE