IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORI ANN MORRIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv962-MHT |
| | ) | |
| FLORIDA TRANSFORMER and | ) | |
| EDWARD NEAL THOMPSON, | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

It is ORDERED that the motion to reconsider (doc. no. 78) is denied.

DONE, this the 31st of October, 2006.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE