IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

06-16696-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB - 5 2007

THOMAS K. KAHN
CLERK

LORI ANN MORRIS, as
Administratrix of the
Estate of Vernell Brian
Morris,

                                                     Plaintiff-Appellant,

versus

FLORIDA TRANSFORMER, INC.,
EDWARD NEAL THOMPSON,

                                                     Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE:   ANDERSON and BARKETT, Circuit Judges.

Appellant's "Notice of Dismissal of Appeal," construed as a voluntary motion to dismiss the appeal with prejudice due to settlement, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia